Daniel C. Green (ISB No.3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
201 E. Center Street
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

*Attorney for Creditor Viterra USA Grain, LLC and Viterra USA Ingredients, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC., | (Chapter 7) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Heidi Buck Morrison and hereby gives notice of the entry of her appearance as attorney of record for and on behalf of Viterra USA Grain, LLC and Viterra USA Ingredients, LLC, Creditor in the above-entitled proceeding, and hereby requests that copies of any and all further pleadings, orders, documents, hearings and notices, as such may arise or affect said proceedings, be served upon said attorney.

DATED this 2nd day of April, 2024.

              RACINE OLSON, PLLP

              By: /s/ Heidi Buck Morrison
                HEIDI BUCK MORRISON

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**– Page 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of April, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Brett R Cahoon
ustp.region18.bs.ecf@usdoj.gov

Matthew T. Christensen
mtc@johnsonmaylaw.com
mtcecf@gmail.com
acs@johnsonmaylaw.com
ard@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com
mt@johnsonmaylaw.com

Sheila Rae Schwager
sschwager@hawleytroxell.com
amay@hawleytroxell.com
jbrocious@hawleytroxell.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, First-Class, postage prepaid and addressed as follows:

Millenkamp Cattle, Inc
471 North 300 West
Jerome, ID 83338

/s/ Heidi Buck Morrison
HEIDI BUCK MORRISON