Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Attorneys for Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH<br><br>Chapter 11 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Brent R. Wilson of HAWLEY TROXELL ENNIS & HAWLEY LLP hereby enters an appearance on behalf of creditor Rabo AgriFinance LLC, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to, and served upon:

> Brent R. Wilson
> bwilson@hawleytroxell.com
> HAWLEY TROXELL ENNIS & HAWLEY LLP
> 877 W. Main Street, Suite 200
> Boise, Idaho 83702

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1

59797.0002.17012622.1

The foregoing requests all notices, copies, and pleadings referred to in Federal Rule of Bankruptcy Procedure 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated: April 2, 2024
   Boise, Idaho

          Respectfully submitted,

          HAWLEY TROXELL ENNIS & HAWLEY LLP

          By: /s/ Brent R. Wilson
             Brent R. Wilson, ISB No. 8936
             Attorneys for Rabo AgriFinance LLC

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 2

59797.0002.17012622.1

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 2nd day of April, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | Ustp.region18.bs.ecf@usdoj.gov |

   AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

**Millenkamp Cattle, Inc**
471 North 300 West
Jerome, ID 83338

                /s/ Brent R. Wilson
                Brent R. Wilson

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 3