Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV pending*
Robert E. Richards, *PHV pending*
Tirzah Roussell, *PHV pending*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      Robert.richards@dentons.com
      Tirzah.roussell@dentons.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Chapter 11 |
| MILLENKAMP CATTLE, INC., *et al.,* | Case No. 24-40158-NGH |
| Debtors.[1] | (Joint Administration Requested) |

---

[1]    The Debtors in the Chapter 11 Cases along with the last four digits of their respective tax identification number or registration number in the applicable jurisdiction are: Millenkamp Cattle, Inc. (3892); Idaho Jersey Girls LLC (4467); East Valley Cattle, LLC (8613); Millenkamp Properties, L.L.C. (4003); Millenkamp Properties II LLC (7719); Millenkamp Family LLC (8279); Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC (3431); Black Pine Cattle LLC; and Millenkamp Enterprises LLC.

### ***EMERGENCY AND CONTINUING*** **MOTION FOR ENTRY OF AN ORDER: (I) AUTHORIZING THE DEBTORS TO (A) PAY PRE-PETITION EMPLOYEE WAGES AND SALARIES, AND (B) PAY AND HONOR EMPLOYEE BENEFITS AND OTHER WORKFORCE OBLIGATIONS; AND (II) AUTHORIZING AND DIRECTING THE APPLICABLE BANK TO PAY ALL CHECKS AND ELECTRONIC PAYMENT REQUESTS MADE BY THE DEBTORS RELATING TO THE FOREGOING**

Millenkamp Cattle, Inc. ("Millenkamp Cattle") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through their undersigned counsel, respectfully move the Court, on an emergency and continuing basis (the "Motion"), pursuant to sections 105(a), 363(b), 507(a), 1107(a) and 1108 of title 11 of the United States Code (the "Bankruptcy Code"), for the entry of an order substantially in the form attached as Exhibit A hereto: (i) authorizing Millenkamp Cattle, in its discretion, to (a) pay pre-petition employee wages and salaries, and (b) pay and honor employee benefits and other workforce obligations (including remitting withholding obligations, and maintaining workers' compensation and benefits programs); and (ii) authorizing and directing the applicable bank to pay all checks and electronic payment requests made by Millenkamp Cattle relating to the foregoing (collectively, the "Employee Obligations"). In support of this Motion, the Debtors have separately filed the Declaration of William John Millenkamp in Support of Debtors' First Day Motions (the "Millenkamp Declaration"). In further support of this Motion the Debtors respectfully represent as follows:

### **JURISDICTION**

1.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## **BACKGROUND**

2.     On April 2, 2024 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for District of Idaho (the "Court") commencing the Chapter 11 Cases.  The Debtors have continued in the management and operation of their businesses and properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

3.      No trustee, examiner, or official statutory committee of unsecured creditors (such official committee, the "Committee") has yet been appointed in the Chapter 11 Cases.

4.     The Debtors are ten affiliates that collectively own and operate several businesses, including a calf ranch raising approximately 50,000 calves located in Jerome, Idaho; a dairy heifer feedlot in Declo, Idaho, raising approximately 60,000 head of dairy cattle; a dairy operation at the Declo facility where the dairy cattle are milked several times a day; farming operations in Jerome, Twin Falls and Cassia counties; and custom harvest & trucking throughout the Magic Valley.

5.     Through ten entities, the Debtors operate as a single enterprise, which includes common usage of debt and banking facilities.

6.     Millenkamp Cattle, Inc., is the primary entity from which all operations are directed, the revenues received, and the payables disbursed.  To explain, Millenkamp Cattle, Inc. is the operational entity which owns all of the cattle, feed, and equipment used to care for the cattle, employs the employees, and receives and disburses the majority of the monies.  Millenkamp Cattle, Inc., does not own any real property.

7.     For W-2 tax and payroll purposes, the employees are all employed and paid through Debtor, Millenkamp Cattle.

### A.  The Debtors' Employees

8.      As of April 2, 2024, Millenkamp Cattle employs approximately 513 employees all of which are full time employees (the "<u>Employees</u>").  Attached hereto as "Exhibit B" is a list of the Debtors' Employees and the estimated amount of their next paycheck to be paid on April 5, 2024.

9.      Approximately 30 employees, which are management and part of the office staff, are paid by direct deposit, and the rest of the 483 employees are paid by a physical check.

10.     Debtor employees five employees that are part of the Millenkamp family considered as "insiders." Attached hereto as Exhibit C is a list of insider employees that will not be paid until after the final hearing.

### B.  Prepetition Wages, Payroll & Associated Benefits

11.     The Employees are paid bi-monthly in arrears of five days after the pay period. Millenkamp Cattle has paid the Employees for the last pay period ending on March 15, 2024. There will be accrued but unpaid wages owing to the Employees from March 16, 2024 through March 31, 2024 in an amount of approximately $1.3 million, to be paid to employees on April 5, 2024 (the "<u>Wages</u>").

12.     Employees that are part of management ("<u>Management Employees</u>") receive paid time off ("<u>PTO</u>"). The Management Employees accrue rights to time away from work under the PTO policy. Management Employees can accrue 1 week their first year, 2 weeks their third year, and 3 weeks their fifth year. Millenkamp Cattle seeks permission to continue to honor this policy.

### C.  Pre-Petition Insurance

13.     Millenkamp Cattle also offers eligible employees the opportunity to participate in a number of insurance and benefit programs, including, among other things, medical, dental, and

vision plans, life insurance, disability insurance, workers' compensation, and other insurance plans and benefits (collectively, the "Employee Benefits").

14.    For medical, Millenkamp Cattle offers its management a large group preferred provider organization plan ("PPO") which is provided through Blue Cross of Idaho (the "Blue Cross Plan"). The Blue Cross Plan provides for an individual or family option for Millenkamp Cattle Management Employees. Millenkamp Cattle pays 100 percent of the employee's premium, and the employee pays the family premium which is deducted from the employee's paycheck.

15.    Non-management employees are offered two limited benefit indemnity medical plans through Pan-American Life Insurance Company (the "PBA Plan"). The PBA Plan provides an individual or family option. Non-management employees are eligible to enroll in the PBA Plan within 60 days of their hire date or during the annual open enrollment period. Millenkamp Cattle pays 100 percent of the employee's premium, and the employee pays for the family premium through payroll deduction.

16.    Millenkamp Cattle offers dental insurance (the "Dental Plan") to eligible employees through LifeMap Assurance Company ("LifeMap"). The dental insurance is offered to all full time active Managers working a minimum of 30 hours per week on a regular basis. The Dental Plan is an elective policy available to eligible employees, their spouses, and/or children with 100 percent of the premium amount being paid by the employee through payroll deduction.

17.    Millenkamp Cattle also offers vision insurance to eligible employees through a Group Choice Vision Care Plan provided by LifeMap (the "Vision Plan"). This Vision Plan is offered to all full time active Management Employees working a minimum of 30 hours per week on a regular basis. This is an elective policy available to eligible employees, their spouses, and/or

children with 100 percent of the premium amount being paid by the employee through payroll deduction.

18.     Millenkamp Cattle also offers Group Voluntary Life Insurance to eligible employees provided through LifeMap (the "Voluntary Life Plan"). This Voluntary Life Plan is offered to all full time active Management Employees working a minimum of 30 hours per week on a regular basis. The full premium amounts are paid by the employee through payroll deduction.

19.     Millenkamp Cattle further offers Group Voluntary Accidental Death & Dismemberment Insurance to eligible employees through LifeMap (the "AD&D Plan"). The AD&D Plan is offered to all Management Employees working a minimum of 30 hours per week on a regular basis. The full premium amounts are 100 percent paid by the employee through payroll deduction.

20.     Millenkamp Cattle also offers a Group Life Insurance policy through LifeMap ("Group Life Plan"). This is offered to all full time active Management Employees working a minimum of 30 hours per week on a regular basis. Millenkamp Cattle pays 100 percent of the premium amounts.

21.     Millenkamp Cattle also provides workers' compensation through Idaho Workers Compensation with Hub International Mountain States Ltd as the Agent ("Workers Compensation Insurance"). The amount of the annual premium is approximately $396,152.00.

22.     Millenkamp Cattle seeks authority, in its discretion, to pay any accrued and unpaid prepetition premiums and related charges and to continue the above benefits post-petition and to deliver the Employees' portion of any accrued and unpaid prepetition premiums to the corresponding administrators in connection with the payment of the Wages and Withholding

Obligations.[2] Pursuant to the budgets attached to the Debtors' motion to use cash collateral, the Debtors anticipate paying approximately $68,389 in eligible employee benefits.

**D. Employee Withholding Tax Obligations.**

23.     In connection with the business operations, Millenkamp Cattle withholds certain federal and state income taxes from the wages and the salaries of its employees and also deducts Federal Insurance Contribution Act taxes from the wages and salaries of employees, as well as being required to pay certain taxes and other amounts with respect to its employees (the "Employee Taxes").

