Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *PHV pending*
Robert E. Richards, *PHV pending*
Tirzah Roussell, *PHV pending*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |

## NOTICE OF EMERGENCY INTERIM HEARING

NOTICE IS HEREBY provided that an emergency hearing will be held on the Motions outlined below on the **4th day of April, 2024, at 1:30 p.m. (mountain time)**, or as soon thereafter as the hearing may be held. This hearing will be via telephone conference. At least 10 minutes prior to the hearing, the parties should call the following number and use the following access code: 1-669-254-5252 | Access Code: 160-5422-0978.

NOTICE OF HEARING – Page 1

The Motions to be heard at the Interim Hearing are as follows:

1. *Emergency and Continuing Motion for Authorization to Use Cash Collateral* (Docket No. 22);

2. *Emergency Motion for Entry of an Order Authorizing Debtors to Honor Prepetition Obligations to Critical Vendors* (Docket No. 23);

3. *Emergency Motion of Debtors for Interim and Final Orders (A) Authoring the Debtors to obtain Post-Petition Financing; (B) Granting adequate protection to pre-petition secured creditors; and (C) setting a final hearing* (Docket No. 24);

4. *Emergency Motion for Entry of an Order: (I) Authorizing the Debtors to (A) Pay pre-petition employee wages and salaries, and (B) Pay and honor employee benefits and other workforce obligations; and (II) Authorizing and Directing the applicable bank to pay all checks and electronic payment requests made by the Debtors relating to the foregoing* (Docket No. 25).

DATED this 2nd day of April, 2024.

                /s/ Matt Christensen
                MATTHEW T. CHRISTENSEN
                Attorney for Debtor