J.B. Evans (SBN 10537)
evans.jb@dorsey.com
DORSEY & WHITNEY LLP
101 South Capitol Boulevard Suite 1701
Boise, ID 83702
Telephone:  (208) 617-2550
Facsimile:  (208) 545-5343

*Attorneys for Creditor Western States Equipment Company*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No.  24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | |

**NOTICE OF MOTION FOR ADEQUATE PROTECTION**

NOTICE IS HEREBY provided that an emergency hearing will be held on Western States Equipment Company's *Motion to Condition Use of WSECO's Equipment on Receipt of Adequate Protection* [Dkt. No. 43] and *Motion to Shorten Time* [Dkt. No. 47] on the **4th day of April, 2024, at 1:30 p.m. (MT)**, or as soon thereafter as the hearing may be held. This hearing will be via telephone conference. At least 10 minutes prior to the hearing, the parties should call the following number and use the following access code: 1-669-254-5252 | Access Code: 160-5422-0978.

NOTICE OF MOTION FOR ADEQUATE PROTECTION - 1

DATED this 3rd day of April, 2024.

          DORSEY & WHITNEY LLP

          */s/ J.B. Evans*
          J.B. Evans
          Attorneys for Creditor
          Western States Equipment Company

NOTICE OF MOTION FOR ADEQUATE PROTECTION - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April 2024, I filed the foregoing **NOTICE OF MOTION FOR ADEQUATE PROTECTION** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

| | |
|---|---|
| U.S. Trustee, Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Scott C. Powers | spowers@spencerfane.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Daniel C. Green | dan@racineolson.com |
| Heidi Buck Morrison | heidi@racineolson.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant(s) in the manner indicated:

Via First Class Mail, postage prepaid addressed as follows:

| | | |
|---|---|---|
| US Trustee<br>550 West Fort St Ste 698<br>Boise, ID  83724-0101 | Matthew T. Christensen<br>Johnson May, PLLC<br>199 N Capitol Blvd Ste 200<br>Boise ID  83702-6197 | Twin Falls<br>U.S. Bankruptcy Court<br>801 East Sherman<br>Pocatello, ID  83201-5730 |
| MetLife Real Estate Lending LLC<br>c/o Kimbell D. Gourley<br>POB 1097<br>Boise, ID  83701-1097 | Rabo AgriFinance LLC<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID  83701-1617 | Viterra USA Grain, LLC<br>Viterra USA Ingre<br>c/o Racine Olson, PLLP<br>P.O. Box 1391<br>Pocatello, ID  83204-1391 |

Metropolitan Life Insurance Company
c/o Kimbell D. Gourley
POB 1097
Boise, ID  83701-1097

                                                                                */s/ J.B. Evans*
                                                                                 J.B. Evans