DAVID A. COLEMAN, ISB #5742
COLEMAN, RITCHIE & JACOBSON
Attorneys at Law
156 2nd Avenue West
PO Box 525
Twin Falls, ID 83303-0525
Telephone: 208-734-1224
Fax: 208-734-3983
Email: david@colemanjacobsonlaw.com

Attorneys for B & H Farming, an Idaho General Partnership
and Youree Land & Livestock, Inc., an Idaho corporation

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC. | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that David A. Coleman of the firm of Coleman, Ritchie & Jacobson, hereby enters an appearance on behalf of creditor B & H Farming and creditor Youree Land & Livestock, Inc. and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

> David A. Coleman
> COLEMAN, RITCHIE & JACOBSON
> 156 2nd Avenue West
> Twin Falls, ID 83301

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1

The foregoing requests all notices, copies and pleadings referred to in Federal Rule of Bankruptcy Procedure 2002, including without limitation, notices, of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED this 3rd day of April, 2024.

COLEMAN, RITCHIE & JACOBSON

By *David A. Coleman*
DAVID A. COLEMAN, Attorneys for
B & H Farming and Youree Land &
Livestock, Inc.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of April, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

> Matthew T. Christensen
> mtc@johnsonmaylaw.com
>
> US Trustee
> ustp.region18.bs.ecf@usdoj.gov

AND I HEREBY CERTIFY that, I have served the foregoing document to the following non-EM/ECF Registered Participants via U.S. Mail:

> Millenkamp Cattle, Inc.
> 471 North 300 West
> Jerome, ID 83338

_____
DAVID A. COLEMAN

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 3