TRACT NO. 2:
Beginning at the Northwest corner of said Section 9, said corner marked by a U.S. General Land Office Pipe with brass cap, which shall be the Point of Beginning;
Thence South 89°47'00" East along section line for 200.00 feet to a ½ inch rebar;
Thence South 0°07'33" East for 295.16 feet to a ½ inch rebar on section line;
Thence North 89°47'00" West for 200.00 feet to a ½ inch rebar on section line;
Thence North 0°07'33" West along said section line for 295.16 feet to the Point of Beginning.

TRACT NO. 3:
Beginning at the Northeast corner of said Section 9, said corner marked by a 5/8 inch rebar;
Thence South 00°11'27" East (South rec.) along the East section line for a distance of 250.00 feet to the Point of Beginning;
Thence South 00°11'27" East continuing along said line for a distance of 191.53 feet;
Thence South 86°39'00" West for a distance of 37.48 feet to a ½ inch rebar;
Thence South 86°39'00" West for a distance of 1614.99 feet to a ½ inch rebar;
Thence North 00°11'27" West for a distance of 294.52 feet to a ½ inch rebar;
Thence North 89°46'36" West for a distance of 1401.98 feet to a ½ inch rebar;
Thence North 00°11'27" West for a distance of 224.97 feet to a ½ inch rebar;
Thence North 00°11'27" West for a distance of 25.00 feet to the North section line;
Thence South 89°46'51" East along said line for a distance of 399.52 feet to the North ¼ section corner marked by a 5/8 inch rebar;
Thence South 89°46'36" East along the North section line for a distance of 1102.45 feet;
Thence South 00°11'27" East (South rec.) for a distance of 25.00 feet to a ½ inch rebar;
Thence South 00°11'27" East (South rec.) for a distance of 225.00 feet to a ½ inch rebar;
Thence South 89°46'36" East (East rec.) for a distance of 1525.00 feet to a ½ inch rebar;
Thence South 89°46'36" East (East rec.) for a distance of 25.00 feet to the Point of Beginning.

PARCEL NO. 4:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 10:    Part of the NW¼, more particularly described as follows:

Beginning at the Northwest corner of said Section 10, said corner marked by a U.S. Government Brass Cap; Thence South 0°09'00" East (Basis of Bearing) along section line for 1219.10 feet to a ½ inch rebar which shall be the Point of Beginning:
Thence North 89°51' East for 300.00 feet to a ½ inch rebar;
Thence South 0°09'00" East for 300.00 feet to a ½ inch rebar;
Thence South 89°51' West for 300.00 feet to a ½ inch rebar on section line;
Thence North 0°09'00" West along said section line for 300.00 feet to the Point of Beginning.

PARCEL NO. 5:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 10:    Part of the NE¼, more particularly described as follows:

Beginning at the Northwest corner of the Northeast corner of said Section 10; Thence South 127.5 feet to the True Point of Beginning:
Thence South 255.6 feet;
Thence East 199.5 feet;
Thence North 179 feet;
Thence Northwest 213.69 feet to the True Point of Beginning.

29

Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing
Millenkamp
Loan Nos. 199534 and 199535
97816942.4 0053564-00330

PARCEL NO. 6:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 10:   Part of the NE¼NW¼, more particularly described as follows:

Beginning at the Northwest corner of the NE¼ of said Section 10; Thence South 89°55' West along section line of said Section 10 for 208.72 feet to a point; Thence South 0°05' East for 52.0 feet to the True Point of Beginning;
Thence South 0°05' East for 290.4 feet to a point;
Thence South 89°55' West for 150.0 feet to a point;
Thence North 0°05' West for 290.4 feet to a point;
Thence North 89°55' East for 150.0 feet to the True Point of Beginning.

PARCEL NO. 7:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 10:   Part of the N½NE¼NW¼, more particularly described as follows:

Beginning at the N¼ section corner of said Section 10, said corner marked by a U.S. GLO iron pipe with brass cap which shall be the Point of Beginning:
Thence South 00°07'39" East along the East line of the NW¼ for a distance of 660.78 feet to a ½ inch rebar at the Southeast corner of the N½NE¼NW¼;
Thence South 89°55'40" West along the South line of the N½NE¼NW¼ for a distance of 418.04 feet to a ½ inch rebar;
Thence North 00°07'39" West for a distance of 607.86 feet to a ½ inch rebar;
Thence North 00°07'39" West for a distance of 52.97 feet to the North line of Section 10;
Thence North 89°56'00" East along said line for a distance of 418.04 feet to the Point of Beginning;

**EXCEPTING THEREFROM,** the following described parcel:

Beginning at the N¼ corner of said Section 10; Thence South 89°56'00" West (South 89°55' West, rec.) along the North section line for a distance of 208.72 feet; Thence South 00°04'00" East (South 00°05' East, rec.) for a distance of 52.00 feet to a point which shall be the Point of Beginning:
Thence South 00°04'00" East (South 00°05' East, rec.) for a distance of 290.40 feet;
Thence South 89°56'00" West (South 89°55' West, rec.) for a distance of 150.00 feet;
Thence North 00°04'00" West (North 00°05' West, rec.) for a distance of 290.40 feet;
Thence North 89°56'00" East (North 89°55' East, rec.) for a distance of 150.00 feet to the Point of Beginning.

