| 43 | 13499 | | Decreed | Active | 03/01/1955 | GROUND WATER | COMMERCIAL, STOCKWATER |
|---|---|---|---|---|---|---|---|
| 43 | 13500 | | Decreed | Active | 12/23/1958 | GROUND WATER | IRRIGATION |
| 43 | 13501 | | Decreed | Active | 12/23/1958 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13502 | | Decreed | Active | 12/14/1965 | GROUND WATER | IRRIGATION |
| 43 | 13503 | | Decreed | Active | 12/14/1965 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13504 | | Decreed | Active | 01/12/1961 | GROUND WATER | IRRIGATION |
| 43 | 13505 | | Decreed | Active | 01/12/1961 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13506 | | Decreed | Active | 06/18/1961 | GROUND WATER | IRRIGATION |
| 43 | 13507 | | Decreed | Active | 06/18/1961 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13508 | | Decreed | Active | 07/01/1963 | GROUND WATER | IRRIGATION |
| 43 | 13509 | | Decreed | Active | 07/01/1963 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13510 | | Decreed | Active | 03/15/1962 | GROUND WATER | IRRIGATION |
| 43 | 13511 | | Decreed | Active | 03/15/1962 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13763 | | Decreed | Active | 08/26/1957 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 43 | 13807 | | | Active | 02/24/1956 | GROUND WATER | IRRIGATION |
| **MILLENKAMP PROPERTIES, LLC WATER RIGHTS** | | | | | | | |
| Water Right | | | Basis | Status | Priority Date | Source | Water Use |
| 36 | 4157 | F | Decreed | Active | 06/01/1956 | GROUND WATER | STOCKWATER |
| 36 | 14152 | | Decreed | Active | 12/31/1933 | GROUND WATER | DOMESTIC, STOCKWATER |
| 36 | 14536 | | Decreed | Active | 09/01/1986 | GROUND WATER | DOMESTIC |
| 36 | 16242 | | Decreed | Active | 06/11/1957 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 36 | 16244 | | Decreed | Active | 05/11/1957 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 36 | 16914 | | License | Active | 04/24/1990 | GROUND WATER | IRRIGATION |
| 36 | 16915 | | License | Active | 04/24/1990 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 36 | 16927 | | Decreed | Active | 11/26/1974 | GROUND WATER | IRRIGATION |
| **IDAHO JERSEY GIRLS JEROME DAIRY, LLC WATER RIGHTS** | | | | | | | |

| Water Right | | | Basis | Status | Priority Date | Source | Water Use |
|---|---|---|---|---|---|---|---|
| 36 | 2586 | D | Decreed | Active | 01/28/1964 | GROUND WATER | COMMERCIAL, STOCKWATER |
| 36 | 10894 | | Decreed | Active | 09/30/1981 | GROUND WATER | DOMESTIC, STOCKWATER |
| 36 | 14035 | D | Decreed | Active | 05/26/1976 | GROUND WATER | COMMERCIAL |
| 36 | 8706 | | | Active | 02/10/1993 | GROUND WATER | COMMERCIAL, STOCKWATER |
| **WILLIAM & SUSAN MILLENKAMP WATER RIGHTS** | | | | | | | |
| Water Right | | | Basis | Status | Priority Date | Source | Water Use |
| 36 | 16926 | | Decreed | Active | 11/26/1974 | GROUND WATER | IRRIGATION |
| 45 | 7290 | | Decreed | Active | 07/26/1977 | GROUND WATER | IRRIGATION |
| 45 | 7331 | | Decreed | Active | 10/12/1978 | GROUND WATER | IRRIGATION |
| 36 | 16916 | | License | Active | 04/24/1990 | GROUND WATER | IRRIGATION |
| 45 | 11912 | | Decreed | Active | 11/06/1981 | GROUND WATER | IRRIGATION |
| 45 | 11913 | | Decreed | Active | 03/01/1900 | GROUND WATER | DOMESTIC |
| 45 | 11914 | | Decreed | Active | 03/01/1960 | GROUND WATER | DOMESTIC |

## EXHIBIT C

Millenkamp
Loan Nos.: 199534 and 199535

MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT,
AND FIXTURE FILING

### LIST OF SPECIFIC WATER SHARES

| CERTIFICATE NUMBER | NUMBER OF SHARES |
|---|---|
| Northside Canal Company: | |
| 27305 | 40 |
| 26737 | 160 |
| 27187 | 28 |
| 26736 | 80 |
| 26738 | 40 |
| 27122 | 40 |
| 26739 | 50 |
| **TOTAL SHARES** | **438** |

Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing
Millenkamp
Loan Nos. 199534 and 199535
97816942.4 0053564-00330

## EXHIBIT D

Millenkamp
Loan Nos.: 199534 and 199535

MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT,
AND FIXTURE FILING

### LIST OF SPECIFIC GRAZING PERMITS

Permittee: East Valley Cattle, LLC, an Idaho limited liability company

Contract or
Serial Nos.: Permit No. 1102921 for Allotment No. ID-05309 YALE

| Livestock Number | Livestock Kind | Grazing Period | Aums |
|---|---|---|---|
| 285 | Cattle | 01/01-05/10 | 375 |
| 297 | Cattle | 05/11-05/31 | 205 |
| 300 | Cattle | 11/10-01/20 | 710 |