WHEN RECORDED RETURN TO:
MetLife Agricultural Finance
205 E River Park Circle, Suite 430
Fresno, CA  93720
Attn:  Loan Manager

Instrument # 2201724
JEROME COUNTY, JEROME, IDAHO
04-15-2020    02:37:01 PM    No. of Pages: 8
Recorded for: TITLEONE - TWIN FALLS
MICHELLE EMERSON    Fee: $31.00
Ex-Officio Recorder Deputy: jw
Electronically Recorded by Simplifile

ELECTRONICALLY RECORDED
STAMPED FIRST PAGE NOW
INCORPORATED AS PART OF
THE ORIGINAL DOCUMENT.

18311603-A
Loan No. 200638

(space above reserved for recorder's use)

### FIRST AMENDMENT TO MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING

**(Cassia County and Jerome County, Idaho)**

THIS FIRST AMENDMENT TO MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING (this "**Amendment**") is made effective as of April 15, 2020, by and among WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp ("**W. Millenkamp**"), SUSAN JO MILLENKAMP a/k/a/ Susie Millenkamp ("**S. Millenkamp**"), EAST VALLEY CATTLE, LLC, an Idaho limited liability company ("**East Valley**"); IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company ("**Idaho Jersey**"), GOOSE RANCH LLC, an Idaho limited liability company ("**Goose Ranch**"), and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company ("**Millenkamp Properties**") (W. Millenkamp, S. Millenkamp, East Valley, Idaho Jersey, Goose Ranch and Millenkamp Properties are herein individually and collectively, "**Grantor**"), to and in favor of METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**Mortgagee**").

### RECITALS

A.    Mortgagee has made loans in the combined total original principal sum of up to $165,400,000.00 (the "**2018 Loans**") to Grantor, MILLENKAMP CATTLE, INC., an Idaho corporation ("**Millenkamp Cattle**"), and MILLENKAMP FAMILY LLC, an Idaho limited liability company ("**Millenkamp Family**") (Grantor, Millenkamp Cattle, and Millenkamp Family are individually and collectively, "**Initial Borrower**") evidenced by that certain Promissory Note A by Borrower in favor of Mortgagee in the original principal amount of $106,000,000.00 dated September 26, 2018, and that certain Promissory Note B by Borrower in favor of Mortgagee in the original principal amount of up to $59,400,000.00 dated September 26, 2018 (collectively, the "**2018 Notes**").  The 2018 Notes are secured by that certain Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing dated as of September 26, 2018 and recorded October 1, 2018 as Instrument No. 2018-003845 in the records of Cassia County, Idaho, and as Instrument No. 2184031 in the records of Jerome County, Idaho, executed by Grantor for the benefit of Mortgagee (the "**Mortgage**"), encumbering certain real personal property located in Cassia County and Jerome County, Idaho as more particularly described in the Mortgage.  Capitalized terms used and not otherwise defined herein shall have the meanings given to them in the Mortgage.

B.    Mortgagee has agreed to make its Loan No. 200638 ("**Loan 200638**") to Borrower and Millenkamp Properties II LLC, an Idaho limited liability company ("**Millenkamp Properties II**", and together with the Initial Borrower, "**Borrower**"), which loan is evidenced by that certain Promissory Note C dated as of even date herewith executed by Borrower to the order of Mortgagee in the original principal amount of

1

First Amendment to Mortgage
Millenkamp
Loan No. 200638
104850412.3 0053564-00440

**EXHIBIT 8**

CASSIA COUNTY
RECORDED FOR:
TITLEONE - TWIN FALLS
03:05:16 PM  04-15-2020
**2020-001707**
NO. PAGES: 8    FEE: $31.00
**JOSEPH W. LARSEN
COUNTY CLERK
DEPUTY: CVELASQUEZ**
Electronically Recorded by Simplifile

WHEN RECORDED RETURN TO:
MetLife Agricultural Finance
205 E River Park Circle, Suite 430
Fresno, CA  93720
Attn:  Loan Manager

ELECTRONICALLY RECORDED
STAMPED FIRST PAGE NOW
INCORPORATED AS PART OF
THE ORIGINAL DOCUMENT.

