CASSIA COUNTY
RECORDED FOR:
TITLEONE - BURLEY
02:59:59 PM  07-11-2019
**2019-002759**
NO. PAGES: 18        FEE: $61.00
**JOSEPH W. LARSEN**
**COUNTY CLERK**
**DEPUTY: CVELASQUEZ**
Electronically Recorded by Simplifile

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:
Metropolitan Life Insurance Company
Agricultural Investments
205 E. River Park Circle, Suite 430
Fresno, California  93720
Attn: Director, WRO

ELECTRONICALLY RECORDED
STAMPED FIRST PAGE NOW
INCORPORATED AS PART OF
THE ORIGINAL DOCUMENT.

19331722

Loan No. 200083

### FIRST AMENDMENT TO INTERCREDITOR AGREEMENT

This First Amendment to Intercreditor Agreement (this "**Agreement**") dated as of July 10, 2019 is made by and among RABO AGRIFINANCE, LLC, a Delaware limited liability company, formerly known as Rabo Agrifinance, Inc., a Delaware corporation ("**RAF**"), METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Nebraska corporation ("**MetLife Tower**"), and METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**MetLife**").

RECITALS

A.      MetLife and RAF have previously entered into that certain Intercreditor Agreement dated recorded on October 1, 2018 in the Official Records of Cassia County, Idaho as Document No. 2018-003847 (the "**Intercreditor Agreement**"), which was acknowledged by WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company (herein, individually and collectively, the "**Original MetLife Borrower**").  Capitalized terms used but not defined herein shall have the meanings given to such terms in the Intercreditor Agreement.

B.      MetLife Tower, which is an affiliate of MetLife, has agreed to extend an additional loan to MetLife Borrower and certain affiliates of MetLife Borrower, to be evidenced and secured by a promissory note and other documents as more fully set forth below.

C.      RAF and MetLife have agreed to amend the Intercreditor Agreement to reflect the addition of the new loan, promissory note, security documents and other related loan documents to the terms and conditions of the Intercreditor Agreement, including the defined terms "MetLife", "MetLife Loan", "MetLife Mortgage", "MetLife Notes", "Real Property", and "MetLife Priority Personal Property" and certain other agreements.

1

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

EXHIBIT

**17**

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:
Metropolitan Life Insurance Company
Agricultural Investments
205 E. River Park Circle, Suite 430
Fresno, California  93720
Attn: Director, WRO

ELECTRONICALLY RECORDED
STAMPED FIRST PAGE NOW
INCORPORATED AS PART OF
THE ORIGINAL DOCUMENT.

**Instrument # 265476**
GOODING COUNTY, GOODING, IDAHO
07-11-2019     15:13:22    No. of Pages: 18
Recorded for: TITLEONE - BURLEY
DENISE GILL         Fee: $61.00
Ex-Officio Recorder Deputy: DAL
Electronically Recorded by Simplifile

19331722

Loan No. 200083

### FIRST AMENDMENT TO INTERCREDITOR AGREEMENT

This First Amendment to Intercreditor Agreement (this "**Agreement**") dated as of July *10*, 2019 is made by and among RABO AGRIFINANCE, LLC, a Delaware limited liability company, formerly known as Rabo Agrifinance, Inc., a Delaware corporation ("**RAF**"), METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Nebraska corporation ("**MetLife Tower**"), and METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**MetLife**").

RECITALS

   A.      MetLife and RAF have previously entered into that certain Intercreditor Agreement dated recorded on October 1, 2018 in the Official Records of Cassia County, Idaho as Document No. 2018-003847 (the "**Intercreditor Agreement**"), which was acknowledged by WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company (herein, individually and collectively, the "**Original MetLife Borrower**").  Capitalized terms used but not defined herein shall have the meanings given to such terms in the Intercreditor Agreement.

   B.      MetLife Tower, which is an affiliate of MetLife, has agreed to extend an additional loan to MetLife Borrower and certain affiliates of MetLife Borrower, to be evidenced and secured by a promissory note and other documents as more fully set forth below.

   C.      RAF and MetLife have agreed to amend the Intercreditor Agreement to reflect the addition of the new loan, promissory note, security documents and other related loan documents to the terms and conditions of the Intercreditor Agreement, including the defined terms "MetLife", "MetLife Loan", "MetLife Mortgage", "MetLife Notes", "Real Property", and "MetLife Priority Personal Property" and certain other agreements.

