## ACKNOWLEDGEMENT OF DEBTORS

The undersigned Debtors consent to the foregoing Subordination and Intercreditor Agreement and acknowledge that they are not third party beneficiaries of such Agreement; and Debtors waive any claim or right against any of the parties thereto arising by virtue of said Agreement.

WILLIAM JOHN MILLENKAMP

SUSAN JO MILLENKAMP

EAST VALLEY CATTLE, LLC,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager

IDAHO JERSEY GIRLS JEROME DIARY, LLC,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager

IDAHO JERSEY GIRLS LLC,
an Idaho limited liability company

By: _____
WILLIAM J. MILLENKAMP
Manager

9

85186343.1

GOOSE RANCH LLC,
an Idaho limited liability company

By:    Millenkamp Family LLC
       an Idaho limited liability company
       its sole member

       By: _____
       WILLIAM J. MILLENKAMP
       Manager


MILLENKAMP PROPERTIES, L.L.C.,
an Idaho limited liability company

By:    Millenkamp Family LLC
       an Idaho limited liability company
       its sole member

       By: _____
       WILLIAM J. MILLENKAMP
       Manager


MILLENKAMP PROPERTIES II, LLC,
an Idaho limited liability company

By:  Millenkamp Family LLC
     an Idaho limited liability company
     its sole member

     By: _____
     WILLIAM J. MILLENKAMP
     Manager

10

85186343.1

MILLENKAMP CATTLE, INC.,
an Idaho corporation

By: _____

WILLIAM J. MILLENKAMP
President

By: _____

SUSAN J. MILLENKAMP
Secretary


MILLENKAMP FAMILY LLC,
an Idaho limited liability company

By: _____

WILLIAM J. MILLENKAMP
Manager


[INSERT APPROPRIATE ACKNOWLEDGMENTS FOR DEBTORS]

11

85186343.1

STATE OF IDAHO            )
                                )ss.
COUNTY OF _Jerome_     )

      This record was acknowledged before me on _Oct 14_, 2022, by WILLIAM JOHN MILLENKAMP.

> **LAURY LAMB**
> Commission #41905
> Notary Public
> State of Idaho
> My Commission Expires: 04/02/28

Notary Public for Idaho
Printed Name: _Laury Lamb_
Commission Expires: _04/02/2028_

STATE OF IDAHO            )
                                )ss.
COUNTY OF _Jerome_     )

      This record was acknowledged before me on _Oct 14_, 2022, by SUSAN JO MILLENKAMP.

> **LAURY LAMB**
> Commission #41905
> Notary Public
> State of Idaho
> My Commission Expires: 04/02/28

Notary Public for Idaho
Printed Name: _Laury Lamb_
Commission Expires: _04/02/2028_

STATE OF IDAHO            )
                                )ss.
COUNTY OF _Jerome_     )

      This record was acknowledged before me on _Oct 14_, 2022, by WILLIAM J. MILLENKAMP as the Member/Manager of East Valley Cattle, LLC, an Idaho limited liability company.

> **LAURY LAMB**
> Commission #41905
> Notary Public
> State of Idaho
> My Commission Expires: 04/02/28

Notary Public for Idaho
Printed Name: _Laury Lamb_
Commission Expires: _04/02/2028_

*[Acknowledgement pages continued]*

14

85186343.4

STATE OF IDAHO             )
                                     )ss.
COUNTY OF _Jerome_   )

This record was acknowledged before me on _Oct 14_, 2022, by WILLIAM J. MILLENKAMP as the Manager of Idaho Jersey Girls Jerome Dairy LLC, an Idaho limited liability company.

LAURY LAMB
Commission #41905
Notary Public
State of Idaho
My Commission Expires: 04/02/28

Notary Public for Idaho
Printed Name: _Laury Lamb_
Commission Expires: _04/02/2028_

STATE OF IDAHO             )
                                     )ss.
COUNTY OF _Jerome_   )

This record was acknowledged before me on _Oct 14_, 2022, by WILLIAM J. MILLENKAMP as the Manager of Idaho Jersey Girls LLC, an Idaho limited liability company.

