Janine P. Reynard (ISB #6030)
AVERY LAW
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182

Attorney for Creditor East Valley Development, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE, INC., ) | |
| ) | Chapter 11 |
| ) | |
| Debtor ) | |
| _____ ) | |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Janine P. Reynard of Avery Law hereby enters her appearance on behalf of Creditor and/or Interested Party East Valley Development, LLC, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

Janine P. Reynard
janine@averylaw.net
Avery Law
3090 E. Gentry Way, Ste 250
Meridian, ID 83642

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case,

whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED this 3rd day of April, 2024

/s/ Janine P. Reynard
Janine P. Reynard
Attorney for Creditor and/or Interested Party
East Valley Development, LLC

Case 24-40158-NGH    Doc 52    Filed 04/03/24    Entered 04/03/24 12:08:07    Desc Main
Document      Page 2 of 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the court using the CM/ECF system, which sent electronic notice to the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Scott C. Powers | spowers@spencerfane.com |
| Kimball D. Gourley | kgourley@idalaw.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Heide Buck Morrison | heidi@racineolson.com |
| Daniel C. Green | dan@racineolson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Lewis N. Stoddard | lewis@hwmlawfirm.com |

AND, I HEREBY CERTIFY that I served a true and correct copy of the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail**:

Millenkamp Cattle, Inc.
471 North 300 West
Jerome, ID 83338

/s/ Janine P. Reynard
Janine P. Reynard