24.     Many of such amounts are "trust funds" that Millenkamp Cattle must hold for the benefit of the relevant federal and state taxing authorities. Failure to report and to remit the Employee Taxes could subject Millenkamp Cattle to substantial interest and penalties, as well as criminal charges.  In addition, Millenkamp Cattle's officers may be personally liable for such amounts in some cases.

25.     Failure to pay the Employee Taxes could cause the taxing authorities to take aggressive actions to collect the "trust fund" taxes, including attempts to trace the funds and perhaps cause extensive audits that interfere with the Debtors' operations.  Also, the threat of liability of officers for unpaid "trust fund" taxes would unnecessarily distract officers whose undivided attention is required for the successful outcome of this case.  Finally, the failure to pay the Employee Taxes would cause great concern among the work force and disrupt Millenkamp Cattle's relationship with those employees at a time when it is critical that their focus be upon maintaining Millenkamp Cattle's operations and community confidence.

---

[2] By separate and contemporaneous motion, the Debtors are requesting authority to maintain their insurance program (including workers' compensation policies) and pay insurance premiums, deductibles and administration fees in the ordinary course of business (including any amounts accrued and unpaid as of the Petition Date). For the avoidance of doubt, to the extent these two Motions overlap, the Debtors seek authority to pay any obligation only once.

26.     Therefore, Millenkamp Cattle requests authority to pay the accrued but unpaid pre-petition Employee Taxes in connection with Millenkamp Cattle's employee obligations to the extent it is determined that any of such Employee Taxes accrued prior to the Petition Date are in fact unpaid.

27.     In addition, from time to time, certain deductions from the employee obligations may be made that principally represent employee earnings that employees or, in the case of garnishments, judicial authorities, have designated for deduction from employee paychecks and paid accordingly (the "Deductions").  The failure to pay these benefits could result in hardship to certain employees. Millenkamp Cattle may receive inquiries from garnishors regarding Millenkamp Cattle's failure to submit, among other things, child support and alimony payments, which are not Millenkamp Cattle's property, but rather have been withheld from employee paychecks.

### RELIEF REQUESTED

28.     Millenkamp Cattle requests by this Motion, entry of an order authorizing Millenkamp Cattle, in accordance with its stated policies, in the ordinary course of its business, and in its sole discretion, to (i) pay or honor certain pre-petition employee wages, salaries, and contractual compensation; (ii) make payments on amounts owed under accrued and unpaid benefit plans; (iii) pay all costs and expenses incident to the foregoing payments and contributions (including without limitation withholding taxes and processing costs); and (iv) other certain related relief as requested in this Motion.  In no event does the relief requested herein contemplate the assumption of, or authority to pay, any obligations in respect of contribution and indemnification claims.

29.     Millenkamp Cattle has paid all pre-petition obligations to its employees on a timely and current basis by checks and/or through direct-deposit of funds into the employees' bank accounts. Therefore, there are no substantial arrearages accrued and the only outstanding amounts owing to or for the benefit of employees are those accruing due to the timing of payments in the ordinary course of business. Millenkamp Cattle may not pay these Employees or reimburse their expenses without prior Court approval.

30.     Payment of these amounts is crucial for maintaining Employee confidence and morale and will encourage Employees to remain in the employ of Millenkamp Cattle at this critical time.   To the extent the pre-petition Employee claims have been paid with a check that is outstanding and has not yet cleared Millenkamp Cattle's payroll account, Millenkamp Cattle requests that the bank at which an applicable account is maintained be authorized and directed to clear all such pre-petition checks and to rely on Millenkamp Cattle's directions as to the payment of such pre-petition checks.  This request would alleviate the need for Millenkamp Cattle to reissue payroll and medical benefits checks and would prevent disruption in Millenkamp Cattle's relationship with its Employees.

31.     By this Motion, Millenkamp Cattle also seeks authority to honor all other terms and conditions of the employment of its employees as if this chapter 11 case had not been initiated, pending further orders of this Court.

32.     Millenkamp Cattle is highly dependent on its trained and experienced employees and the retention of its current employees is one of Millenkamp Cattle's highest priorities during the continuation of its reorganization.  Therefore, Millenkamp Cattle's ability to maximize the value of its assets for the benefit of the creditors and other parties-in-interest will be adversely affected if Millenkamp Cattle is unable to retain the support and loyalty of the Employees.

33.     If Millenkamp Cattle is unable to assure Employees that they will be paid promptly, or if the Employees are not immediately assured of uninterrupted, critical benefit payments to which they are entitled, Millenkamp Cattle and the affiliated Debtors' operations could suffer immediate and irreparable harm due to, at the very least, an undermining of employee morale. Failure to honor any other terms and conditions of their employment would only exacerbate this problem. The relief requested is thus necessary to preserve Debtors' operations during its reorganization.

## BASIS FOR RELIEF REQUESTED

### A. Payment of Pre-Petition Claims is Authorized by the "Necessity of Payment" Doctrine and the Bankruptcy Code

34.     As a result of this chapter 11 filing, Millenkamp Cattle is prohibited from paying claims that arose prior to the Petition Date without receiving specific authorization. *See* 11 U.S.C. § 549(a)(2)(B) (2023). Each Employee of Millenkamp Cattle is, however, entitled to a priority claim for compensation earned in the 180-day period preceding the Petition Date in an amount up to $15,150. 11 U.S.C. § 507(a)(4) (2023). Claims on account of employee benefits obligations are also entitled to priority. *See* 11 U.S.C. § 507(a)(5) (2023). Claims for payroll and related taxes are also entitled to priority status. 11 U.S.C. § 507(a)(8) (2023).

35.     Because all such administrative expenses or priority claims are entitled to be paid in full, accelerated payment of such claims at this time is appropriate, and this Court is authorized to grant such relief. *See* 11 U.S.C. § 105(a) (2023). In addition, in order to retain quality, experienced employees, to maintain their morale while these chapter 11 cases are pending and to preserve Debtors' operations during this critical time period, Millenkamp Cattle should be granted the authority to pay the employees' pre-petition wages.

36.    Sections 105(a) and 363(b)(1) and (c)(1) and the "necessity of payment" doctrine provide statutory support for the requested relief.  Specifically, § 363(b)(1) of the Bankruptcy Code authorizes a debtor in possession to use property of the estate other than in the ordinary course of business after notice and a hearing; and § 363(c)(1) of the Bankruptcy Code authorizes a debtor in possession to enter into transactions in the ordinary course of business without notice and a hearing.

37.    Pursuant to § 105(a), "the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Essentially section 105(a) of the Bankruptcy Code provides a statutory counterpart to the bankruptcy court's otherwise inherent and discretionary equitable powers. *See In re Sasson*, 424 F.3d 864, 874 (9th Cir. 2005); *In re Halvorson,* 581 B.R. 610, 636 n.91 (Bankr. C.D. Cal. 2018).

38.    Bankruptcy judges in this district and other circuits routinely grant motions to pay prepetition wages that are entitled to priority.  *See, e.g., In re Off-Spec Solutions d/b/a Cool Mtn Transport, Case No. 22-00346-NGH, Docket Nos. 41 and 90 (Bankr Idaho 2022); In re Safe Haven Health Care, Inc., Case No. 18-01044-JDP, Docket Nos. 23, 39, 71 and 78 (Bankr. Idaho 2018); In re Gardens Reg'l Hosp. & Med. Ctr., Inc.*, Case No. 16-17463 ER, Docket No. 68 (Bankr. C.D. Cal. June 10, 2016); *In re Gordian Med., Inc.*, Case No. 12- 12399-MW, Docket No. 57 (Bankr. C.D. Cal. March 5, 2012); *In re Victor Valley Cmty. Hosp.*, Case No. 10-39537-CB, Docket No. 30 (Bankr. C.D. Cal. Sep. 17, 2010); *In re Certified Air Technologies, Inc.*, 300 B.R. 355 (Bankr. C.D. Cal. 2003);  *In re ATP Oil & Gas Corp.*, Case No. 12-36187 (Bankr. S.D. Tex. August 21, 2012); *In re Cano Petroleum, Inc.*, Case No. 12-31549 (Bankr. N.D. Tex. March 16, 2012);  ); *In re Fansteel Foundry Co.*, Case. No. 16-1825-als11 (Bankr. S.D. Iowa 2020); *In re Foods, Inc., d/b/a Dahl's Foods,* Case. No. 4-17-cv-239-CWR-HCA (Bankr. S.D. Iowa 2018).

39.     Thus, as long as the Debtors "demonstrate . . . the priority status of wage, salary and commission claims of its employees and independent contractors under 11 U.S.C. § 507(a)(4)(A) and (B)," such demonstration  will "warrant immediate payment in advance of general distribution on prepetition claims." *Id.* That is the extent of the relief the Debtors are requesting in this Motion.