PARCEL NO. 8:

TOWNSHIP 10 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 35:   Part of the NW¼, more particularly described as follows:

Beginning at the Northeast corner of the NW¼ of said Section 35; Thence South 34°9'30" East 588.37 feet to a point on the centerline of Yale Road; Thence South 57°36' West for 2040.63 feet to the True Point of Beginning;
Thence South 19°54' East 254.96 feet to a point;
Thence South 57°36' West 175 feet to a point;
Thence North 19°54' West 254.96 feet to a point;
Thence North 57°36' East 175 feet to the True Point of Beginning.

Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing
Millenkamp
Loan Nos. 199534 and 199535
97816942.4 0053564-00330

PARCEL NO. 9:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 9:    Part of the NW¼NW¼ of said Section 9 more particularly described as follows:

Beginning at the Northwest corner of said Section 9, said corner marked by a U.S. General Land Office pipe with brass cap, which shall be the Point of Beginning;
Thence South 89° 47'00" East along section line for 200.00 feet to a ½ inch rebar;
Thence South 0° 07'33" East for 295.16 feet to a ½ inch rebar;
Thence North 89° 47'00" West for 200.00 feet to a ½ inch rebar on section line;
Thence North 0° 07'33" West along said section line for 295.16 feet to the Point of Beginning.

### TRACT NO. 3 - CASSIA COUNTY:

TOWNSHIP 9 SOUTH, RANGE 25 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 2:    All of Lots 2, 3, 4, SE¼SW¼ and S½SE¼, **SAVE AND EXCEPT** the following described parcel:

Beginning at a BLM brass cap at the Southeast section corner of said Section 2;
Thence South 89° 54' West for 329.82 feet;
Thence North 986.08 feet;
Thence North 44° 27' West for 467.29 feet to a BLM brass cap;
Thence North 89° 53' East 656.7 feet;
Thence South 1320 feet to the True Point of Beginning.

Section 3:    Lot 2

Section 10:    W½NE¼, NE¼NW¼ (also designated as Lot 1) and SE¼NW¼ **EXCEPTING THEREFROM** the following described parcel:

A strip of land 50 feet in width, lying 25 feet on each side of the following described line:

Beginning at a point on the North and South Center line of said Section 10, 2603 feet South of the Northwest corner of the Northeast Quarter of said Section 10;
Thence North 87° 20' West 890 feet;
Thence North 89° 25' West 430 feet.

Section 11:    NW¼

### TRACT NO. 4 - JEROME COUNTY:

PARCEL NO. 1:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 27:    NW¼NW¼;

SW¼NW¼, **EXCEPTING THEREFROM** a strip of land 40 feet wide along the East side deeded to the Jerome Highway District by Deed recorded June 20, 1955 in Book 159 Page 87 as Instrument Number 126248, Jerome County records.

PARCEL NO. 2:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:   SE¼, **EXCEPTING THEREFROM** the South 25 feet of the S½SE¼ for public highway right-of-way by Judgment dated October 26, 1981, recorded October 30, 1981 as Instrument Number 260993, Jerome County records.

Section 33:   N½NE¼, **EXCEPTING THEREFROM** the North 25 feet of the N½NE¼ for public highway right-of-way by Judgment dated October 26, 1981, recorded October 30, 1981 as Instrument Number 260993, Jerome County records.

PARCEL NO. 3:

TOWNSHIP 7 SOUTH, RANGE 16 EAST BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:   SE¼NE¼

**EXCEPTING THEREFROM** a parcel of land located in the SE¼NE¼, described as follows:

Commencing at a 5/8 inch rebar marking the Southeast corner of the SE¼NE¼ of said Section 28, being also the POINT OF BEGINNING;
Thence along the South line of the SE¼NE¼ of said Section 28, North 89°21'55" West, a distance of 1319.69 feet;
Thence along the West line of the SE¼NE¼ of said Section 28, North 00°10'18" East, a distance of 1318.95 feet to a 5/8 inch rebar;
Thence along the North line of the SE¼NE¼ of said Section 28, South 89°21'19" East, a distance of 827.74 feet to a ½ inch rebar;
Thence parallel to the East line of the SE¼NE¼ of said Section 28, South 00°14'47" West, a distance of 286.96 feet to a ½-inch rebar;
Thence parallel to the North line of the SE¼NE¼ of said Section 28, South 89°21'19" East, a distance of 325.28 feet to a ½ inch rebar;
Thence parallel to the East line of the SE¼NE¼ of said Section 28, North 00°14'47" East, a distance of 38.59 feet to a ½ inch rebar;
Thence parallel to the North line of the SE¼NE¼ of said Section 28, South 89°21'19" East, a distance of 168.39 feet to the intersection with the East line of the SE¼NE¼ of Section 28;
Thence along the East line of the SE¼NE¼ of said Section 28, South 00°14'47" West, a distance of 1070.34 feet to the POINT OF BEGINNING.