18311603-A
Loan No. 200638

(space above reserved for recorder's use)

### FIRST AMENDMENT TO MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING

**(Cassia County and Jerome County, Idaho)**

THIS FIRST AMENDMENT TO MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING (this "**Amendment**") is made effective as of April 15, 2020, by and among WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp ("**W. Millenkamp**"), SUSAN JO MILLENKAMP a/k/a/ Susie Millenkamp ("**S. Millenkamp**"), EAST VALLEY CATTLE, LLC, an Idaho limited liability company ("**East Valley**"); IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company ("**Idaho Jersey**"), GOOSE RANCH LLC, an Idaho limited liability company ("**Goose Ranch**"), and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company ("**Millenkamp Properties**") (W. Millenkamp, S. Millenkamp, East Valley, Idaho Jersey, Goose Ranch and Millenkamp Properties are herein individually and collectively, "**Grantor**"), to and in favor of METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**Mortgagee**").

### RECITALS

A.   Mortgagee has made loans in the combined total original principal sum of up to $165,400,000.00 (the "**2018 Loans**") to Grantor, MILLENKAMP CATTLE, INC., an Idaho corporation ("**Millenkamp Cattle**"), and MILLENKAMP FAMILY LLC, an Idaho limited liability company ("**Millenkamp Family**") (Grantor, Millenkamp Cattle, and Millenkamp Family are individually and collectively, "**Initial Borrower**") evidenced by that certain Promissory Note A by Borrower in favor of Mortgagee in the original principal amount of $106,000,000.00 dated September 26, 2018, and that certain Promissory Note B by Borrower in favor of Mortgagee in the original principal amount of up to $59,400,000.00 dated September 26, 2018 (collectively, the "**2018 Notes**").  The 2018 Notes are secured by that certain Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing dated as of September 26, 2018 and recorded October 1, 2018 as Instrument No. 2018-003845 in the records of Cassia County, Idaho, and as Instrument No. 2184031 in the records of Jerome County, Idaho, executed by Grantor for the benefit of Mortgagee (the "**Mortgage**"), encumbering certain real personal property located in Cassia County and Jerome County, Idaho as more particularly described in the Mortgage.  Capitalized terms used and not otherwise defined herein shall have the meanings given to them in the Mortgage.

B.   Mortgagee has agreed to make its Loan No. 200638 ("**Loan 200638**") to Borrower and Millenkamp Properties II LLC, an Idaho limited liability company ("**Millenkamp Properties II**", and together with the Initial Borrower, "**Borrower**"), which loan is evidenced by that certain Promissory Note C dated as of even date herewith executed by Borrower to the order of Mortgagee in the original principal amount of

1

WHEN RECORDED RETURN TO:
MetLife Agricultural Finance
205 E River Park Circle, Suite 430
Fresno, CA  93720
Attn:  Loan Manager

18311603-A
Loan No. 200638

(space above reserved for recorder's use)

### FIRST AMENDMENT TO MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING

**(Cassia County and Jerome County, Idaho)**

THIS FIRST AMENDMENT TO MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING (this "**Amendment**") is made effective as of April 15, 2020, by and among WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp ("**W. Millenkamp**"), SUSAN JO MILLENKAMP a/k/a/ Susie Millenkamp ("**S. Millenkamp**"), EAST VALLEY CATTLE, LLC, an Idaho limited liability company ("**East Valley**"); IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company ("**Idaho Jersey**"), GOOSE RANCH LLC, an Idaho limited liability company ("**Goose Ranch**"), and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company ("**Millenkamp Properties**") (W. Millenkamp, S. Millenkamp, East Valley, Idaho Jersey, Goose Ranch and Millenkamp Properties are herein individually and collectively, "**Grantor**"), to and in favor of METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**Mortgagee**").

RECITALS

A. Mortgagee has made loans in the combined total original principal sum of up to $165,400,000.00 (the "**2018 Loans**") to Grantor, MILLENKAMP CATTLE, INC., an Idaho corporation ("**Millenkamp Cattle**"), and MILLENKAMP FAMILY LLC, an Idaho limited liability company ("**Millenkamp Family**") (Grantor, Millenkamp Cattle, and Millenkamp Family are individually and collectively, "**Initial Borrower**") evidenced by that certain Promissory Note A by Borrower in favor of Mortgagee in the original principal amount of $106,000,000.00 dated September 26, 2018, and that certain Promissory Note B by Borrower in favor of Mortgagee in the original principal amount of up to $59,400,000.00 dated September 26, 2018 (collectively, the "**2018 Notes**").  The 2018 Notes are secured by that certain Mortgage, Assignment of Rents, Security Agreement, and Fixture Filing dated as of September 26, 2018 and recorded October 1, 2018 as Instrument No. 2018-003845 in the records of Cassia County, Idaho, and as Instrument No. 2184031 in the records of Jerome County, Idaho, executed by Grantor for the benefit of Mortgagee (the "**Mortgage**"), encumbering certain real personal property located in Cassia County and Jerome County, Idaho as more particularly described in the Mortgage.  Capitalized terms used and not otherwise defined herein shall have the meanings given to them in the Mortgage.