1

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:
Metropolitan Life Insurance Company
Agricultural Investments
205 E. River Park Circle, Suite 430
Fresno, California 93720
Attn: Director, WRO

**Instrument # 2193388**
JEROME COUNTY, JEROME, IDAHO
07-11-2019   03:17:59 PM   No. of Pages: 18
Recorded for: TITLEONE - BURLEY
MICHELLE EMERSON   Fee: $61.00
Ex-Officio Recorder Deputy: jw
Electronically Recorded by Simplifile

ELECTRONICALLY RECORDED
STAMPED FIRST PAGE NOW
INCORPORATED AS PART OF
THE ORIGINAL DOCUMENT.

19331722
_____

Loan No. 200083

### FIRST AMENDMENT TO INTERCREDITOR AGREEMENT

This First Amendment to Intercreditor Agreement (this "**Agreement**") dated as of July 10, 2019 is made by and among RABO AGRIFINANCE, LLC, a Delaware limited liability company, formerly known as Rabo Agrifinance, Inc., a Delaware corporation ("**RAF**"), METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Nebraska corporation ("**MetLife Tower**"), and METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**MetLife**").

RECITALS

A.      MetLife and RAF have previously entered into that certain Intercreditor Agreement dated recorded on October 1, 2018 in the Official Records of Cassia County, Idaho as Document No. 2018-003847 (the "**Intercreditor Agreement**"), which was acknowledged by WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company (herein, individually and collectively, the "**Original MetLife Borrower**"). Capitalized terms used but not defined herein shall have the meanings given to such terms in the Intercreditor Agreement.

B.      MetLife Tower, which is an affiliate of MetLife, has agreed to extend an additional loan to MetLife Borrower and certain affiliates of MetLife Borrower, to be evidenced and secured by a promissory note and other documents as more fully set forth below.

C.      RAF and MetLife have agreed to amend the Intercreditor Agreement to reflect the addition of the new loan, promissory note, security documents and other related loan documents to the terms and conditions of the Intercreditor Agreement, including the defined terms "MetLife", "MetLife Loan", "MetLife Mortgage", "MetLife Notes", "Real Property", and "MetLife Priority Personal Property" and certain other agreements.

1

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:
Metropolitan Life Insurance Company
Agricultural Investments
205 E. River Park Circle, Suite 430
Fresno, California 93720
Attn: Director, WRO

19331722

Loan No. 200083

## FIRST AMENDMENT TO INTERCREDITOR AGREEMENT

This First Amendment to Intercreditor Agreement (this "**Agreement**") dated as of July 10, 2019 is made by and among RABO AGRIFINANCE, LLC, a Delaware limited liability company, formerly known as Rabo Agrifinance, Inc., a Delaware corporation ("**RAF**"), METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Nebraska corporation ("**MetLife Tower**"), and METLIFE REAL ESTATE LENDING LLC, a Delaware limited liability company ("**MetLife**").

## RECITALS

A. MetLife and RAF have previously entered into that certain Intercreditor Agreement dated recorded on October 1, 2018 in the Official Records of Cassia County, Idaho as Document No. 2018-003847 (the "**Intercreditor Agreement**"), which was acknowledged by WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company (herein, individually and collectively, the "**Original MetLife Borrower**"). Capitalized terms used but not defined herein shall have the meanings given to such terms in the Intercreditor Agreement.

B. MetLife Tower, which is an affiliate of MetLife, has agreed to extend an additional loan to MetLife Borrower and certain affiliates of MetLife Borrower, to be evidenced and secured by a promissory note and other documents as more fully set forth below.

C. RAF and MetLife have agreed to amend the Intercreditor Agreement to reflect the addition of the new loan, promissory note, security documents and other related loan documents to the terms and conditions of the Intercreditor Agreement, including the defined terms "MetLife", "MetLife Loan", "MetLife Mortgage", "MetLife Notes", "Real Property", and "MetLife Priority Personal Property" and certain other agreements.

1

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

NOW, THEREFORE, FOR VALUABLE CONSIDERATION, the receipt and sufficiency of which is hereby acknowledged, RAF and MetLife hereby agree as follows:

## AGREEMENT

1.     Additional Party. MetLife, MetLife Tower and RAF hereby agree that, as of the date hereof, MetLife Tower is an additional party to the Intercreditor Agreement, as amended hereby. Each further agrees that MetLife Tower shall undertake, jointly with MetLife, all obligations of MetLife under the Intercreditor Agreement, as amended hereby, and shall have and enjoy, jointly with MetLife, all rights and privileges of MetLife under the Intercreditor Agreement, as amended hereby.