LAURY LAMB
Commission #41905
Notary Public
State of Idaho
My Commission Expires: 04/02/28

Notary Public for Idaho
Printed Name: _Laury Lamb_
Commission Expires: _04/02/2028_

STATE OF IDAHO             )
                                     )ss.
COUNTY OF _Jerome_   )

This record was acknowledged before me on _Oct 14_, 2022, by William J. Millenkamp, as the Manager of Millenkamp Family LLC, the sole Member of Goose Ranch LLC, an Idaho limited liability company.

Notary Public for Idaho
Printed Name: _Laury Lamb_
Commission Expires: _04/02/2028_

LAURY LAMB
Commission #41905
Notary Public
State of Idaho
My Commission Expires: 04/02/28

*[Acknowledgement pages continued]*

15

85186343.4

STATE OF IDAHO           )
                                )ss.
COUNTY OF _Jerome_     )

     This record was acknowledged before me on _____ _Oct 14_ , 2022, by William J. Millenkamp, as Manager of Millenkamp Family LLC, an Idaho limited liability company, the sole Member of Millenkamp Properties, L.L.C., an Idaho limited liability company.

> **LAURY LAMB**
> Commission #41905
> Notary Public
> State of Idaho
> My Commission Expires: 04/02/28

_Laury Lamb_
Notary Public for Idaho
Printed Name: _Laury Lamb_
_My commission expires 04/02/2028_

STATE OF IDAHO           )
                                )ss.
COUNTY OF _Jerome_     )

     This record was acknowledged before me on _____ _Oct 14_ , 2022, by William J. Millenkamp, as Manager of Millenkamp Family LLC, an Idaho limited liability company, the sole Member of Millenkamp Properties II LLC, an Idaho limited liability company.

> **LAURY LAMB**
> Commission #41905
> Notary Public
> State of Idaho
> My Commission Expires: 04/02/28

_Laury Lamb_
Notary Public for Idaho
Printed Name: _Laury Lamb_
_Commission exp 04/02/2028_

STATE OF IDAHO           )
                                )ss.
COUNTY OF _Jerome_     )

     This record was acknowledged before me on _____ _Oct 14_, 2022, by WILLIAM J. MILLENKAMP, the President of Millenkamp Cattle, Inc.

> **LAURY LAMB**
> Commission #41905
> Notary Public
> State of Idaho
> My Commission Expires: 04/02/28

_Laury Lamb_
Notary Public for Idaho
Printed Name: _Laury Lamb_
Commission Expires: _04/02/2028_

*[Acknowledgement pages continued]*

85186343.4

STATE OF IDAHO                          )
                                        )ss.
COUNTY OF _Jerome_                      )

     This record was acknowledged before me on _Oct 14_, 2022, by SUSAN J. MILLENKAMP, the Secretary of Millenkamp Cattle, Inc.

**LAURY LAMB**
Commission #41905
Notary Public
State of Idaho
My Commission Expires: 04/02/28

Notary Public for Idaho
Printed Name: _Laury Lamb_
Commission Expires: _04/02/2028_

STATE OF IDAHO                          )
                                        )ss.
COUNTY OF _Jerome_                      )

     This record was acknowledged before me on _Oct 14_, 2022, by WILLIAM J. MILLENKAMP, the Manager of Millenkamp Family LLC, an Idaho limited liability company.

**LAURY LAMB**
Commission #41905
Notary Public
State of Idaho
My Commission Expires: 04/02/28

Notary Public for Idaho
Printed Name: _Laury Lamb_
Commission Expires: _04/02/2028_

85186343.4

## EXHIBIT "A"

**DESCRIPTION OF REAL ESTATE**

**Exhibit A**

TRACT A - CASSIA COUNTY

PARCEL NO. 1:
TOWNSHIP 12 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 1:          SW¼SE¼

Section 12:         NW¼NE¼

PARCEL NO. 2:
TOWNSHIP 12 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 1:          NW¼SE¼

PARCEL NO. 3:
TOWNSHIP 12 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 1:          Lots 1, 2, 3, and 4, S½NW¼, NE¼SE¼, S½NE¼

Section 2:          Lots 1 and 2, S½NE¼

PARCEL NO. 4:
TOWNSHIP 11 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 36:         W½

Section 35:         E½ EXCEPTING THEREFROM:

Beginning at a point which is 25 feet West and 20 feet North of the Southeast corner of said Section 35;
Thence West 100 feet;
Thence North 100 feet;
Thence East 100 feet;
Thence South 100 feet to the Point of Beginning.