40.     The Debtors are mindful that in *In re B&W Enters.*, 713 F.2d 534 (9th Cir. 1983), the Ninth Circuit refused to extend the "necessity of payment" doctrine beyond the railroad reorganization case where the debtor made unauthorized post-petition payments to trade suppliers on prepetition debts. In *B&W*, after conversion to chapter 7, the trustee sought to recover the payments under Bankruptcy Code section 549. That case is factually distinguishable from the instant one in that *B&W* (a) involved ordinary trade suppliers for which the claims were not entitled to priority, (b) did not seek prior court approval for the payments, and (c)  was liquidating,  thereby  rendering the "necessity" of such payments moot. Moreover, the U.S. Supreme Court, in *Czyzewski v. Jevic Holding Corp.*, has recognized that courts "approve[] interim distributions that violate ordinary priority rules," generally when there are "significant Code-related objectives  that  the  priority-violating distributions serve," including "payment of employees' prepetition wages."  137 S.Ct. 973, 985 (2017).  Further, other courts (including a later Ninth Circuit decision) have held that the doctrine of necessity survived the 1978 Bankruptcy Code changes and can apply to non-railroad Debtors.  *See, e.g., Burchinol v. Central Washington Bank (In re Adam's Apple, Inc.)*, 829 F.2d 1484, 1490 (9th Cir. 1987); *In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175-76 (Bankr. S.D.N.Y. 1989); *In re Just for Feet, Inc.*, 242 B.R. 821 (Bankr. D. Del. 1999); *In re Gulf Air*, 112 B.R. 152, 153 (Bankr. W.D. La. 1989).

41.     For a number of reasons, the Bankruptcy Code affords special treatment to certain pre-petition claims of employees. Compared to a typical claim in bankruptcy, wages represent a large part of an employee's wealth.  In addition, unlike an ordinary trade creditor, the typical employee does not have other sources of income and thus cannot diversify the risk of the employer's default.

42.     Millenkamp Cattle's Employees rely exclusively on their full compensation in order to continue to pay their daily living expenses. Thus, they will be exposed to significant financial and health-related problems if Millenkamp Cattle is not permitted to pay the unpaid employee obligations, particularly the wages and health insurance benefits.

43.     Due to the timing of the commencement of these Cases, the Employees are owed accrued prepetition Wages for which payment is due on April 5, 2024.  These Wages cannot be paid without the approval of this Court.  The failure of Millenkamp Cattle to pay the Wages timely in the ordinary course of business would result in a blow to employee morale that in all likelihood would lead to employee turnover and other serious and irreparable disruptions of the Debtors' operations as well as possible harm to the cattle.

44.     Any significant number of employee departures or deterioration in morale, especially at this sensitive time, will substantially and adversely impact the Debtors' ability to operate and result in immediate and irreparable harm to the Debtors' estates.

45.     Millenkamp Cattle should be granted the authority to pay the pre-petition claims of Millenkamp Cattle's Employees in the ordinary course of business in order to retain quality and experienced workers, to maintain employee morale while these chapter 11 cases are pending, and to preserve the Debtors' operations during their reorganization.

46.     The Debtors believe that substantially all of the amounts Millenkamp Cattle seeks to pay are entitled to priority claim status under sections 503, 507(a)(4), and 507(a)(5) (with the exceptions cited herein).   As such, granting the relief sought herein only would affect the timing of payment (and not the amount) of these obligations to Millenkamp Cattle employees to the extent they constitute priority claims.

47.     Further, if the Debtors are not authorized to continue to pay the Employees' benefits, then many of the Employees may not be reimbursed nor otherwise have their benefits claims paid.  In addition, certain employees may become primarily obligated for the payment of these claims in cases where health care providers have not been reimbursed and may face termination of their health care services.

48.     The Debtors believe such uncertainties will cause significant anxiety at precisely the time the Debtors need the Employees to perform their jobs at peak efficiency.

49.     The Debtors submit that the amounts to be paid pursuant to this Motion are comparatively small in light of the importance and necessity of preserving the Employees' services and morale and the difficulties and losses the Debtors will suffer if employee morale is low or if they leave in significant numbers.  The Debtors further submit that there is ample justification for their belief that even the slightest delay in providing this relief to their Employees will hamper operations and damage the  Debtors'  estates.

50.     The Debtors do not intend by this Motion to assume any executory obligations, and this Motion should not be deemed an assumption or adoption of any agreements or policies providing for coverage or any other executory contracts.  Rather, the Debtors only intend in their discretion and in the exercise of business judgment, subject to this Court's approval, to maintain

their current policies pending further business decisions relevant to the maximization of the value of the Debtors' estates.

**B.  Maintaining the Employee Benefits is Within the Debtors' Business Judgment**

51.    Millenkamp Cattle's relationships with the Employees, including the terms and conditions of their employment, are matters subject to Millenkamp Cattle's business judgment and may be managed by Millenkamp Cattle in the "ordinary course of business."  *See In re All Seasons Indus.*, 121 B.R. 822, 825-26 (Bankr. N.D. Ind. 1990); *In re Pac. Forest Indus., Inc*., 95 B.R. 740, 743 (Bank. C.D. Cal. 989) ("Employees do not need court permissions to be paid and are usually paid as a part of the ongoing operation of the business.").  This doctrine also applies to accrued employee benefits such as paid time off and leave policies.  *See In re Canton Castings, Inc*., 103 B.R. 874, 876 Bankr. N.D. Ohio 1989).  The maintenance of the Debtors' benefit programs is an important  part of Millenkamp Cattle's relationship with the Employees that is within the Millenkamp Cattle's business judgment.

**C.  Authority for Banks to Honor Checks Issued in Payment of Employee Obligations**

52.    Millenkamp Cattle also requests by this Motion that all applicable banks and other financial institutions be authorized and directed, when requested by Millenkamp Cattle and at the Millenkamp Cattle's sole discretion, to receive, process, honor, and pay all checks presented for payment and to honor all funds transfer requests made by Millenkamp Cattle related to the aforementioned obligations, whether such checks were presented or funds transfer requests were submitted prior to or after the Petition Date, to the extent sufficient funds are available in the accounts to make such payments.  Millenkamp Cattle represents that these checks are drawn on identifiable payroll and disbursement accounts.  Accordingly, checks other than those for employee obligations will not be honored inadvertently.

## NO PRIOR REQUEST

53.     No prior request for the relief requested herein has been made to this or any other Court.

## NOTICE

54.     The Debtors will provide notice of the Motion to: (a) the U.S. Trustee; (b) Internal Revenue Service; (c) the Idaho Department of Revenue; (d) counsel to Rabo AgriFinance LLC; (e) counsel to Metropolitan Life Insurance Company; (f) counsel to Conterra Agricultural Capital, LLC; (g) the parties included on the Debtors' list of 20 largest unsecured creditors; and (h) all parties entitled to notice pursuant to Bankruptcy Rule 2002. The Debtors submit that no other or further notice is or should be required.

## CONCLUSION

WHEREFORE, the Debtors respectfully request the Court enter an order: (i) authorizing Debtor, Millenkamp Cattle, in its discretion, to (a) pay or honor prepetition wages, salaries, employee benefits, and other compensation, (b) remit withholding obligations, (c) maintain workers' compensation and benefits programs, (d) pay related administration obligations, and (e) pay reimbursable employee expenses; (ii) authorizing and directing the applicable bank to pay all checks and electronic payment requests made by the Debtors relating to the foregoing; and (iii) granting such other and further relief as is just and proper under the circumstances.

DATED this 2nd day of April, 2024.

JOHNSON MAY

 /s/ Matt Christensen
Matthew T. Christensen
Attorney for the Debtors

DEBTORS' PAYROLL AND BENEFITS MOTION – Page 16

**EXHIBIT A**
**Proposed Order**

**ORDER GRANTING THE DEBTORS' EMERGENCY AND CONTINUING MOTION
(I) AUTHORIZING THE DEBTORS TO (A) PAY PRE-PETITION EMPLOYEE
WAGES AND SALARIES, AND (B) PAY AND HONOR EMPLOYEE BENEFITS AN
OTHER WORKFORCE OBLIGATIONS; AND (II) AUTHORIZING AND DIRECTING
THE APPLICABLE BANK TO PAY ALL CHECKS AND ELECTRONIC PAYMENT
REQUESTS MADE BY THE DEBTORS RELATING TO THE FOREGOING**

The Debtors' *Emergency and Continuing Motion of Debtors for Entry of Order: (I)
Authorizing the Debtors to (A) Pay Prepetition Employee Wages and Salaries, and (B) Pay and
Honor Employee Benefits and Other Workforce Obligations; and (II) Authorizing and Directing
the Applicable Bank to Pay All Checks and Electronic Payment Requests Made by the Debtors
Relating to the Foregoing* (the "Motion"); and the Court, having reviewed the Motion and having

held a hearing on the relief requested in the Motion; and having heard the statements of counsel in

support of the relief requested in the Motion at the hearing, finds that the Court has jurisdiction

over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. §

157(b)(2), that notice of the Motion and the Hearing were sufficient under the circumstances and

that no further notice need be given; and the legal and factual bases set forth in the Motion and at

the hearing establish just cause for the relief granted herein; and any objections to the requested

relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient

cause appearing, therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is GRANTED as provided herein.