PARCEL NO. 4:

TOWNSHIP 7 SOUTH, RANGE 16 EAST BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:   Part of the SE¼NE¼, more particularly described as follows:

Commencing at a 5/8 inch rebar marking the Southeast corner of the SE¼NE¼ of said Section 28, being also the POINT OF BEGINNING;
Thence along the South line of the SE¼NE¼ of said Section 28, North 89°21'55" West, a distance of 1319.69 feet;
Thence along the West line of the SE¼NE¼ of said Section 28, North 00°10'18" East, a distance of 1318.95 feet to a 5/8 inch rebar;
Thence along the North line of the SE¼NE¼ of said Section 28, South 89°21'19" East, a distance of 827.74 feet to a ½ inch rebar;
Thence parallel to the East line of the SE¼NE¼ of said Section 28, South 00°14'47" West, a distance of 286.96 feet to a ½-inch rebar;

32

Thence parallel to the North line of the SE¼NE¼ of said Section 28, South 89°21'19" East, a distance of 325.28 feet to a ½ inch rebar;
Thence parallel to the East line of the SE¼NE¼ of said Section 28, North 00°14'47" East, a distance of 38.59 feet to a ½ inch rebar;
Thence parallel to the North line of the SE¼NE¼ of said Section 28, South 89°21'19" East, a distance of 168.39 feet to the intersection with the East line of the SE¼NE¼ of Section 28;
Thence along the East line of the SE¼NE¼ of said Section 28, South 00°14'47" West, a distance of 1070.34 feet to the POINT OF BEGINNING.

PARCEL NO. 5:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:     SW¼NE¼;

PARCEL NO. 6:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:     NW¼NE¼, **EXCEPTING THEREFROM** that portion lying North and West of the North Side Canal Company lateral.

PARCEL NO. 7:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:     E½NW¼, NW¼NW¼, SW¼NW¼, **EXCEPTING THEREFROM** the South 10 Acres;

**ALSO EXCEPTING THEREFROM** that part of the SW¼NW¼, described as follows:

Commencing at the Northwest corner of said Section 28;
Thence South 0°23'30" East along the West boundary of said Section 28, 1761.83 feet to the TRUE POINT OF BEGINNING;
Thence South 36°14'06" East, 457.64 feet;
Thence South 38°11'57" East, 170.68 feet;
Thence South 45°28'11" East, 64.61 feet;
Thence North 89°52'42" West, 418.37 feet to the West boundary of said Section 28;
Thence North 0°23'30" West along the West boundary of said Section 28, 547.70 feet to the TRUE POINT OF BEGINNING.

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:     That portion of the NW¼NE¼ lying North and West of the North Side Canal Company lateral.

**EXCEPTING THEREFROM** that part of the NW¼NE¼, described as follows:

Commencing at the Northwest corner of said Section 28;
Thence South 89°49'39" East along the North boundary of said Section 28, 2646.28 feet, to the Northwest corner of the NW¼NE¼, said point being the TRUE POINT OF BEGINNING;
Thence continuing South 89°49'39" East along the North boundary of said Section 28, 143.71 feet;
Thence South 0°23'17" East, 118.00 feet;
Thence North 89°49'39" West, 143.71 feet to a point on the West boundary of said NW¼NE¼;

33

Thence North 0°23'17" West along the West boundary of said NW¼NE¼, 118.00 feet to the TRUE POINT OF BEGINNING.

PARCEL NO. 8:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:   Portion of the SW¼NW¼, described as follows:

Commencing at the Southwest corner of the SW¼NW¼ of said Section;
Thence South 89°53'08" East, along the South line of the SW¼NW¼ of said Section, 1017.36 feet to the TRUE POINT OF BEGINNING;
Thence North 66°30'17" West, 415.61 feet;
Thence North 60°28'11" West, 72.97 feet;
Thence North 52°35'55" West, 141.53 feet;
Thence North 45°28'11" West, 61.96 feet;
Thence South 89°52'42" East, 904.69 feet;
Thence South 0°23'23" East, 329.77 feet to a point on the South line of the SW¼NW¼ of said Section;
Thence North 89°53'08" West along the South line of the SW¼NW¼ of said Section, 305.69 feet to the TRUE POINT OF BEGINNING.

PARCEL NO. 9:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:   That part of the NW¼NE¼, described as follows:

Commencing at the Northwest corner of said Section 28;
Thence South 89°49'39" East along the North boundary of said Section 28, 2646.28 feet to the Northwest corner of the NW¼NE¼, said point being THE TRUE POINT OF BEGINNING;
Thence continuing South 89°49'39" East along the North boundary of said Section 28, 143.71 feet;
Thence South 0°23'17" East, 118.00 feet;
Thence North 89°49'39" West, 143.71 feet to a point on the West boundary of said NW¼NE¼;
Thence North 0°23'17" West along the West boundary of said NW¼NE¼, 118.00 feet to THE TRUE POINT OF BEGINNING.

PARCEL NO. 10:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 34:   E½SE¼; AND That part of the SW¼SE¼ lying South of the right of way of the U-4 lateral or coulee of the North Side Canal Company, Ltd., as located and operated over and across said land,

**EXCEPTING THEREFROM** the following described tracts:

TRACT NO. 1:
Commencing at the Southeast corner of Section 34; Thence North 89° 47' West, 2033.74 feet along the Southerly boundary of Section 34 to THE TRUE POINT OF BEGINNING;
Thence North 0°13'00" East, 283.88 feet to the Southerly bank (right of way) of the Northside Canal Company "U-4" Lateral;
Thence along said "U-4 Lateral South 70°46'54" West, 79.00 feet;
South 52°49'10" West, 79.35 feet;
South 45°31'07" West, 73.56 feet;

34

Thence departing said lateral South 4°01'42" East, 158.10 feet to the Southerly boundary of Section 34;
Thence South 89°47' East, 178.11 feet along the Southerly boundary of Section 34 to THE TRUE POINT OF BEGINNING.