B. Mortgagee has agreed to make its Loan No. 200638 ("**Loan 200638**") to Borrower and Millenkamp Properties II LLC, an Idaho limited liability company ("**Millenkamp Properties II**", and together with the Initial Borrower, "**Borrower**"), which loan is evidenced by that certain Promissory Note C dated as of even date herewith executed by Borrower to the order of Mortgagee in the original principal amount of

1

$13,000,000.00 ("**Note C**") in favor of Mortgagee and secured by the Mortgage. The final payment of principal and interest pursuant to Note C will be due on August 15, 2038.

C.   Grantor and Mortgagee desire to amend the Mortgage to provide that the Mortgage secures the obligations of Borrower under Note C, that an "Event of Default" as defined in Note C constitutes an Event of Default under the Mortgage and for such other matters as set forth herein.

NOW THEREFORE, in consideration of the premises, the mutual covenants and agreements hereinafter set forth and other good and valuable consideration, the receipt of which is hereby acknowledged by the parties hereto, it is agreed as follows:

1.   Confirmation of Loan. The 2018 Notes, the Mortgage and all other documents evidencing or securing the 2018 Loans are hereby confirmed by Mortgagor as being in full force and effect and Mortgagor acknowledges that it has no defenses or offsets to any of its obligations thereunder and that Mortgagee has performed all of its obligations under the 2018 Notes and the Mortgage and all other documents evidencing or securing the 2018 Loans to this date.

2.   Amendment to Mortgage. The Mortgage is hereby amended as follows, effective as of the date hereof:

(a)   Definition of Notes. The definition of the "**Notes**" means, individually and together, the 2018 Notes and Note C. All references in the Mortgage to the Notes shall hereafter refer to the 2018 Notes and Note C, individually and together.

(b)   Definition of Indebtedness. The definition of "**Secured Obligations**" includes the Obligations, as defined in Note C.

(c)   Definition of Loan Documents. The definition of "**Loan Documents**" shall be revised to include Note C and all other agreements and instruments evidencing and or securing the Loan 200638.

(d)   Definition of Event of Default. The following shall be an "Event of Default" under Article 6 of the Mortgage: "Any "Event of Default" as defined in Note C.

(e)   Grant. To secure repayment of the indebtedness evidenced by Note C, in addition to the other Secured Obligations, Grantor irrevocably and unconditionally mortgages, warrants, grants, bargains, sells and conveys to Mortgagee, with right of entry and possession, all of Grantor's estate, right, title and interest which Grantor now has or may later acquire in the Property. Notwithstanding any other provision in the Loan Documents, the 2018 Notes and Note C shall be *pari passu*.

3.   Reaffirmation. Except as expressly set forth herein, the Mortgage shall remain unmodified and in full force and effect, and Grantor hereby affirms and reaffirms, as applicable, each and every term and provision of the Mortgage, as originally set forth therein, as amended hereby.

4.   Construction. This Amendment shall be construed in accordance with the law of the State of Idaho (excluding choice-of-law principles). The terms of this Amendment have been mutually negotiated with each party having the opportunity to seek the advice of legal counsel and shall not be construed against any party. The headings in this Amendment are inserted solely for the purpose of convenience and shall not affect the interpretation of the provisions hereof. If any portion of this Amendment is held to be invalid by any court of competent jurisdiction, such ruling shall not affect the remaining terms hereof unless and to the extent it includes a specific determination that the fundamental purposes of this Amendment are thereby significantly impaired. All sums referred to in this Amendment shall be calculated by and payable in the lawful currency of the United States.

      5.    <u>Entire Agreement</u>. No amendments, variations, waivers, modifications or changes to this Amendment shall be effective unless in writing and signed by the Mortgagee and the Grantor subsequent to the date hereof.