2.     Amendments to Defined Terms. The definition of "**MetLife**" set forth in the Intercreditor Agreement is hereby revised to mean, individually and together, MetLife and MetLife Tower. The definition of "**MetLife Loan**" set forth in the Intercreditor Agreement is hereby revised to mean that certain loan no. 200083, in the aggregate principal amount of $3,800,000.00. The definition of "**MetLife Mortgages**" set forth in the Intercreditor Agreement is hereby revised to include that certain Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated as of July $\underline{10}$, 2019 and recorded in the Official Records of Gooding County, Idaho (the "**July 2019 Mortgage**"). The definition of "**MetLife Notes**" is hereby revised to include that certain Promissory Note dated July $\underline{10}$, 2019 in the original principal amount of $3,800,000.00 and secured by the July 2019 Mortgage. The definition of "**Real Property**" is hereby revised to include the real property encumbered by the July 2019 Mortgage, as more particularly described on Exhibit A attached hereto. The definition of "**MetLife Priority Personal Property Collateral**" is hereby revised to include the personal property, equipment and fixtures described on Exhibit B attached hereto.

3.     No Further Amendment. Except as expressly set forth herein, the Intercreditor Agreement shall remain unmodified and in full force and effect. The parties hereby reaffirm the terms of the Intercreditor Agreement as of the date hereof.

4.     Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which taken together shall constitute one and the same agreement.

*[signature page follows]*

2

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

IN WITNESS WHEREOF, the parties hereto have entered into this First Amendment to Intercreditor Agreement as of the date first above written.

**RAF:**

RABO AGRIFINANCE, LLC,
a Delaware limited liability company

By:
Name: _Laura Kenney_
Title: _Vice President_

**METLIFE:**

METLIFE REAL ESTATE LENDING LLC,
a Delaware limited liability company

By: MetLife Investment Management, LLC,
    its investment manager

    By: _____
    Name: _____
    Its:      Authorized Signatory
            and Director

METROPOLITAN TOWER LIFE INSURANCE
COMPANY,
a Nebraska corporation

By: MetLife Investment Management, LLC,
    its investment manager

    By: _____
    Name: _____
    Its:      Authorized Signatory
            and Director

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

IN WITNESS WHEREOF, the parties hereto have entered into this First Amendment to Intercreditor Agreement as of the date first above written.

**RAF:**

RABO AGRIFINANCE, LLC,
a Delaware limited liability company

By: _____
Name: _____
Title: _____


**METLIFE:**

METLIFE REAL ESTATE LENDING LLC,
a Delaware limited liability company

By: MetLife Investment Management, LLC,
    its investment manager

    By: _____
    Name: _Leonides A. Moreno_
    Its:        Authorized Signatory
               and Director

METROPOLITAN TOWER LIFE INSURANCE COMPANY,
a Nebraska corporation

By: MetLife Investment Management, LLC,
    its investment manager

    By: _____
    Name: _Leonides A. Moreno_
    Its:        Authorized Signatory
               and Director

3

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

STATE OF MISSOURI          )
                           ) ss.
County of St. Louis        )

On July 5 , 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared Laura Kenney , known or identified to me to be the Vice President of **Rabo Agrifinance, LLC**, the limited liability company that executed the within and foregoing instrument, and acknowledged to me that he executed the same for and on behalf of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

Notary Public for Missouri
Residing at St. Louis, MO
My commission expires: 7-16-2021

TAMMIE J. SCOTT
Notary Public – Notary Seal
St Charles County – State of Missouri
Commission Number 13481333
My Commission Expires Jul 16, 2021

4

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
) ss.
COUNTY OF _FRESNO_ )

On July _10_, 2019 before me, _CATHY M, KELLY_, Notary Public, personally appeared _LEONIDES A. MORENO_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature:_____     (seal)



CATHY M. KELLY
Notary Public - California
Fresno County
Commission # 2285788
My Comm. Expires May 17, 2023