             ALSO EXCEPTING the following described tract:

Part of the SW¼SE¼, more particularly described as follows:

Beginning at the South ¼ section corner of said Section 35, said corner marked by a 5/8 inch rebar; Thence South 89°48'07" East along the South line of Section 35 for a distance of 35.00 feet to a ½ inch rebar which shall be the Point of Beginning;
Thence North 00°11'53" East for a distance of 219.16 feet to a ½ inch rebar;
Thence North 49°21'41" East for a distance of 346.29 feet to a ½ inch rebar;

Thence along a non-tangent curve to the left for a distance of 836.37 feet to a ½ inch rebar; said curve having a radius of 1358.85 feet and a central angle of 35°15'56" with a long chord of bearing of South 58°38'55" East for a distance of 823.23 feet;
Thence South 00°11'53" West for a distance of 19.72 feet to a ½ inch rebar on the South line of Section 35;
Thence North 89°48'07" West along the South line of Section 35 for a distance of 966.50 feet to the Point of Beginning.

PARCEL NO. 5:
TOWNSHIP 12 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 1:            N½, EXCEPT the following described tract:

Beginning at the Northwest corner and running thence East 250 feet;
Thence South 174 feet;
Thence West 250 feet;
Thence North 174 feet to the Point of Beginning.

PARCEL NO. 6:
TOWNSHIP 12 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 6:            Lots 1, 2, 3 and 4

PARCEL NO. 7:
TOWNSHIP 11 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 31:            SW¼

PARCEL NO. 8:
A 30 foot wide Pipeline Easement as created by Warranty Deed recorded May 15, 1992 as Instrument No. 219021, records of Cassia County, Idaho, located in the SE¼ of said Section 31 of Township 11 South, Range 28 East of the Boise Meridian, Cassia County, State of Idaho, more particularly described as follows:

Beginning at the Southeast corner of said Section 31, said corner marked by a U.S. General Land Office pipe with brass cap; thence North 88°41'16" West along section line for 36.14 feet to the Point of Beginning;
Thence North 88°41'16" West along section line for 30.00 feet to a point;
Thence North 1°18'44" East for 46.48 feet to a point;
Thence North 44°29'16" West for 1841.47 feet to a point;
Thence North 88°31'26" West for 1211.50 feet to a point on the West line of the SE¼;
Thence North 0°18'45" East along the West line of the SE¼ for 30.00 feet to a point;
Thence South 88°31'26" East for 1224.24 feet to a point;
Thence South 44°29'16" East for 1866.27 feet to a point;
Thence South 1°18'44" West for 59.16 feet to the Point of Beginning.

PARCEL NO. 9:
TOWNSHIP 11 SOUTH, RANGE 26 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 35:            Part of the SW¼SE¼, more particularly described as follows:

Beginning at the South ¼ section corner of said Section 35, said corner marked by a 5/8 inch rebar; Thence South 89°48'07" East along the South line of Section 35 for a distance of 35.00 feet to a ½ inch rebar which shall be the Point of Beginning;

Thence North 00°11'53" East for a distance of 219.16 feet to a ½ inch rebar;

Thence North 49°21'41" East for a distance of 346.29 feet to a ½ inch rebar;

Thence along a non-tangent curve to the left for a distance of 836.37 feet to a ½ inch rebar; said curve having a radius of 1358.85 feet and a central angle of 35°15'56" with a long chord of bearing of South 58°38'55" East for a distance of 823.23 feet;

Thence South 00°11'53" West for a distance of 19.72 feet to a ½ inch rebar on the South line of Section 35;

Thence North 89°48'07" West along the South line of Section 35 for a distance of 966.50 feet to the Point of Beginning.