2. The Motion was appropriate under the circumstances and in compliance with the

   Bankruptcy Code and Bankruptcy Rules.

DEBTORS' PAYROLL AND BENEFITS MOTION – Page 17

3.  Millenkamp Cattle is authorized, in its sole discretion, to do the following:

    a.  To honor and pay all payroll Wages for Employees of Millenkamp Cattle that have been accruing commencing March 16, 2024 through March 21, 2024 payable on April 5, 2024, totaling approximately $1.3 million;

    b.  To honor and pay all accrued and unpaid prepetition Withholding Obligations (whenever payable);

    c.  To honor and pay the Paid Time Off ("PTO"), allowing Employees to utilize post-petition all pre-petition PTO in the ordinary course of the Debtors' business;

    d.  To pay accrued and unpaid prepetition amounts relating to employee benefits totaling approximately $70,000;

    e.  To maintain the Debtors' self-insured and fully insured medical, dental and vision insurance plans, including to continue to pay, in their discretion and in the ordinary course of their business, the administrative fees, medical, dental, and vision claims and premiums for all health plans incurred post-petition; and to deliver the Employees' portion of any premiums to the corresponding administrators in connection with the payment of the Wages and Withholding Obligations;

    f.  To the extent not expressly identified above, prepetition wages and benefits, including contributions that may be due or arise on defined contribution plans and defined benefit plans, may be paid as a priority claim to the extent there is availability of under the priority cap of Bankruptcy Code sections 507(a)(4) and (a)(5).

4.  Millenkamp Cattle's banks are authorized *and directed* to immediately do the following:

a.  To immediately unfreeze Millenkamp Cattle's payroll and other Employee-related disbursement accounts;

b.  With regard to the foregoing obligations, to debit Millenkamp Cattle's account in the ordinary course of business without need for further order of this Court for:

    i.  (i) all checks, items and other payment orders drawn on Millenkamp Cattle's account which are cashed at such Bank's counters or exchanged for cashier's checks by the payees thereof prior to the Bank's receipt of notice of filing of the Petition;

    ii.  (ii) all checks, automated clearing house entries, and other items deposited or credited to Millenkamp Cattle's account with such bank prior to filing of the Petition which have been dishonored, reversed, or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent Millenkamp Cattle was responsible for such items prior to filing of the Petition; and

    iii.  (iii) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to any Bank as service charges for the maintenance of the Debtors' cash management system.

c.  For the avoidance of doubt, to honor all items presented against the bank accounts, whether originated pre-petition or post-petition and whether or not authorized by other orders; and

d.  To rely on the representations of the Debtors with respect to whether any check, item, or other payment order drawn or issued by the Debtors prior to filing of the Petition should be honored pursuant to this or any other order of this Court and

DEBTORS' PAYROLL AND BENEFITS MOTION – Page 19

the DIP Documents, and such Bank shall not have any liability to any party for relying on such representations by the Debtors as provided for herein.

//end of text//


Order submitted by:

Matthew T. Christensen, attorney for the Debtors

**Exhibit B**
**List of Employees (see attached)**

# Check Register

**Millenkamp Cattle Inc   (197614)**

Check Dates: 03/20/2024 to 03/22/2024
Process Date: 03/20/2024 to 03/22/2024
Pay Periods:  03/01/2024 to 03/

| Bank Account | Transit Number | Bank Name |
|---|---|---|
| ███ 879 | ███ 8420 | **Rabobank NA Arroyo Grande CA** |

Payroll Checks for Account ███ 879

| Check/Voucher | Check Type | ESTIMATED Check Date | Employee Id | Employee Name | Net Amount | Dir Dep |
|---|---|---|---|---|---|---|
| | DD Regular | 4/5/2024 | 449 | ██████ | 37.68 | |
| | DD Regular | 4/5/2024 | 1250 | ██████ | 1,616.15 | |
| | DD Regular | 4/5/2024 | 187 | ██████ | 1,770.14 | |
| | DD Regular | 4/5/2024 | 1312 | ██████ | 4,908.83 | |
| | DD Regular | 4/5/2024 | 1075 | ██████ | 1,030.12 | |
| | DD Regular | 4/5/2024 | 580 | ██████ | 1,166.61 | |
| | DD Regular | 4/5/2024 | 1260 | ██████ | 864.61 | |
| | DD Regular | 4/5/2024 | 476 | ██████ | 2,240.69 | |
| | DD Regular | 4/5/2024 | jay1 | ██████ | 1,699.79 | |
| | DD Regular | 4/5/2024 | Salary4 | ██████ | 7,678.22 | |
| | DD Regular | 4/5/2024 | Salary2 | ██████ | 2,527.27 | |
| | DD Regular | 4/5/2024 | 1205 | ██████ | 1,091.18 | |
| | DD Regular | 4/5/2024 | 1440 | ██████ | 2,080.22 | |
| | DD Regular | 4/5/2024 | Salary6 | ██████ | 1,087.73 | |
| | DD Regular | 4/5/2024 | 449 | ██████ | 1,238.28 | |
| | DD Regular | 4/5/2024 | 1034 | ██████ | 1,350.16 | |
| | DD Regular | 4/5/2024 | 1 | ██████ - | 2,704.22 | |
| | DD Regular | 4/5/2024 | Salary7 | ██████ | 7,591.59 | |
| | DD Regular | 4/5/2024 | 257 | ██████ | 2,469.95 | |
| | DD Regular | 4/5/2024 | 29 | ██████ | 2,353.08 | |
| | DD Regular | 4/5/2024 | 44 | ██████ | 1,673.16 | |
| | DD Regular | 4/5/2024 | 1072 | ██████ | 2,193.60 | |
| | DD Regular | 4/5/2024 | 261 | ██████ | 1,907.87 | |
| | DD Regular | 4/5/2024 | 366 | ██████ | 2,478.39 | |
| | DD Regular | 4/5/2024 | 260 | ██████ | 2,360.48 | |
| | DD Regular | 4/5/2024 | Salary8 | ██████ | 2,828.70 | |
| | DD Regular | 4/5/2024 | 477 | ██████ | 1,747.99 | |
| | DD Regular | 4/5/2024 | 476 | ██████ | 237.06 | |
| | Regular | 4/5/2024 | 513 | ██████ | 1,176.03 | |
| | Regular | 4/5/2024 | Salary3 | ██████ | 2,631.20 | |
| | Regular | 4/5/2024 | Salary1 | ██████ | 2,160.74 | |
| | Regular | 4/5/2024 | 90 | ██████ | 1,308.78 | |
| | Regular | 4/5/2024 | 1949 | ██████ | 349.62 | |
| | Regular | 4/5/2024 | 1953 | ██████ | 470.98 | |
| | Regular | 4/5/2024 | 1954 | ██████ | 238.80 | |
| | Regular | 4/5/2024 | 44 | ██████ | 796.98 | |
| | Regular | 4/5/2024 | 169 | ██████ | 396.71 | |
| | Regular | 4/5/2024 | 1329 | ██████ | 426.58 | |