TRACT NO. 2:
Beginning at the Southeast corner of Section 34;
Thence North 89°47'00" West, 1866.74 feet along the Southerly boundary of Section 34 to THE TRUE POINT OF BEGINNING;
Thence North 0°13' East, 355.00 feet to the Southerly bank of the Northside Canal Company "U-4"Lateral;
Thence South 67°08'57" West, 181.51 feet along the Southerly bank of said Lateral;
Thence South 0°13' West, 283.88 feet to the Southerly boundary of Section 34;
Thence South 89°47'00" East, 167.00 feet along said Southerly boundary to THE TRUE POINT OF BEGINNING.

TRACT NO. 3:
Beginning at the Southeast corner for Section 34, THE TRUE POINT OF BEGINNING;
Thence North 89°47'00" West, 672.70 feet along the Southerly boundary of Section 34;
Thence North 0°11'26" West, 451.32 feet;
Thence South 89°47'00" East, 672.70 feet to the Easterly boundary of Section 34;
Thence South 0°11'26" East, 451.32 feet along the Easterly boundary of Section 34 to THE TRUE POINT OF BEGINNING.

TRACT NO. 4:
Beginning at a point on the south line of said SW¼SE¼, which point is 287 feet east of the Southwest corner of said SW¼SE¼;
Thence in an easterly direction along said south line 144 feet;
Thence running North 5°30' West 176 feet to the center of the U-4 lateral of the North Side Canal Co. Ltd as now constructed;
Thence Southwesterly along said centerline of said lateral 242 feet to the Point of Beginning.

PARCEL NO. 11:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:  Part of the SW¼NW¼, and Part of the NW¼SW¼, described as follows:

Commencing at a 5/8-inch iron pin with a plastic cap stamped PLS 3623 marking the Southwest corner of the Northwest ¼ of said Section 28, being also the POINT OF BEGINNING, from which an aluminum cap stamped PLS 884 marking the Southwest corner of the Southwest ¼ of said Section 28 bears South 00°06'53" West at a distance of 2639.06 feet, and also from which a ½-inch iron pin with cap stamped PLS 884 marking the Northwest corner of the Northwest ¼ of said Section 28 bears North 00°05'13" East at a distance of 2639.50 feet;
Thence along the West line of the Southwest ¼ of the Northwest ¼ of said Section 28, North 00°05'13" East, a distance of 329.94 feet to the Northwest corner of the South 10 Acres of said Southwest ¼ of the Northwest ¼, being also the Southwest corner of a parcel of land described as Parcel No. 36 in a Quitclaim Deed to L&S Land Holdings LLC as recorded in the Jerome County Recorder's Office on December 31, 2008 as Instrument Number 2086830.
Thence along the North line of said 10 acres, being also the South line of said Parcel No. 36, South 89°21'43" East, a distance of 418.77 feet (North 89°52'42" West, 418.37 feet, record) to the Southeast corner of said Parcel No. 36, being also the Northwest corner of a parcel of land described as Parcel No. 2 in a Warranty Deed to William J. and Susie J. Millenkamp as recorded in the Jerome County Recorder's Office on March 2, 2005 as Instrument Number 2051133;
Thence along the Westerly line of said Parcel No. 2 the following bearings and distances;
South 45°00'52" East, a distance of 61.09 feet (North 45°28'11" West, 64.96 feet, record);

35

Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing
Millenkamp
Loan Nos. 199534 and 199535
97816942.4 0053564-00330

Thence South 52°06'54" East, a distance of 141.47 feet (North 52°35'55" West, 141.53 feet, record);

Thence South 59°59'23" East, a distance of 72.92 feet (North 60°28'11" West, 72.97 feet, record);
Thence South 66°01'21" East, a distance of 418.43 feet to a ½-inch iron rod with plastic cap stamped PLS 3623 marking the intersection with the South line of the Southwest ¼ of the Northwest ¼ of said Section 28 (North 66°30'17" West, 415.61 feet, record);
Thence along the South line of said Southwest ¼ of the Northwest ¼, North 89°21'54" West, a distance of 229.89 feet to the intersection with the W3 Lateral of the North Side Canal Company;
Thence along the center of said W3 Lateral the following bearings and distances;
South 33°36'43" West, a distance of 232.99 feet to the beginning of a curve tangent to said line;
Thence Southwesterly and Westerly a distance of 292.87 feet along the curve concave to the Northwest, having a radius of 338.33 feet, a central angle of 49°35'51", and being subtended by a chord that bears South 58°24'39" West 283.81 feet;
Thence South 83°12'35" West tangent to said curve, a distance of 96.35 feet to the beginning of a curve tangent to said line;
Thence Westerly, Southwesterly and Southerly a distance of 107.95 feet along the curve concave to the Southeast, having a radius of 75.00 feet, a central angle of 82°28'03", and being subtended by a chord that bears South 41°58'33" West 98.87 feet;
Thence South 00°44'31" West tangent to said curve, a distance of 201.65 feet to the beginning of a curve tangent to said line;
Thence Southerly, Southwesterly and Westerly a distance of 153.04 feet along the curve concave to the Northwest, having a radius of 110.00 feet, a central angle of 79°42'55", and being subtended by a chord that bears South 40°35'58" West 140.99 feet;
Thence South 80°27'26" West tangent to said curve, a distance of 141.62 feet;
Thence South 85°21'09" West, a distance of 24.78 feet to a ½-inch rebar with cap stamped PLS 9858 marking the intersection with the West line of the Northwest ¼ of the Southwest ¼ of said Section 28;
Thence along the West line of said Northwest ¼ of the Southwest ¼, North 00°06'53" East, a distance of 770.52 feet to the POINT OF BEGINNING.