      6.    <u>Counterparts</u>. This Amendment may be executed in two or more counterparts, all of which shall constitute but one and the same instrument. The signature pages of exact copies of this Amendment may be attached to one copy to form one complete document.

*[Signatures on following page]*

3

First Amendment to Mortgage
Millenkamp
Loan No. 200638
104850412.3 0053564-00440

IN WITNESS WHEREOF, Grantor has caused this Amendment to be duly executed as of the day and year first written above.

**GRANTOR:**

_____
WILLIAM JOHN MILLENKAMP

_____
SUSAN JO MILLENKAMP

**EAST VALLEY CATTLE, LLC**,
an Idaho limited liability company

By: _____
    WILLIAM J. MILLENKAMP
    Member

**IDAHO JERSEY GIRLS JEROME DAIRY LLC**,
an Idaho limited liability company

By: _____
    WILLIAM J. MILLENKAMP
    Manager

**GOOSE RANCH LLC**,
an Idaho limited liability company

    By:    Millenkamp Family LLC,
           an Idaho limited liability company
           its sole member

           By: _____
                WILLIAM J. MILLENKAMP
                Manager

**MILLENKAMP PROPERTIES, L.L.C.**,
an Idaho limited liability company

    By:    Millenkamp Family LLC,
           an Idaho limited liability company
           its sole member

           By: _____
                WILLIAM J. MILLENKAMP
                Manager

**MORTGAGEE**

METLIFE REAL ESTATE LENDING LLC,
a Delaware limited liability company

By: MetLife Investment Management, LLC,
its investment manager

By: _____
Name: Jonathan B Dressler
Its: Authorized Signatory and Director

*[Acknowledgements on following pages]*

5

[GRANTOR ACKNOWLEDGMENTS]

STATE OF IDAHO              )
                            )ss.
COUNTY OF JEROME            )

This record was acknowledged before me on April 14, 2020 by William John Millenkamp.

[Notary Stamp: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]

_Laury Lamb_
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO              )
                            )ss.
COUNTY OF JEROME            )

This record was acknowledged before me on April 14, 2020, by SUSAN JO MILLENKAMP.

[Notary Stamp: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]

_Laury Lamb_
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO              )
                            )ss.
COUNTY OF JEROME            )

This record was acknowledged before me on April 14, 2020, by WILLIAM J. MILLENKAMP as the Member of East Valley Cattle, LLC, an Idaho limited liability company.

[Notary Stamp: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]

_Laury Lamb_
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO              )
                            )ss.
COUNTY OF JEROME            )

This record was acknowledged before me on April 14, 2020, by WILLIAM J. MILLENKAMP the Manager of Idaho Jersey Girls Jerome Dairy LLC, an Idaho limited liability company.

[Notary Stamp: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]

_Laury Lamb_
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

First Amendment to Mortgage
Millenkamp
Loan No. 200638
104850412.3 0053564-00440

STATE OF IDAHO           )
                         )ss.
COUNTY OF JEROME         )

This record was acknowledged before me on April __14__, 2020, by William J. Millenkamp, as the Manager of Millenkamp Family LLC, the sole Member of Goose Ranch, LLC, an Idaho limited liability company.

*[Notary Seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]*

_____
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

STATE OF IDAHO           )
                         )ss.
COUNTY OF JEROME         )

This record was acknowledged before me on April __14__, 2020, by William J. Millenkamp, as Manager of Millenkamp Family LLC, an Idaho limited liability company, the sole Member of Millenkamp Properties, L.L.C., an Idaho limited liability company.

_____
Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 04/02/2022

*[Notary Seal: LAURY LAMB, COMMISSION #41905, NOTARY PUBLIC, STATE OF IDAHO]*

7

First Amendment to Mortgage
Millenkamp
Loan No. 200638
104850412.3 0053564-00440

[MORTGAGEE ACKNOWLEDGEMENT]

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA            )
                               ) ss.
COUNTY OF __Fresno__           )


On __April 10__, 2020 before me, __Erin E Thorpe__, Notary Public, personally appeared __Jonathan B Dressler__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal]

Name: __Erin E Thorpe__
Notary Public
My Commission Expires: __12-4-23__

ERIN E. THORPE
COMM. #2311628
Notary Public • California
Fresno County
My Comm. Expires Dec. 4, 2023

8

First Amendment to Mortgage
Millenkamp
Loan No. 200638
104850412.3 0053564-00440