5

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

## ACKNOWLEDGMENT BY THE BORROWER

WILLIAM JOHN MILLENKAMP a/k/a Bill Millenkamp, SUSAN JO MILLENKAMP a/k/a Susie Millenkamp, EAST VALLEY CATTLE, LLC, an Idaho limited liability company, MILLENKAMP CATTLE, INC., an Idaho corporation, MILLENKAMP FAMILY LLC, an Idaho limited liability company, IDAHO JERSEY GIRLS JEROME DAIRY LLC, an Idaho limited liability company, GOOSE RANCH LLC, an Idaho limited liability company, and MILLENKAMP PROPERTIES, L.L.C., an Idaho limited liability company, individually and collectively, known as the **"MetLife Borrower"** in the First Amendment to Intercreditor Agreement (the **"First Amendment"**) to which this acknowledgement is attached, hereby jointly and severally acknowledge and agree as follows: (a) that they have received a copy of the Intercreditor Agreement (as defined in the First Amendment) and the First Amendment, consent thereto, and agree to recognize all priorities and other rights granted thereby to the parties thereto, and will do no act or perform any obligation that is not in accordance with the priorities and agreements set forth in the Intercreditor Agreement; and (b) agree, renew and confirm the acknowledgements and agreements contained in the Acknowledgement to the original Intercreditor Agreement.

*[Remainder of this page intentionally left blank.]*

6

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

IN WITNESS WHEREOF, the parties hereto have entered into this Acknowledgement to as of the date first above written.

**BORROWER:**

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**WILLIAM JOHN MILLENKAMP**

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**SUSAN JO MILLENKAMP**

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**EAST VALLEY CATTLE, LLC**,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**IDAHO JERSEY GIRLS JEROME DAIRY LLC**,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager

Address for notices:
471 North 300 West
Jerome, Idaho  83338

**GOOSE RANCH LLC**,
an Idaho limited liability company

By:   Millenkamp Family LLC,
      an Idaho limited liability company
      its sole member

      By: _____
          WILLIAM J. MILLENKAMP
          Manager

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**MILLENKAMP PROPERTIES, L.L.C.**,
an Idaho limited liability company

By:    Millenkamp Family LLC,
an Idaho limited liability company
its sole member

        By:                             
               WILLIAM J. MILLENKAMP
               Manager

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**MILLENKAMP CATTLE, INC.**,
an Idaho corporation

By:                           
WILLIAM J. MILLENKAMP
President

By:                           
SUSAN J. MILLENKAMP
Secretary

Address for notices:
471 North 300 West
Jerome, Idaho 83338

**MILLENKAMP FAMILY, L.L.C.**,
an Idaho limited liability company

By:                           
WILLIAM J. MILLENKAMP
Manager

[*Acknowledgement page follow*]

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

ACKNOWLEDGMENTS

STATE OF IDAHO                              )
                                           )ss.
COUNTY OF___Jerome_____                )

On July _10_, 2019, before me, the undersigned, a Notary Public, personally appeared WILLIAM JOHN MILLENKAMP, known or identified to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_Laury Lamb_____

**LAURY LAMB
COMMISSION #41905
NOTARY PUBLIC
STATE OF IDAHO**

Notary Public for Idaho
Printed Name:_Laury Lamb_____
Commission Expires:__04/02/2022_____

STATE OF IDAHO                              )
                                           )ss.
COUNTY OF___Jerome_____                )

On July _10_, 2019, before me, the undersigned, a Notary Public, personally appeared SUSAN JO MILLENKAMP, known or identified to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_Laury Lamb_____

**LAURY LAMB
COMMISSION #41905
NOTARY PUBLIC
STATE OF IDAHO**

Notary Public for Idaho
Printed Name:_Laury Lamb_____
Commission Expires:__4/2/2022_____

9

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

STATE OF IDAHO                    )
                                  )ss.
COUNTY OF __Jerome__              )

      On this _10_ day of July, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared WILLIAM J. MILLENKAMP, known or identified to me to be the Manager of East Valley Cattle, LLC, an Idaho limited liability company, that he executed the instrument and acknowledged to me that he executed the same for and on behalf of that said limited liability company.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____

Notary Public for Idaho

Printed Name:__Laury Lamb__

Commission Expires:__4/2/2022__

**LAURY LAMB
COMMISSION #41905
NOTARY PUBLIC
STATE OF IDAHO**

STATE OF IDAHO                    )
                                  )ss.
COUNTY OF __Jerome__              )

      On this _10_ day of July, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared WILLIAM J. MILLENKAMP, known or identified to me to be the Manager of Idaho Jersey Girls Jerome Dairy LLC, an Idaho limited liability company, that he executed the instrument and acknowledged to me that he executed the same for and on behalf of that said limited liability company.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____

Notary Public for Idaho

Printed Name:__Laury Lamb__

Commission Expires:__4/2/2022__

**LAURY LAMB
COMMISSION #41905
NOTARY PUBLIC
STATE OF IDAHO**

10

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

STATE OF IDAHO )
)ss.
COUNTY OF Jerome )