PARCEL NO. 10:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 13:     ALL

PARCEL NO. 11:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 22:     E½

Section 26:     NW¼ and E½, EXCEPT a part of the SE¼SE¼, described as follows:

Beginning at the Southeast corner of said Section 26; said point marked by a U.S. Government Brass Cap; thence North 89°59' West (Basis of Bearing) along section line for 443.86 feet to a ½ inch rebar, which shall be the Point of Beginning;

Thence North 89°59' West along said section line for 290.70 feet to a ½ inch rebar;

Thence North 0°39'53" West for 59.71 feet to a ½ inch rebar;

Thence South 88°51'10" West for 32.32 feet to a ½ inch rebar;

Thence South 0°39'18" East for 59.05 feet to a ½ inch rebar on section line;

Thence North 89°59' West along said section line for 122.05 feet to a ½ inch rebar;

Thence North 0°45'03" West for 439.49 feet to a ½ inch rebar;

Thence South 74°47'15" East for 85.63 feet to a ½ inch rebar;

Thence South 41°26'14" East for 556.38 feet to the Point of Beginning.

Section 27:     NE¼

PARCEL NO. 12:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 27:     SW¼

PARCEL NO. 13:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 27:        NW¼ and SE¼

PARCEL NO. 14:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 35:        S½ EXCEPTING THEREFROM the following described tract of land:

Beginning at the Northwest corner of the SW¼ of said Section 35;
Thence running East along the centerline of said Section 35 to the Northeast corner of the SE¼ thereof;
Thence South along the East boundary line of said Section 35 a distance of 24 feet;
Thence West on a line parallel with and 24 feet South of the centerline of said Section 35 to the West boundary line
thereof;
Thence North along said West boundary line of said Section 35 for 24 feet to the Point of Beginning.

PARCEL NO. 15:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 35:        N½

PARCEL NO. 16:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 36:        ALL

PARCEL NO. 17:
TOWNSHIP 11 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 31:        Part of the SW¼NW¼ of said Section 31, more particularly described as follows:

Beginning at the Northwest corner of said Section 31, said corner marked by a U.S. General Land Office Pipe with
brass cap; thence South 0°06'00" West along section line for 1919.63 feet to the POINT OF BEGINNING;
Thence South 89°54'00" East for 108.07 feet to a point;
Thence South 0°06'00" West for 100.00 feet to a point;
Thence North 89°54'00" West for 108.07 feet to a point on section line;
Thence North 0°06'00" East along section line for 100.00 feet to the Point of Beginning.

PARCEL NO. 18:
TOWNSHIP 12 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 2:        N½

Section 3:        N½

PARCEL NO. 19:
TOWNSHIP 12 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 4:        NE¼ (Lots 1 and 2 and the S½NE¼)

PARCEL NO. 20:
TOWNSHIP 11 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 31:       N½ and SE¼, EXCEPT the following described tract:

Beginning at the Northwest corner of said Section 31, said corner marked by a U.S. General Land Office Pipe with brass cap; Thence South 0°06'00" West along section line for 1919.63 feet to the Point of Beginning;
Thence South 89°54'00" East for 108.07 feet to a point;
Thence South 0°06'00" West for 100.00 feet to a point;
Thence North 89°54'00" West for 108.07 feet to a point on section line;
Thence North 0°06'00" East along section line for 100.00 feet to the Point of Beginning.

PARCEL NO. 21:
TOWNSHIP 11 SOUTH, RANGE 28 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 32:       W½

PARCEL NO. 22:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 26:       SW¼

PARCEL NO. 23:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 35:       The North 24 feet of the S½ of said Section 35, more particularly described as follows:

Beginning at the Northwest corner of the SW¼ of said Section 35;
Thence East along the centerline of the said section to the Northeast corner of the SE¼ thereof;
Thence South along the East boundary line of said Section 35 a distance of 24 feet;
Thence West on a line parallel with and 24 feet South of the centerline of said section to the West boundary line of said section;
Thence North 24 feet to the Point of Beginning.

PARCEL NO. 24:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 34:       ALL

PARCEL NO. 25:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 26:         Part of the SE¼SE¼ described as follows:

Beginning at the Southeast corner of said Section 26; said point marked by a U.S. Government Brass Cap; thence North 89°59' West (Basis of Bearing) along section line for 443.86 feet to a ½ inch rebar, which shall be the Point of Beginning;
Thence North 89°59' West along said section line for 290.70 feet to a ½ inch rebar;
Thence North 0°39'53" West for 59.71 feet to a ½ inch rebar;
Thence South 88°51'10" West for 32.32 feet to a ½ inch rebar;
Thence South 0°39'18" East for 59.05 feet to a ½ inch rebar on section line;
Thence North 89°59' West along said section line for 122.05 feet to a ½ inch rebar;
Thence North 0°45'03" West for 439.49 feet to a ½ inch rebar;
Thence South 74°47'15" East for 85.63 feet to a ½ inch rebar;
Thence South 41°26'14" East for 556.38 feet to the Point of Beginning.