**Check Register**
Millenkamp Cattle Inc  (197614)

Check Dates: 03/20/2024 to 03/29/2024
Pay Cycle(s) 00003200 to 00003201
Pay Periods:  03/01/2024 to 03/

| Regular | 4/5/2024 | 1726 | 1,815.69 |
|---------|----------|------|----------|
| Regular | 4/5/2024 | 1732 | 1,475.99 |
| Regular | 4/5/2024 | 1706 | 1,691.17 |
| Regular | 4/5/2024 | 1790 | 1,899.97 |
| Regular | 4/5/2024 | 1910 | 1,852.23 |
| Regular | 4/5/2024 | 1633 | 1,547.30 |
| Regular | 4/5/2024 | 1833 | 1,837.71 |
| Regular | 4/5/2024 | 1767 | 1,907.30 |
| Regular | 4/5/2024 | 1749 | 1,937.00 |
| Regular | 4/5/2024 | 1736 | 1,916.20 |
| Regular | 4/5/2024 | 783 | 1,951.03 |
| Regular | 4/5/2024 | 803 | 1,848.01 |
| Regular | 4/5/2024 | 1819 | 2,080.99 |
| Regular | 4/5/2024 | 1787 | 1,879.51 |
| Regular | 4/5/2024 | 1913 | 1,912.26 |
| Regular | 4/5/2024 | 1733 | 1,750.00 |
| Regular | 4/5/2024 | 1766 | 790.28 |
| Regular | 4/5/2024 | 1783 | 1,913.76 |
| Regular | 4/5/2024 | 1694 | 1,917.53 |
| Regular | 4/5/2024 | 1409 | 1,877.29 |
| Regular | 4/5/2024 | 1843 | 1,932.99 |
| Regular | 4/5/2024 | 1765 | 1,728.98 |
| Regular | 4/5/2024 | 1418 | 2,003.51 |
| Regular | 4/5/2024 | 1721 | 1,870.28 |
| Regular | 4/5/2024 | 1660 | 1,921.87 |
| Regular | 4/5/2024 | 1718 | 2,170.57 |
| Regular | 4/5/2024 | 1893 | 2,221.14 |
| Regular | 4/5/2024 | 1404 | 1,684.69 |
| Regular | 4/5/2024 | 728 | 1,907.64 |
| Regular | 4/5/2024 | 1822 | 1,903.08 |
| Regular | 4/5/2024 | 871 | 1,915.51 |
| Regular | 4/5/2024 | 1703 | 1,547.84 |
| Regular | 4/5/2024 | 801 | 1,722.57 |
| Regular | 4/5/2024 | 1865 | 2,037.17 |
| Regular | 4/5/2024 | 773 | 2,377.76 |
| Regular | 4/5/2024 | 1881 | 1,767.45 |
| Regular | 4/5/2024 | 707 | 2,309.96 |
| Regular | 4/5/2024 | 1684 | 1,954.73 |
| Regular | 4/5/2024 | 1761 | 1,966.90 |
| Regular | 4/5/2024 | 733 | 2,064.38 |
| Regular | 4/5/2024 | 1864 | 1,660.86 |
| Regular | 4/5/2024 | 1446 | 1,960.82 |
| Regular | 4/5/2024 | 1531 | 1,941.65 |
| Regular | 4/5/2024 | 1897 | 1,943.14 |
| Regular | 4/5/2024 | 661 | 1,963.62 |

**Check Register**

Millenkamp Cattle Inc  (197614)

Check Dates: 03/29/2024 to 03/29/2024
Pay Periods:  03/01/2024 to 03/

| | | | |
|---|---|---|---|
| Regular | 4/5/2024 | 1756 | 1,785.23 |
| Regular | 4/5/2024 | 1866 | 1,803.22 |
| Regular | 4/5/2024 | 1748 | 1,700.06 |
| Regular | 4/5/2024 | 1955 | 153.78 |
| Regular | 4/5/2024 | 1569 | 1,835.43 |
| Regular | 4/5/2024 | 1570 | 1,915.09 |
| Regular | 4/5/2024 | 1687 | 1,750.32 |
| Regular | 4/5/2024 | 1635 | 1,880.74 |
| Regular | 4/5/2024 | 1442 | 1,801.41 |
| Regular | 4/5/2024 | 1889 | 1,906.75 |
| Regular | 4/5/2024 | 1856 | 1,982.14 |
| Regular | 4/5/2024 | 1816 | 1,774.51 |
| Regular | 4/5/2024 | 1408 | 1,974.68 |
| Regular | 4/5/2024 | 1841 | 1,880.86 |
| Regular | 4/5/2024 | 1636 | 1,948.77 |
| Regular | 4/5/2024 | 629 | 1,992.32 |
| Regular | 4/5/2024 | 564 | 1,881.35 |
| Regular | 4/5/2024 | 1503 | 1,933.88 |
| Regular | 4/5/2024 | 646 | 2,595.84 |
| Regular | 4/5/2024 | 1444 | 2,114.24 |
| Regular | 4/5/2024 | 1421 | 2,257.82 |
| Regular | 4/5/2024 | 1598 | 1,762.05 |
| Regular | 4/5/2024 | 1832 | 1,917.42 |
| Regular | 4/5/2024 | 1519 | 1,816.04 |
| Regular | 4/5/2024 | 554 | 1,864.31 |
| Regular | 4/5/2024 | 1873 | 24.80 |
| Regular | 4/5/2024 | 1624 | 1,796.58 |
| Regular | 4/5/2024 | 774 | 2,074.85 |
| Regular | 4/5/2024 | 789 | 2,082.75 |
| Regular | 4/5/2024 | 822 | 1,936.02 |
| Regular | 4/5/2024 | 869 | 2,088.38 |
| Regular | 4/5/2024 | 760 | 2,048.12 |
| Regular | 4/5/2024 | 613 | 1,972.80 |
| Regular | 4/5/2024 | 890 | 2,092.25 |
| Regular | 4/5/2024 | 840 | 1,747.48 |
| Regular | 4/5/2024 | 1670 | 1,896.91 |
| Regular | 4/5/2024 | 587 | 1,604.61 |
| Regular | 4/5/2024 | 610 | 1,930.28 |
| Regular | 4/5/2024 | 883 | 2,002.48 |
| Regular | 4/5/2024 | 1520 | 2,055.97 |
| Regular | 4/5/2024 | 858 | 2,303.96 |
| Regular | 4/5/2024 | 619 | 1,796.30 |
| Regular | 4/5/2024 | 1649 | 1,944.55 |
| Regular | 4/5/2024 | 542 | 1,868.55 |
| Regular | 4/5/2024 | 713 | 1,986.78 |

**Check Register**
Millenkamp Cattle Inc   (197614)

Check Dates: 03/20/2024 to 03/22/2024
Check IDs:  0003200 to 0003250
Pay Periods:  03/01/2024 to 03/

| | | | |
|---|---|---|---|
| Regular | 4/5/2024 | 730 | 2,122.68 |
| Regular | 4/5/2024 | 1646 | 1,925.33 |
| Regular | 4/5/2024 | 1450 | 1,868.39 |
| Regular | 4/5/2024 | 638 | 2,083.80 |
| Regular | 4/5/2024 | 1820 | 1,932.76 |
| Regular | 4/5/2024 | 1777 | 2,063.96 |
| Regular | 4/5/2024 | 1435 | 1,937.40 |
| Regular | 4/5/2024 | 1885 | 1,920.31 |
| Regular | 4/5/2024 | 1886 | 1,948.00 |
| Regular | 4/5/2024 | 1842 | 2,046.60 |
| Regular | 4/5/2024 | 1785 | 2,052.29 |
| Regular | 4/5/2024 | 1838 | 1,818.44 |
| Regular | 4/5/2024 | 1401 | 1,975.75 |
| Regular | 4/5/2024 | 1400 | 1,905.36 |
| Regular | 4/5/2024 | 1448 | 1,972.55 |
| Regular | 4/5/2024 | 1406 | 1,982.32 |
| Regular | 4/5/2024 | 566 | 1,672.95 |
| Regular | 4/5/2024 | 624 | 2,042.59 |
| Regular | 4/5/2024 | 630 | 2,163.80 |
| Regular | 4/5/2024 | 1811 | 1,861.78 |
| Regular | 4/5/2024 | 639 | 2,073.59 |
| Regular | 4/5/2024 | 1405 | 2,066.24 |
| Regular | 4/5/2024 | 1804 | 1,839.98 |
| Regular | 4/5/2024 | 418 | 1,900.68 |
| Regular | 4/5/2024 | 673 | 2,055.82 |
| Regular | 4/5/2024 | 1938 | 1,784.72 |
| Regular | 4/5/2024 | 640 | 1,875.70 |
| Regular | 4/5/2024 | 1439 | 1,935.20 |
| Regular | 4/5/2024 | 513 | 2,622.83 |
| Regular | 4/5/2024 | 505 | 2,985.10 |
| Regular | 4/5/2024 | 541 | 1,508.37 |
| Regular | 4/5/2024 | 645 | 1,981.42 |
| Regular | 4/5/2024 | 1810 | 2,047.43 |
| Regular | 4/5/2024 | 1403 | 2,014.07 |
| Regular | 4/5/2024 | 1441 | 2,006.38 |
| Regular | 4/5/2024 | 1824 | 1,868.81 |
| Regular | 4/5/2024 | 504 | 2,131.96 |
| Regular | 4/5/2024 | 525 | 1,953.82 |
| Regular | 4/5/2024 | 651 | 2,018.07 |
| Regular | 4/5/2024 | 734 | 2,095.77 |
| Regular | 4/5/2024 | 1449 | 1,877.62 |
| Regular | 4/5/2024 | 672 | 2,042.12 |
| Regular | 4/5/2024 | 643 | 1,991.92 |
| Regular | 4/5/2024 | 1402 | 1,914.62 |
| Regular | 4/5/2024 | 535 | 2,142.59 |