AND

TOWNSHIP 7 SOUTH, RANGE 16 EAST BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:   Part of the SW¼NW¼, previously described as Parcel No. 36 in Quitclaim Deed from Luis M. & Sharon Bettencourt to L&S Land Holdings as recorded on December 31, 2008 as Instrument Number 2086830, now being described as follows:

Commencing at a 1/2-inch iron pin with cap stamped PLS 884 marking the Northwest corner of the West ½ of said Section 28; Thence along the West line of the Northwest ¼ of said Section 28, South 00°05'13" West, a distance of 1761.60 feet (South 00°23'30" East, 1761.83 feet, record), to a 1/2-inch iron pin marking the POINT OF BEGINNING.
Thence South 35°44'37" East, a distance of 457.46 feet (South 36°14'06" East, 457.64 feet, record);
Thence South 37°41'44" East, a distance of 170.64 feet (South 38°11'57" East, 170.68 feet, record);

Thence South 45°00'52" East, a distance of 65.53 feet (South 45°28'11" East, 64.61 feet, record) to the North line of the South 10 Acres of the Southwest ¼ of the Northwest ¼ of said Section 28;
Thence along the North line of said South 10 Acres, North 89°21'43" West, a distance of 418.77 feet (North 89°52'42" West, 418.37 feet, record) to the West line of the Southwest ¼ of the Northwest ¼ of said Section 28;
Thence along the West line of said Southwest ¼ of the Northwest ¼, North 00°05'13" East, a distance of 547.97 feet (North 00°23'30" West, 547.70 feet, record) to the POINT OF BEGINNING.

AND

36
Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing
Millenkamp
Loan Nos. 199534 and 199535
97816942.4 0053564-00330

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 28:    Part of the NE¼SW¼, described as follows:

Commencing at a brass cap marking the Southeast corner of the Southwest ¼ of said Section 28, from which an aluminum cap stamped PLS 884 marking the Southwest corner of the Southwest ¼ of said Section 28 bears North 89°22'57" West at a distance of 2646.57 feet; Thence along the East line of said Southwest ¼, North 00°05'51" East, a distance of 1931.80 feet to a ½-inch rebar with plastic cap stamped PLS 9858 marking the POINT OF BEGINNING.
Thence North 39°19'22" West, a distance of 125.38 feet to a ½-inch rebar with plastic cap stamped PLS 9858;
Thence North 42°05'52" West, a distance of 294.98 feet to a ½-inch rebar with plastic cap stamped PLS 9858;
Thence North 44°25'46" West, a distance of 368.54 feet to a ½-inch rebar with plastic cap stamped PLS 9858;
Thence North 51°33'57" West, a distance of 89.01 feet to a ½-inch rebar with plastic cap stamped PLS 9858;
Thence North 72°47'53" West, a distance of 237.80 feet to a ½-inch rebar with plastic cap stamped PLS 9858;
Thence North 84°18'05" West, a distance of 124.52 feet to a ½-inch rebar with cap stamped PLS 9858 marking the intersection with the North line of the Northeast ¼ of the Southwest ¼ of said Section 28;
Thence along the North line of said Northeast ¼ of the Southwest ¼, South 89°21'54" East, a distance of 957.25 feet to a 5/8-inch rebar with aluminum cap stamped PLS 9858 marking the Northeast corner of said Northeast ¼ of the Southwest ¼;
Thence along the East line of said Northeast ¼ of the Southwest ¼, South 00°05'51" West, a distance of 706.46 feet to the POINT OF BEGINNING.

<u>**TRACT NO. 5**</u>

**CASSIA COUNTY**

PARCEL NO. 1:

TOWNSHIP 11 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 36:    E½

**JEROME COUNTY**

PARCEL NO. 2:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 21:    That portion of the N½SW¼, lying South of the centerline of the Northside Canal Company "W" Canal, more particularly described as follows:

Commencing at the Northwest corner of said N½SW¼; Thence South 0°07'58" East, 562.38 feet along the Westerly boundary of said N½SW¼ to the center of the Northside Canal Company "W" Canal and THE TRUE POINT OF BEGINNING;
Thence South 0°07'58" East, 758.11 feet to the Southwest corner of said N½SW¼;
Thence South 89°41'11" East, 2643.72 feet to the center of said "W" Canal;
Thence Westerly along the approximate center of said "W" Canal the following courses and distances:
Thence North 26°19'12" West, 237.37 feet;

37

Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing
Millenkamp
Loan Nos. 199534 and 199535
97816942.4 0053564-00330

Thence North 44°56'58" West, 199.28 feet;
Thence South 52°21'52" West, 240.71 feet;
Thence North 67°19'08" West, 646.97 feet;
Thence North 87°18'51" West, 178.79 feet;
Thence North 64°23'23" West, 203.61 feet;
Thence South 73°01'14" West, 419.96 feet;
Thence North 62°58'56" West, 355.62 feet (335.62 feet recorded);
Thence North 71°13'41" West, 561.62 feet to THE TRUE POINT OF BEGINNING.