On this $\underline{10}$ day of July, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared William J. Millenkamp, known or identified to me to be the Manager of Millenkamp Family, LLC, said limited liability company that is the Sole Member of Goose Ranch, LLC, the limited liability company that executed the instrument and acknowledged to me that he executed the same for and on behalf of Millenkamp Family, LLC, the limited liability company that executed on behalf of Goose Ranch, LLC, and that said limited liability company executed it.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

**LAURY LAMB**
**COMMISSION #41905**
**NOTARY PUBLIC**
**STATE OF IDAHO**

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 4/2/2022

STATE OF IDAHO )
)ss.
COUNTY OF Jerome )

On this $\underline{10}$ day of July, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared William J. Millenkamp, known or identified to me to be the Manager of Millenkamp Family, LLC, said limited liability company that is the Sole Member of Millenkamp Properties, L.L.C., the limited liability company that executed the instrument and acknowledged to me that he executed the same for and on behalf of Millenkamp Family, LLC, the limited liability company that executed on behalf of Goose Ranch, LLC, and that said limited liability company executed it.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

Notary Public for Idaho
Printed Name: Laury Lamb
Commission Expires: 4/2/2022

**LAURY LAMB**
**COMMISSION #41905**
**NOTARY PUBLIC**
**STATE OF IDAHO**

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

11

STATE OF IDAHO                          )
                                        )ss.
COUNTY OF ___Jerome_____             )

      On _July __10___, 2019, before me, __the undersigned_____, a Notary Public, personally appeared WILLIAM J. MILLENKAMP, known or identified to me to be the President of Millenkamp Cattle, Inc. that executed the above instrument or the person who executed the instrument on behalf of said corporation and acknowledged to me that such corporation executed the same.

> LAURY LAMB
> COMMISSION #41905
> NOTARY PUBLIC
> STATE OF IDAHO

Notary Public for Idaho
Printed Name: __Laury Lamb_____
Commission Expires:__4/2/2022_____

STATE OF IDAHO                          )
                                        )ss.
COUNTY OF ___Jerome_____             )

      On _July __10___, 2019, before me, __the undersigned_____, a Notary Public, personally appeared SUSAN J. MILLENKAMP, known or identified to me to be the Secretary of Millenkamp Cattle, Inc. that executed the above instrument or the person who executed the instrument on behalf of said corporation and acknowledged to me that such corporation executed the same.

> LAURY LAMB
> COMMISSION #41905
> NOTARY PUBLIC
> STATE OF IDAHO

Notary Public for Idaho
Printed Name: __Laury Lamb_____
Commission Expires:__4/2/2022_____

12

STATE OF IDAHO                    )
                                  )ss.
COUNTY OF ___Jerome___            )

On this __10__ day of July, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared WILLIAM J. MILLENKAMP, known or identified to me to be the Manager of Millenkamp Family LLC, an Idaho limited liability company, that he executed the instrument and acknowledged to me that he executed the same for and on behalf of that said limited liability company.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

> **LAURY LAMB**
> **COMMISSION #41905**
> **NOTARY PUBLIC**
> **STATE OF IDAHO**

Notary Public for Idaho
Printed Name: _Laury Lamb_
My Commission Expires: 4/2/2022

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

## EXHIBIT A

### Additional Real Property

**PARCEL NO. 1:**

**TOWNSHIP 7 SOUTH, RANGE 14 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO**

**Section 34: N½SE¼**

**Section 35: NW¼SW¼**

**EXCEPTING THEREFROM those portions in said Sections 34 and 35 deeded to the State of Idaho
for highway purposes as set forth in Deeds recorded June 11, 1937 in Book 28 of Deeds, Pages
412 and 413, records of Gooding County, Idaho.**

**PARCEL NO. 2:**

**TOWNSHIP 7 SOUTH, RANGE 14 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO**

**Section 34: S½NE¼**

**EXCEPTING THEREFROM that portion deeded to the State of Idaho for highway purposes by
Right of Way Deed recorded June 11, 1937 in Book 28 Page 410 as Instrument Number 67914,
Gooding County records.**