PARCEL NO. 26:
An access easement for the benefit of Parcel No. 25 as conveyed by Quitclaim Deed between the Hunsaker Family Partnership, a Limited Partnership, and Reginald Hunsaker and Ruth J. Hunsaker, husband and wife, individually, Grantors, and Jack M. Hunsaker and Bonita P. Hunsaker, Grantees, dated August 10, 1983 and recorded August 12, 1983 as Instrument No. 154185 on Film No. 139, records of Cassia County, more particularly described as follows:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 26:         Part of the SE¼SE¼ described as follows:

Beginning at the Southeast corner of said Section 26, said point marked by a U.S. Government Brass Cap which shall be the Point of Beginning;
Thence North 89°59' West (Basis of Bearing) along section line for 443.86 feet to a ½ inch rebar;
Thence North 41°26'14" West for 33.36 feet to a point;
Thence South 89°59' East for 466.09 feet to a point on section line;
Thence South 0°21' West along said section line for 25.0 feet to the Point of Beginning.

PARCEL NO. 27:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 22:         W½

TRACT B - CASSIA COUNTY:

PARCEL NO. 1:
TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 10:         All, EXCEPT the N½NW¼NW¼ and N½NE¼NW¼ of Section 10:

                    ALSO EXCEPTING the following described tracts:

                    Tract No. 1:

Beginning at the Northwest corner of said Section 10, said corner marked by a U.S. Government Brass Cap; Thence South 0°09'00" East (Basis of Bearing) along section line for 1219.10 feet to a ½ inch rebar which shall be the Point of Beginning;
Thence North 89°51' East for 300.00 feet to a ½ inch rebar;
Thence South 0°09'00" East for 300.00 feet to a ½ inch rebar;
Thence South 89°51' West for 300.00 feet to a ½ inch rebar on section line;
Thence North 0°09'00" West along said section line for 300.00 feet to the Point of Beginning.

                    Tract No. 2:
Beginning at the Northwest corner of the Northeast corner of said Section 10; Thence South 127.5 feet to the True Point of Beginning;
Thence South 255.6 feet;
Thence East 199.5 feet;
Thence North 179 feet;
Thence Northwest 213.69 feet to the True Point of Beginning.

Section 11:        Beginning at a point on the North line of Section 11, said point being 1760.7 feet West of the Northeast corner of said Section 11;
Thence at right angles South 489.7 feet;
Thence North 88°40' West 671.9 feet;
Thence South 9°34' East 160.7 feet;
Thence North 85°59' West 1253.6 feet;
Thence South 6°47' West 953.6 feet;
Thence South 4°37' West 1661.7 feet;
Thence South 89°37' West 1307.8 feet more or less to the West line;
Thence North 0°21' East along the West line 3156.8 feet, more or less to the Northwest corner;
Thence East along said North line 3430.4 feet, more or less to the Point of Beginning.

Section 14:        Beginning at the Southwest corner of Section 14;
Thence South 89°26' East along the South line 1535.1 feet;
Thence North 19°49' West 4452.0 feet more or less to the West line;
Thence South 0°21' West 4173.0 feet more or less to the Point of Beginning.

Section 15:        All

Section 16:        S½ and the NW¼

Section 17:        SE¼SE¼

PARCEL NO. 2:
A water pipeline easement as conveyed by Warranty Deed from Raft River Ranches, Inc., a corporation to Preston R. Allen and Roland R. Allen, dated October 21, 1976 and recorded December 1, 1976 as Instrument No. 94693 on Film No. 105, records of Cassia County, Idaho, described as follows:

TOWNSHIP 11 SOUTH, RANGE 27 EAST OF THE BOISE MERIDIAN,
CASSIA COUNTY, IDAHO

Section 14:        An easement 60 feet wide being 30 feet left and 30 feet right of the following described line:

Beginning at a point on the East line of said Section 14, said point being 1637 feet North of the Southeast corner of Section 14;