**Check Register**
Millenkamp Cattle Inc   (197614)

Check Dates: 03/29/2024 to 03/29/2024
Check No's: 03200 to 03200
Pay Periods:  03/01/2024 to 03/

| | | | | |
|---|---|---|---|---|
| Regular | 4/5/2024 | 1443 | | 1,796.69 |
| Regular | 4/5/2024 | 1419 | | 1,991.16 |
| Regular | 4/5/2024 | 547 | | 2,240.98 |
| Regular | 4/5/2024 | 501 | | 2,075.49 |
| Regular | 4/5/2024 | 1899 | | 1,902.41 |
| Regular | 4/5/2024 | 1793 | | 1,988.18 |
| Regular | 4/5/2024 | 723 | | 1,886.88 |
| Regular | 4/5/2024 | 628 | | 1,975.34 |
| Regular | 4/5/2024 | 1771 | | 1,873.66 |
| Regular | 4/5/2024 | 736 | | 1,745.41 |
| Regular | 4/5/2024 | 1875 | | 2,012.26 |
| Regular | 4/5/2024 | 742 | | 1,902.41 |
| Regular | 4/5/2024 | 1895 | | 1,988.18 |
| Regular | 4/5/2024 | 1828 | | 1,701.27 |
| Regular | 4/5/2024 | 1716 | | 1,846.74 |
| Regular | 4/5/2024 | 1857 | | 1,873.66 |
| Regular | 4/5/2024 | 1851 | | 1,930.90 |
| Regular | 4/5/2024 | 1836 | | 1,736.08 |
| Regular | 4/5/2024 | 1926 | | 1,941.43 |
| Regular | 4/5/2024 | 1786 | | 2,163.92 |
| Regular | 4/5/2024 | 1542 | | 1,873.66 |
| Regular | 4/5/2024 | 1850 | | 1,873.66 |
| Regular | 4/5/2024 | 1871 | | 1,716.78 |
| Regular | 4/5/2024 | 1821 | | 1,742.66 |
| Regular | 4/5/2024 | 859 | | 1,756.04 |
| Regular | 4/5/2024 | 1719 | | 2,003.65 |
| Regular | 4/5/2024 | 1949 | | 724.62 |
| Regular | 4/5/2024 | 1720 | | 2,003.65 |
| Regular | 4/5/2024 | 1775 | | 1,799.19 |
| Regular | 4/5/2024 | 294 | | 1,905.25 |
| Regular | 4/5/2024 | 1572 | | 1,927.30 |
| Regular | 4/5/2024 | 1734 | | 2,132.57 |
| Regular | 4/5/2024 | 1902 | | 1,634.16 |
| Regular | 4/5/2024 | 1784 | | 1,588.42 |
| Regular | 4/5/2024 | 1714 | | 1,873.66 |
| Regular | 4/5/2024 | 1880 | | 1,895.03 |
| Regular | 4/5/2024 | 1725 | | 1,742.66 |
| Regular | 4/5/2024 | 1825 | | 1,858.19 |
| Regular | 4/5/2024 | 1941 | | 1,818.41 |
| Regular | 4/5/2024 | 1877 | | 2,026.73 |
| Regular | 4/5/2024 | 1631 | | 1,873.66 |
| Regular | 4/5/2024 | 919 | | 2,036.03 |
| Regular | 4/5/2024 | 1921 | | 1,818.11 |
| Regular | 4/5/2024 | 1770 | | 1,862.50 |
| Regular | 4/5/2024 | 1952 | | 470.98 |

**Check Register**
Millenkamp Cattle Inc   (197614)

Check Dates: 03/20/2024 to 03/22/2024
Check Dates: 03032001 to 03032010
Pay Periods:  03/01/2024 to 03/

| Type | Date | Check # | Amount |
|------|------|---------|--------|
| Regular | 4/5/2024 | 1778 | 1,902.41 |
| Regular | 4/5/2024 | 1925 | 1,678.41 |
| Regular | 4/5/2024 | 1931 | 1,521.83 |
| Regular | 4/5/2024 | 757 | 1,967.05 |
| Regular | 4/5/2024 | 1904 | 1,827.78 |
| Regular | 4/5/2024 | 1915 | 1,745.41 |
| Regular | 4/5/2024 | 737 | 1,742.70 |
| Regular | 4/5/2024 | 648 | 1,799.19 |
| Regular | 4/5/2024 | 1606 | 1,902.41 |
| Regular | 4/5/2024 | 1818 | 1,578.17 |
| Regular | 4/5/2024 | 1814 | 1,986.95 |
| Regular | 4/5/2024 | 1830 | 2,040.93 |
| Regular | 4/5/2024 | 1829 | 1,883.94 |
| Regular | 4/5/2024 | 1948 | 1,316.16 |
| Regular | 4/5/2024 | 1934 | 1,678.45 |
| Regular | 4/5/2024 | 1917 | 1,745.41 |
| Regular | 4/5/2024 | 1751 | 1,742.66 |
| Regular | 4/5/2024 | 1939 | 1,801.98 |
| Regular | 4/5/2024 | 1918 | 1,941.43 |
| Regular | 4/5/2024 | 1953 | 313.99 |
| Regular | 4/5/2024 | 1575 | 1,873.66 |
| Regular | 4/5/2024 | 847 | 1,902.41 |
| Regular | 4/5/2024 | 1863 | 1,742.66 |
| Regular | 4/5/2024 | 1916 | 1,538.46 |
| Regular | 4/5/2024 | 1894 | 1,649.63 |
| Regular | 4/5/2024 | 1707 | 2,059.40 |
| Regular | 4/5/2024 | 1840 | 1,873.66 |
| Regular | 4/5/2024 | 1839 | 1,846.74 |
| Regular | 4/5/2024 | 1890 | 1,902.41 |
| Regular | 4/5/2024 | 1677 | 1,873.66 |
| Regular | 4/5/2024 | 1946 | 1,536.20 |
| Regular | 4/5/2024 | 1951 | 613.80 |
| Regular | 4/5/2024 | 916 | 1,742.66 |
| Regular | 4/5/2024 | 1891 | 1,804.31 |
| Regular | 4/5/2024 | 1870 | 1,643.18 |
| Regular | 4/5/2024 | 1862 | 1,742.66 |
| Regular | 4/5/2024 | 1831 | 1,712.97 |
| Regular | 4/5/2024 | 1740 | 1,873.66 |
| Regular | 4/5/2024 | 1697 | 1,927.30 |
| Regular | 4/5/2024 | 1774 | 1,431.42 |
| Regular | 4/5/2024 | 1848 | 1,728.88 |
| Regular | 4/5/2024 | 1892 | 184.08 |
| Regular | 4/5/2024 | 1728 | 2,158.69 |
| Regular | 4/5/2024 | 1947 | 49.81 |
| Regular | 4/5/2024 | 1849 | 2,117.50 |

# Check Register

Millenkamp Cattle Inc   (197614)

Check Dates: 03/29/2024 to 03/29/2024
Check Nos: 00103200 to 00103281
Pay Periods:  03/01/2024 to 03/

| | | | |
|---|---|---|---|
| Regular | 4/5/2024 | 1920 | 1,531.76 |
| Regular | 4/5/2024 | 1855 | 1,742.66 |
| Regular | 4/5/2024 | 1789 | 1,742.66 |
| Regular | 4/5/2024 | 1950 | 761.17 |
| Regular | 4/5/2024 | 1679 | 1,873.66 |
| Regular | 4/5/2024 | 759 | 2,063.64 |
| Regular | 4/5/2024 | 1758 | 2,003.65 |
| Regular | 4/5/2024 | 1901 | 1,889.74 |
| Regular | 4/5/2024 | 1604 | 1,605.50 |
| Regular | 4/5/2024 | 1746 | 1,742.66 |
| Regular | 4/5/2024 | 1936 | 1,553.29 |
| Regular | 4/5/2024 | 1803 | 1,742.70 |
| Regular | 4/5/2024 | 1845 | 1,961.40 |
| Regular | 4/5/2024 | 1945 | 1,661.98 |
| Regular | 4/5/2024 | 1944 | 1,922.27 |
| Regular | 4/5/2024 | 1876 | 1,975.47 |
| Regular | 4/5/2024 | 1779 | 1,873.66 |
| Regular | 4/5/2024 | 1834 | 1,873.66 |
| Regular | 4/5/2024 | 1812 | 1,742.66 |
| Regular | 4/5/2024 | 1923 | 1,800.25 |
| Regular | 4/5/2024 | 1924 | 1,678.33 |
| Regular | 4/5/2024 | 844 | 1,628.30 |
| Regular | 4/5/2024 | 1738 | 1,974.11 |
| Regular | 4/5/2024 | 836 | 1,718.64 |
| Regular | 4/5/2024 | 1667 | 1,859.59 |
| Regular | 4/5/2024 | 1772 | 1,742.66 |
| Regular | 4/5/2024 | 1689 | 1,902.41 |
| Regular | 4/5/2024 | 1675 | 1,097.58 |
| Regular | 4/5/2024 | 1914 | 720.33 |
| Regular | 4/5/2024 | 1781 | 2,059.40 |
| Regular | 4/5/2024 | 1731 | 1,859.59 |
| Regular | 4/5/2024 | 1795 | 1,832.67 |
| Regular | 4/5/2024 | 1685 | 1,742.66 |
| Regular | 4/5/2024 | 1742 | 1,831.37 |
| Regular | 4/5/2024 | 1919 | 2,066.95 |
| Regular | 4/5/2024 | 1940 | 1,801.94 |
| Regular | 4/5/2024 | 1954 | 318.28 |
| Regular | 4/5/2024 | 1763 | 1,867.08 |
| Regular | 4/5/2024 | 1922 | 1,954.42 |
| Regular | 4/5/2024 | 1809 | 1,877.51 |
| Regular | 4/5/2024 | 1690 | 1,742.66 |
| Regular | 4/5/2024 | 1299 | 1,678.15 |
| Regular | 4/5/2024 | 1190 | 1,827.04 |
| Regular | 4/5/2024 | 1063 | 1,475.75 |
| Regular | 4/5/2024 | 1017 | 1,790.81 |