PARCEL NO. 3:

TOWNSHIP 10 SOUTH, RANGE 20 EAST OF THE BOISE MERIDIAN,
JEROME COUNTY, IDAHO

Section 10:    A parcel of land located in the N½NW¼, described as follows:

Commencing at the Northeast corner of the N½NW¼, which corner bears North 8°44'54" West, 213.81 feet from Station 296+20.43 of Interstate 80N, Project No. 1-80N-3(18)191 Highway Survey; Thence South 0°06'44" East along the East line of said N½NW¼, a distance of 378.42 feet to a point that bears South 9°11'09" East, 160.00 feet from Station 295+60.35 of said Highway Survey and being the REAL POINT OF BEGINNING;
Thence South 79°55'36" West, 640.33 feet to a point in a line parallel with and 170.0 feet Southerly from the centerline and opposite Station 289+20.09 of said Highway Survey;
Thence along said parallel line as follows:
Westerly along a 5899.58 foot radius curve right 1603.00 feet to a point which bears South 6°22'56" West, 170.0 feet from Station 273+63.28 of said Highway Survey;
North 83°37'04" West, 398.99 feet to a point in the West line of said N½NW¼ and bears South 6°22'56" West, 170.0 feet from the Station 269+64.29 of said Highway Survey;
Thence South 0°03'34" East along said West line 842.0 feet, more or less, to the Southwest corner of said N½NW¼;
Thence Easterly along the South line of said N½NW¼, a distance of 2640.0 feet, more or less, to the Southeast corner thereof;
Thence North 0°06'44" West along the East line of said N½NW¼ a distance of 942.0 feet, more or less, to THE REAL POINT OF BEGINNING.

**EXCEPTING THEREFROM** a parcel of land described as follows:

Beginning at the North quarter corner of said Section 10; Thence South 0°04'39" West along the center section line of said Section 10 for a distance of 370.80 feet to the South right of way line of Interstate 80N, Project No. I-80N-3(18)191 and being the REAL POINT OF BEGINNING;
Thence from the REAL POINT OF BEGINNING South 0°04'39" West along the center section line of said Section 10 for a distance of 951.05 feet to the Southeast corner of the N½NW¼;
Thence North 89°58'21" West along the South line of the N½NW¼ for a distance of 233.66 feet;
Thence North 0°04'39" East for a distance of 910.82 feet to the South right of way line of Interstate 80N;
Thence North 79°57'46" East along the South right of way line of Interstate 80N for a distance of 223.00 feet;
Thence North 84°56'39" East along the South right of way line of Interstate 80N for a distance of 14.19 feet to the REAL POINT OF BEGINNING.

**FURTHER EXCEPTING THEREFROM** that part of the NW¼, described as follows:

Commencing at the Northwest corner of said Section 10; Thence South 0°00'13" West along the West boundary of said Section 10 for a distance of 1073.5 feet to THE TRUE POINT OF BEGINNING;
Thence North 89°30'00" East for a distance of 210.00 feet;

38

Thence South 0°00'13" West parallel with the West boundary of Section 10 for a distance of 211.04 feet;
Thence South 89°30'00" West for a distance of 113.0 feet;
Thence North 84°00'00" West for a distance of 97.5 feet to a point on the West boundary of Section 10;
Thence North 0°00'13" East along the West boundary of Section 10 for a distance of 200.00 feet to THE TRUE POINT OF BEGINNING.

PARCEL NO. 4:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN, JEROME COUNTY, IDAHO

Section 34:     SE¼NE¼; NE¼NE¼

PARCEL NO. 5:

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN, JEROME COUNTY, IDAHO

Section 28:     NE¼NE¼, more particularly described as follows:

Beginning at the Northeast corner of said Section 28, said point being the TRUE POINT OF BEGINNING;
Thence North 89°39' West along the North boundary of the NE¼NE¼, 1320.00 feet, more or less, to the Northwest corner of NE¼NE¼;
Thence South 0°02' East along the West boundary of the NE¼NE¼, 1320.00 feet, more or less, to the Southwest corner of the NE¼NE¼;
Thence South 89°39' East along the South boundary of the NE¼NE¼, 1320.00 feet, more or less, to the Southeast corner of the NE¼NE¼;
Thence North 0°02' West along the East boundary of the NE¼NE¼, 1320.00 feet, more or less, to the TRUE POINT OF BEGINNING.