**PARCEL NO. 3:**

**TOWNSHIP 8 SOUTH, RANGE 14 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO**

**Section 2: That part of the NW¼SW¼, described as follows:**

**Beginning at the West Quarter corner of Section 2;
Thence North 89°54'40" East along the North line of said NW¼SW¼, 1320.68 feet to the East line of
said NW¼SW¼;
Thence South 00°00'04" West along said East line, 660.04 feet to the TRUE POINT OF BEGINNING;
Thence continuing South 00°00'04" West along said East line, 660.03 feet to the South line of said
NW¼SW¼;
Thence South 89°57'16" West along said South line, 330.05 feet;
Thence North 00°00'10" East, 660.02 feet;
Thence North 89°57'11" East, 330.02 feet to the East line of the NW¼SW¼ being the TRUE POINT
OF BEGINNING.**

**AND**

**TOWNSHIP 8 SOUTH, RANGE 14 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO**

**Section 2: That part of the NW¼SW¼, described as follows:**

Exhibit A - 1

Beginning at the West Quarter corner of Section 2;
Thence South 00°01'21" East along the West line of Section 2, 1319.07 feet to the South line of said NW¼SW¼;
Thence North 89°57'16" East along said South line, 660.06 feet to the TRUE POINT OF BEGINNING;
Thence continuing North 89°57'16" East along said South line, 330.03 feet;
Thence North 00°00'10" East, 660.02 feet;
Thence South 89°57'11" West, 330.33 feet;
Thence South 00°01'21" East and parallel to the West line of said Section, 660.02 feet to the South line of said NW¼SW¼ to the TRUE POINT OF BEGINNING.

AND

TOWNSHIP 8 SOUTH, RANGE 14 EAST OF THE BOISE MERIDIAN, GOODING COUNTY, IDAHO

Section 2: That part of the E½E½SW¼SW¼, described as follows:
Beginning at the Northeast corner of said SW¼SW¼;
Thence South 00°00'04" West, 204.00 feet along the East line of said SW¼SW¼;
Thence South 89°57'16" West parallel to the North line of said SW¼SW¼, 330.01 feet to the West line of said E½E½SW¼SW¼;
Thence North 00°00'17" West, 204.00 feet along said West line to the North line of said SW¼SW¼;
Thence North 89°57'16" East, 330.03 feet along said North line, to THE POINT OF BEGINNING.

AND

TOWNSHIP 8 SOUTH, RANGE 14 EAST OF THE BOISE MERIDIAN, GOODING COUNTY, IDAHO

Section 2: That part of the W½E½SW¼SW¼, described as follows:
Beginning at the Northwest corner of the SW¼SW¼;
Thence North 89°57'16" East along the North boundary of said SW¼SW¼, 660.07 feet to the Northwest corner of the W½E½SW¼SW¼,
THE TRUE POINT OF BEGINNING;
Thence continuing North 89°57'16" East along the North boundary of said W½E½SW¼SW¼, 330.94 feet to the East boundary of said W½E½SW¼SW¼;
Thence South 00°00'17" East along said East boundary, 659.75 feet;
Thence South 89°57'16" West parallel to the North boundary of said W½E½SW¼SW¼, 329.97 feet to the West boundary of said W½E½SW¼SW¼;
Thence North 00°00'39" West along said West boundary, 659.75 feet to THE TRUE POINT OF BEGINNING.

PARCEL NO. 4:

TOWNSHIP 7 SOUTH, RANGE 14 EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO

Section 35: SW¼SW¼

SUBJECT TO County Road right of way along the West boundary.

PARCEL NO. 5:

Exhibit A - 2

First Amendment to Rabo ICA
Millenkamp
Loan No. 200083
102393300.2 0053564-00407

**TOWNSHIP 7 SOUTH, RANGE 14, EAST OF THE BOISE MERIDIAN,
GOODING COUNTY, IDAHO**

**Section 35: Part of the NW¼NW¼, described as follows:**
**Beginning at the Northwest corner of Section 35, which is THE TRUE POINT OF BEGINNING;**
**Thence South 89°58' East, along the North boundary of said Section 35, 688.1 feet;**
**Thence South 5°08' West, 244.8 feet;**
**Thence South 30°05' West, 92.3 feet;**
**Thence South 49°15' West, 71.4 feet;**
**Thence South 51°17' West, 71.0 feet;**
**Thence North 89°58' West, 510.3 feet to a point on the West boundary of said Section 35;**
**Thence North 0°02' West, along the West boundary of said Section 35, 404.2 feet to THE TRUE
POINT OF BEGINNING.**

Exhibit A - 3

**EXHIBIT B**

**Additional MetLife Priority Personal Property Collateral**

EXHIBIT B - 1