**Check Register**

Millenkamp Cattle Inc   (197614)

Check Dates: 03/29/2024 to 03/29/2024
Check Dates: 03/03200 to 03/03200
Pay Periods:  03/01/2024 to 03/

| | | | |
|---|---|---|---|
| Regular | 4/5/2024 | 1266 | 1,691.74 |
| Regular | 4/5/2024 | 1083 | 1,730.77 |
| Regular | 4/5/2024 | 1124 | 1,918.66 |
| Regular | 4/5/2024 | 152 | 1,982.67 |
| Regular | 4/5/2024 | 1110 | 1,845.39 |
| Regular | 4/5/2024 | 1140 | 1,874.63 |
| Regular | 4/5/2024 | 289 | 1,377.07 |
| Regular | 4/5/2024 | 1265 | 1,836.02 |
| Regular | 4/5/2024 | 1107 | 1,707.77 |
| Regular | 4/5/2024 | 1222 | 1,725.21 |
| Regular | 4/5/2024 | 1156 | 1,894.10 |
| Regular | 4/5/2024 | 1164 | 1,851.73 |
| Regular | 4/5/2024 | 1142 | 2,028.37 |
| Regular | 4/5/2024 | 1289 | 1,526.40 |
| Regular | 4/5/2024 | 1279 | 1,080.49 |
| Regular | 4/5/2024 | 213 | 2,371.91 |
| Regular | 4/5/2024 | 279 | 1,800.71 |
| Regular | 4/5/2024 | 1031 | 1,888.53 |
| Regular | 4/5/2024 | 212 | 2,202.47 |
| Regular | 4/5/2024 | 1029 | 1,653.82 |
| Regular | 4/5/2024 | 200 | 2,449.91 |
| Regular | 4/5/2024 | 1098 | 2,508.42 |
| Regular | 4/5/2024 | 40 | 1,984.12 |
| Regular | 4/5/2024 | 960 | 1,878.83 |
| Regular | 4/5/2024 | 1263 | 1,911.30 |
| Regular | 4/5/2024 | 146 | 1,207.35 |
| Regular | 4/5/2024 | 183 | 2,765.43 |
| Regular | 4/5/2024 | 259 | 2,271.13 |
| Regular | 4/5/2024 | 145 | 1,941.12 |
| Regular | 4/5/2024 | A267 | 1,884.13 |
| Regular | 4/5/2024 | 1212 | 1,970.91 |
| Regular | 4/5/2024 | 49 | 2,182.17 |
| Regular | 4/5/2024 | 997 | 1,772.01 |
| Regular | 4/5/2024 | 1055 | 1,691.56 |
| Regular | 4/5/2024 | 953 | 1,988.73 |
| Regular | 4/5/2024 | 159 | 1,604.42 |
| Regular | 4/5/2024 | 1243 | 1,829.50 |
| Regular | 4/5/2024 | 1257 | 1,768.69 |
| Regular | 4/5/2024 | 192 | 2,056.59 |
| Regular | 4/5/2024 | 1267 | 1,787.54 |
| Regular | 4/5/2024 | 47 | 1,745.67 |
| Regular | 4/5/2024 | 321 | 1,642.93 |
| Regular | 4/5/2024 | 1210 | 1,712.00 |
| Regular | 4/5/2024 | 1151 | 1,812.71 |
| Regular | 4/5/2024 | 1146 | 1,848.28 |

**Check Register**
Millenkamp Cattle Inc  (197614)

Check Dates: 03/29/2024 to 03/29/2024
Check Dates: 03/03200 to 03/03200
Pay Periods:  03/01/2024 to 03/

| | | | |
|---|---|---|---|
| Regular | 4/5/2024 | 1077 | 1,786.14 |
| Regular | 4/5/2024 | 1095 | 1,722.11 |
| Regular | 4/5/2024 | 1086 | 1,826.16 |
| Regular | 4/5/2024 | 184 | 1,786.60 |
| Regular | 4/5/2024 | 978 | 1,989.51 |
| Regular | 4/5/2024 | 1038 | 1,722.36 |
| Regular | 4/5/2024 | 1301 | 1,528.03 |
| Regular | 4/5/2024 | 1203 | 1,819.70 |
| Regular | 4/5/2024 | 1082 | 1,852.84 |
| Regular | 4/5/2024 | 394 | 1,935.86 |
| Regular | 4/5/2024 | 231 | 1,935.21 |
| Regular | 4/5/2024 | 1197 | 1,689.69 |
| Regular | 4/5/2024 | 46 | 2,105.21 |
| Regular | 4/5/2024 | 43 | 1,812.75 |
| Regular | 4/5/2024 | 425 | 169.30 |
| Regular | 4/5/2024 | 1130 | 1,932.52 |
| Regular | 4/5/2024 | 64 | 1,881.85 |
| Regular | 4/5/2024 | 1068 | 1,761.56 |
| Regular | 4/5/2024 | 1172 | 1,799.36 |
| Regular | 4/5/2024 | 435 | 1,736.94 |
| Regular | 4/5/2024 | 1282 | 1,892.14 |
| Regular | 4/5/2024 | 1294 | 1,661.48 |
| Regular | 4/5/2024 | 1051 | 1,614.69 |
| Regular | 4/5/2024 | 1050 | 1,851.39 |
| Regular | 4/5/2024 | 1262 | 1,791.22 |
| Regular | 4/5/2024 | 1231 | 1,647.80 |
| Regular | 4/5/2024 | 1073 | 1,796.03 |
| Regular | 4/5/2024 | 1219 | 1,802.82 |
| Regular | 4/5/2024 | 1174 | 1,817.71 |
| Regular | 4/5/2024 | 1247 | 1,792.14 |
| Regular | 4/5/2024 | 1251 | 1,774.23 |
| Regular | 4/5/2024 | 1272 | 1,582.69 |
| Regular | 4/5/2024 | 1128 | 1,850.51 |
| Regular | 4/5/2024 | 1261 | 1,756.98 |
| Regular | 4/5/2024 | 1307 | 1,664.38 |
| Regular | 4/5/2024 | 1134 | 1,796.36 |
| Regular | 4/5/2024 | 1218 | 1,724.54 |
| Regular | 4/5/2024 | 1239 | 1,693.43 |
| Regular | 4/5/2024 | 1091 | 1,796.70 |
| Regular | 4/5/2024 | 1169 | 1,783.24 |
| Regular | 4/5/2024 | 1230 | 1,828.38 |
| Regular | 4/5/2024 | 118 | 1,866.40 |
| Regular | 4/5/2024 | 1201 | 1,805.70 |
| Regular | 4/5/2024 | 1216 | 1,860.28 |
| Regular | 4/5/2024 | 1235 | 1,797.48 |

**Check Register**

Millenkamp Cattle Inc   (197614)