### TRACT NO. 6 – JEROME COUNTY

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN, JEROME COUNTY, IDAHO

Section 29:     S½NE¼NE¼

## EXHIBIT B

Millenkamp
Loan Nos.: 199534 and 199535

### MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT, AND FIXTURE FILING

### LIST OF SPECIFIC WATER RIGHTS

IDWR Water Rights

| EAST VALLEY CATTLE WATER RIGHTS ||||||||
|---|---|---|---|---|---|---|---|
| Water Right ||| Basis | Status | Priority Date | Source | Water Use |
| 43 | 2313 | D | Decreed | Active | 06/19/1948 | GROUND WATER | IRRIGATION |
| 43 | 2317 | C | Decreed | Active | 08/14/1948 | GROUND WATER | IRRIGATION |
| 43 | 2317 | E | Decreed | Active | 08/14/1948 | GROUND WATER | IRRIGATION |
| 43 | 2317 | F | Decreed | Active | 08/14/1948 | GROUND WATER | IRRIGATION |
| 43 | 2320 | A | Decreed | Active | 09/10/1948 | GROUND WATER | IRRIGATION |
| 43 | 2320 | B | Decreed | Active | 09/10/1948 | GROUND WATER | IRRIGATION |
| 43 | 2321 | B | Decreed | Active | 09/24/1948 | GROUND WATER | IRRIGATION |
| 43 | 2339 | C | Decreed | Active | 02/27/1950 | GROUND WATER | IRRIGATION |
| 43 | 2339 | E | Decreed | Active | 02/27/1950 | GROUND WATER | IRRIGATION |
| 43 | 2339 | F | Decreed | Active | 02/27/1950 | GROUND WATER | IRRIGATION |
| 43 | 2340 |   | Decreed | Active | 03/20/1950 | GROUND WATER | IRRIGATION |
| 43 | 2343 |   | Decreed | Active | 04/28/1950 | GROUND WATER | IRRIGATION |
| 43 | 2345 |   | Decreed | Active | 05/02/1950 | GROUND WATER | IRRIGATION |
| 43 | 2364 |   | Decreed | Active | 07/09/1951 | GROUND WATER | IRRIGATION |
| 43 | 2365 |   | Decreed | Active | 07/27/1951 | GROUND WATER | IRRIGATION |
| 43 | 2423 | C | Decreed | Active | 03/01/1955 | GROUND WATER | IRRIGATION |
| 43 | 2423 | E | Decreed | Active | 03/01/1955 | GROUND WATER | IRRIGATION |
| 43 | 2423 | F | Decreed | Active | 03/01/1955 | GROUND WATER | IRRIGATION |
| 43 | 2467 | C | Decreed | Active | 12/23/1958 | GROUND WATER | IRRIGATION |
| 43 | 2467 | E | Decreed | Active | 12/23/1958 | GROUND WATER | IRRIGATION |

| 43 | 2467  | F | Decreed | Active | 12/23/1958 | GROUND WATER | IRRIGATION |
|----|-------|---|---------|--------|------------|--------------|------------|
| 43 | 2510  | C | Decreed | Active | 06/18/1961 | GROUND WATER | IRRIGATION |
| 43 | 2510  | E | Decreed | Active | 06/18/1961 | GROUND WATER | IRRIGATION |
| 43 | 2510  | F | Decreed | Active | 06/18/1961 | GROUND WATER | IRRIGATION |
| 43 | 2574  | B | Decreed | Active | 07/19/1963 | GROUND WATER | IRRIGATION |
| 43 | 2574  | E | Decreed | Active | 07/19/1963 | GROUND WATER | IRRIGATION |
| 43 | 2576  | B | Decreed | Active | 03/24/1964 | GROUND WATER | IRRIGATION |
| 43 | 2576  | E | Decreed | Active | 03/24/1964 | GROUND WATER | IRRIGATION |
| 43 | 4002  | C | Decreed | Active | 07/01/1963 | GROUND WATER | IRRIGATION |
| 43 | 4002  | E | Decreed | Active | 07/01/1963 | GROUND WATER | IRRIGATION |
| 43 | 4002  | F | Decreed | Active | 07/01/1963 | GROUND WATER | IRRIGATION |
| 43 | 4012  | B | Decreed | Active | 07/01/1952 | GROUND WATER | IRRIGATION, STOCKWATER |
| 43 | 4012  | C | Decreed | Active | 06/01/1963 | GROUND WATER | IRRIGATION, STOCKWATER |
| 43 | 4012  | D | Decreed | Active | 06/01/1954 | GROUND WATER | IRRIGATION, STOCKWATER |
| 43 | 4013  | B | Decreed | Active | 06/15/1963 | GROUND WATER | IRRIGATION, STOCKWATER |
| 43 | 4014  | A | Decreed | Active | 07/01/1952 | GROUND WATER | DOMESTIC, IRRIGATION, STOCKWATER |
| 43 | 4014  | B | Decreed | Active | 06/01/1954 | GROUND WATER | IRRIGATION |
| 43 | 4015  | B | Decreed | Active | 09/26/1953 | GROUND WATER | IRRIGATION, STOCKWATER |
| 43 | 4060  | D | Decreed | Active | 04/05/1954 | GROUND WATER | IRRIGATION |
| 43 | 4063  | D | Decreed | Active | 05/01/1955 | GROUND WATER | IRRIGATION |
| 43 | 4186  |   | Decreed | Active | 01/01/1960 | GROUND WATER | DOMESTIC |
| 43 | 4187  |   | Decreed | Active | 09/02/1948 | GROUND WATER | STOCKWATER |
| 43 | 4188  |   | Decreed | Active | 01/01/1960 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 4189  |   | Decreed | Active | 01/01/1920 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 10019 |   | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |

Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing
Millenkamp
Loan Nos. 199534 and 199535
97816942.4 0053564-00330

| 43 | 10020 | | Decreed | Active | 01/01/1950 | GROUND WATER | DOMESTIC |
|---|---|---|---|---|---|---|---|
| 43 | 10027 | | Decreed | Active | 01/01/1984 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 10045 | | Decreed | Active | 04/01/1906 | RAFT RIVER | IRRIGATION |
| 43 | 10046 | | Decreed | Active | 04/01/1909 | RAFT RIVER | IRRIGATION |
| 43 | 10180 | | Decreed | Active | 01/01/1948 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 10181 | | Decreed | Active | 01/01/1948 | GROUND WATER | DOMESTIC |
| 43 | 10365 | | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |
| 43 | 10366 | | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |
| 43 | 10394 | | Decreed | Active | 12/31/1960 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 10443 | | Decreed | Active | 08/23/1986 | GROUND WATER | DOMESTIC |
| 43 | 10787 | | Decreed | Active | 01/31/1955 | GROUND WATER | IRRIGATION |
| 43 | 10795 | | Decreed | Active | 05/01/1957 | GROUND WATER | IRRIGATION |
| 43 | 11271 | | Decreed | Active | 01/01/1960 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 12923 | | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |
| 43 | 12933 | | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |
| 43 | 13296 | | Decreed | Active | 05/29/1950 | GROUND WATER | STOCKWATER |
| 43 | 13298 | | Decreed | Active | 11/27/1957 | GROUND WATER | STOCKWATER |
| 43 | 13300 | | Decreed | Active | 11/30/1957 | GROUND WATER | STOCKWATER |
| 43 | 13301 | | Decreed | Active | 05/29/1950 | GROUND WATER | IRRIGATION |
| 43 | 13302 | | Decreed | Active | 05/29/1950 | GROUND WATER | STOCKWATER |
| 43 | 13303 | | Decreed | Active | 11/27/1957 | GROUND WATER | IRRIGATION |
| 43 | 13304 | | Decreed | Active | 11/27/1957 | GROUND WATER | STOCKWATER |
| 43 | 13305 | | Decreed | Active | 11/30/1957 | GROUND WATER | IRRIGATION |
| 43 | 13306 | | Decreed | Active | 11/30/1957 | GROUND WATER | STOCKWATER |
| 43 | 13307 | | Decreed | Active | 06/01/1978 | GROUND WATER | DOMESTIC |
| 43 | 13309 | | Decreed | Active | 01/01/1960 | GROUND WATER | DOMESTIC, STOCKWATER |
| 43 | 13405 | | Decreed | Active | 06/30/1985 | GROUND WATER | IRRIGATION |

Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing
Millenkamp
Loan Nos. 199534 and 199535
97816942.4 0053564-00330

| 43 | 13448 | | Decreed | Active | 03/02/1950 | GROUND WATER | IRRIGATION |
|---|---|---|---|---|---|---|---|
| 43 | 13449 | | Decreed | Active | 03/02/1950 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13450 | | Decreed | Active | 02/27/1957 | GROUND WATER | IRRIGATION |
| 43 | 13451 | | Decreed | Active | 02/27/1957 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13452 | | Decreed | Active | 08/26/1957 | GROUND WATER | IRRIGATION |
| 43 | 13453 | | Decreed | Active | 08/26/1957 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13454 | | Decreed | Active | 03/30/1959 | GROUND WATER | IRRIGATION |
| 43 | 13455 | | Decreed | Active | 03/30/1959 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13456 | | Decreed | Active | 04/06/1961 | GROUND WATER | IRRIGATION |
| 43 | 13457 | | Decreed | Active | 04/06/1961 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13458 | | Decreed | Active | 01/09/1959 | GROUND WATER | IRRIGATION |
| 43 | 13459 | | Decreed | Active | 01/09/1959 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13460 | | Decreed | Active | 02/24/1956 | GROUND WATER | IRRIGATION |
| 43 | 13461 | | Decreed | Active | 02/24/1956 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13462 | | Decreed | Active | 12/14/1965 | GROUND WATER | IRRIGATION |
| 43 | 13463 | | Decreed | Active | 12/14/1965 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13490 | | Decreed | Active | 08/14/1948 | GROUND WATER | IRRIGATION |
| 43 | 13491 | | Decreed | Active | 08/14/1948 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13492 | | Decreed | Active | 02/27/1950 | GROUND WATER | IRRIGATION |
| 43 | 13493 | | Decreed | Active | 02/27/1950 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13494 | | Decreed | Active | 03/02/1950 | GROUND WATER | IRRIGATION |
| 43 | 13495 | | Decreed | Active | 03/02/1950 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13496 | | Decreed | Active | 02/20/1952 | GROUND WATER | IRRIGATION |
| 43 | 13497 | | Decreed | Active | 02/20/1952 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13498 | | Decreed | Active | 03/01/1955 | GROUND WATER | IRRIGATION |