Check Dates: 03/20/2024 to 03/29/2024
Check Dates: 03/03200 to 03/03201
Pay Periods:  03/01/2024 to 03/

| | | | |
|---|---|---|---|
| Regular | 4/5/2024 | 1163 | 1,816.26 |
| Regular | 4/5/2024 | 1133 | 1,783.25 |
| Regular | 4/5/2024 | 1249 | 1,779.35 |
| Regular | 4/5/2024 | 1270 | 1,769.01 |
| Regular | 4/5/2024 | 1269 | 1,753.65 |
| Regular | 4/5/2024 | 991 | 2,203.96 |
| Regular | 4/5/2024 | 1202 | 1,818.27 |
| Regular | 4/5/2024 | 1242 | 1,678.72 |
| Regular | 4/5/2024 | 169 | 2,095.14 |
| Regular | 4/5/2024 | 1189 | 1,800.59 |
| Regular | 4/5/2024 | 1305 | 1,662.08 |
| Regular | 4/5/2024 | 92 | 1,839.30 |
| Regular | 4/5/2024 | 352 | 1,530.36 |
| Regular | 4/5/2024 | 1309 | 1,627.72 |
| Regular | 4/5/2024 | 1170 | 1,972.02 |
| Regular | 4/5/2024 | 1234 | 1,978.36 |
| Regular | 4/5/2024 | 1275 | 1,747.12 |
| Regular | 4/5/2024 | 1236 | 1,940.78 |
| Regular | 4/5/2024 | 1322 | 1,391.14 |
| Regular | 4/5/2024 | 1313 | 1,745.75 |
| Regular | 4/5/2024 | 479 | 1,600.80 |
| Regular | 4/5/2024 | 1318 | 1,558.18 |
| Regular | 4/5/2024 | 1076 | 1,968.47 |
| Regular | 4/5/2024 | 1277 | 1,811.55 |
| Regular | 4/5/2024 | 1268 | 1,884.83 |
| Regular | 4/5/2024 | 1316 | 1,599.29 |
| Regular | 4/5/2024 | 1311 | 1,115.85 |
| Regular | 4/5/2024 | 1300 | 1,607.92 |
| Regular | 4/5/2024 | 1293 | 1,563.71 |
| Regular | 4/5/2024 | 1320 | 1,315.21 |
| Regular | 4/5/2024 | 1321 | 1,405.89 |
| Regular | 4/5/2024 | 1319 | 1,859.28 |
| Regular | 4/5/2024 | 1308 | 1,714.61 |
| Regular | 4/5/2024 | 1007 | 1,962.56 |
| Regular | 4/5/2024 | 1145 | 1,690.94 |
| Regular | 4/5/2024 | 1177 | 1,627.37 |
| Regular | 4/5/2024 | 1159 | 1,849.06 |
| Regular | 4/5/2024 | 1229 | 1,718.62 |
| Regular | 4/5/2024 | 1296 | 1,757.52 |
| Regular | 4/5/2024 | 420 | 1,885.93 |
| Regular | 4/5/2024 | 1062 | 1,793.80 |
| Regular | 4/5/2024 | 1306 | 1,605.81 |
| Regular | 4/5/2024 | 1137 | 1,859.96 |
| Regular | 4/5/2024 | 139 | 1,947.02 |
| Regular | 4/5/2024 | 168 | 1,827.45 |

**Check Register**

Millenkamp Cattle Inc  (197614)

Check Dates: 03/29/2024 to 03/29/2024
Check #s: 03200 to 03301
Pay Periods:  03/01/2024 to 03/

| | | | |
|---|---|---|---|
| Regular | 4/5/2024 | 44 | 784.43 |
| Regular | 4/5/2024 | 471 | 2,215.34 |
| Regular | 4/5/2024 | 9 | 2,378.70 |
| Regular | 4/5/2024 | 252 | 2,002.04 |
| Regular | 4/5/2024 | 343 | 2,293.62 |
| Regular | 4/5/2024 | 1292 | 2,089.19 |
| Regular | 4/5/2024 | 370 | 2,182.65 |
| Regular | 4/5/2024 | 5 | 1,884.40 |
| Regular | 4/5/2024 | 322 | 2,311.02 |
| Regular | 4/5/2024 | 377 | 1,907.74 |
| Regular | 4/5/2024 | 226 | 1,979.65 |
| Regular | 4/5/2024 | 266 | 1,932.98 |
| Regular | 4/5/2024 | 185 | 1,765.39 |
| Regular | 4/5/2024 | 3 | 2,203.39 |
| Regular | 4/5/2024 | 270 | 2,049.59 |
| Regular | 4/5/2024 | 561 | 1,645.06 |
| Regular | 4/5/2024 | 325 | 1,607.38 |
| Regular | 4/5/2024 | 1179 | 2,020.69 |
| Regular | 4/5/2024 | 1283 | 2,016.89 |
| Regular | 4/5/2024 | 1162 | 1,824.72 |
| Regular | 4/5/2024 | 1215 | 1,884.08 |
| Regular | 4/5/2024 | 201 | 1,884.19 |
| Regular | 4/5/2024 | 913 | 587.76 |
| Regular | 4/5/2024 | 1290 | 1,779.65 |
| Regular | 4/5/2024 | 306 | 2,036.17 |
| Regular | 4/5/2024 | 360 | 2,140.56 |
| Regular | 4/5/2024 | 1323 | 421.93 |
| Regular | 4/5/2024 | 1315 | 2,481.39 |
| Regular | 4/5/2024 | 1276 | 2,578.09 |
| Regular | 4/5/2024 | 33 | 2,442.77 |
| Regular | 4/5/2024 | 16 | 2,296.14 |
| Regular | 4/5/2024 | 19 | 2,104.60 |
| Regular | 4/5/2024 | 1317 | 2,305.50 |
| Regular | 4/5/2024 | 2 | 2,737.03 |
| Regular | 4/5/2024 | 1214 | 2,322.54 |
| Regular | 4/5/2024 | 239 | 2,145.63 |
| Regular | 4/5/2024 | 312 | 2,369.76 |
| Regular | 4/5/2024 | 1241 | 2,787.11 |
| Regular | 4/5/2024 | 846 | 2,720.27 |
| Regular | 4/5/2024 | 1291 | 2,303.30 |
| Regular | 4/5/2024 | 462 | 2,040.54 |
| Regular | 4/5/2024 | 1254 | 2,610.73 |
| Regular | 4/5/2024 | 1297 | 2,240.55 |
| Regular | 4/5/2024 | 1232 | 1,982.04 |
| Regular | 4/5/2024 | 41 | 2,308.03 |

# Check Register
Millenkamp Cattle Inc  (197614)

Check Dates:  03/29/2024 to 03/29/2024
Check Nos:  08003200 to 08003720
Pay Periods:  03/01/2024 to 03/

| | | | | |
|---|---|---|---|---|
| Regular | 4/5/2024 | 202 | | 2,808.95 |
| Regular | 4/5/2024 | 1160 | | 1,561.29 |
| Regular | 4/5/2024 | B1122 | | 2,505.75 |
| Regular | 4/5/2024 | 1259 | | 1,856.87 |
| Regular | 4/5/2024 | 1286 | | 1,977.17 |
| Regular | 4/5/2024 | 412 | | 2,274.01 |
| Regular | 4/5/2024 | 434 | | 1,836.38 |
| Regular | 4/5/2024 | 2950 | | 1,699.79 |
| Regular | 4/5/2024 | 406 | | 1,783.45 |
| Regular | 4/5/2024 | 433 | | 1,902.76 |
| Regular | 4/5/2024 | 1284 | | 1,870.76 |
| Regular | 4/5/2024 | 1209 | | 1,672.16 |
| Regular | 4/5/2024 | 72 | | 1,735.82 |
| Regular | 4/5/2024 | 1302 | | 1,496.15 |
| Regular | 4/5/2024 | 581 | | 2,141.67 |
| Regular | 4/5/2024 | 1004 | | 2,018.56 |
| Regular | 4/5/2024 | 499 | | 1,917.22 |
| Regular | 4/5/2024 | 10430 | | 1,804.19 |
| Regular | 4/5/2024 | 633 | | 1,831.19 |
| Regular | 4/5/2024 | 409 | | 1,891.77 |
| Regular | 4/5/2024 | 10 | | 2,127.08 |
| Regular | 4/5/2024 | 90 | | 2,674.52 |
| Regular | 4/5/2024 | 1226 | | 2,085.51 |
| Regular | 4/5/2024 | 1228 | | 2,096.00 |
| Regular | 4/5/2024 | 1081 | | 1,851.62 |
| Regular | 4/5/2024 | 1070 | | 1,931.89 |
| Regular | 4/5/2024 | 18 | | 2,043.01 |
| Regular | 4/5/2024 | 274 | | 2,237.58 |
| Regular | 4/5/2024 | 1090 | | 2,100.01 |
| Regular | 4/5/2024 | 136 | | 2,383.95 |
| Regular | 4/5/2024 | 30 | | 2,063.66 |
| Regular | 4/5/2024 | 4570 | | 1,873.51 |
| Regular | 4/5/2024 | 298 | | 2,042.39 |

| **Totals for Payroll Checks** | **521 Items** | | **964,365.91** | **0.00** |
|---|---|---|---|---|

**Exhibit C**
**Insider Employees**

William J Millenkamp
W. Jacob Millenkamp
EllieMae Millenkamp
Trudy Millenkamp
John M. Millenkamp