Fill in this information to identify the case:

Debtor name: **Millenkamp Cattle, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF IDAHO**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Al-Mar Dairy<br>1255 Grandview Ave<br>Parma, ID 83660 | | Trade debt | | | | $361,935.36 |
| Brett Jensen Farms<br>2000 W 113 N<br>Idaho Falls, ID 83402 | | Trade Debt | | | | $309,468.00 |
| BUNGE Canada<br>2765 Solution Center<br>Chicago, IL 60677 | | Trade Debt | | | | $1,145,983.84 |
| Cargill Meat Solutions Corp<br>5252 Treasure Valley Way<br>Nampa, ID 83687 | | Trade Debt | | | | $600,702.66 |
| Clear Lakes Products<br>PO Box 246<br>Buhl, ID 83316 | | Trade Debt | | | | $560,365.35 |
| Clear Water Products LLC<br>1834 1st Ave<br>Greeley, CO 80631 | | Trade Debt | | | | $346,705.73 |
| Eagle View Farms<br>970 E 3700 N<br>Castleford, ID 83321 | | Trade Debt | | | | $559,656.97 |
| East Valley Development, LLC<br>Attn: General Counsel<br>4675 MacArthur Ct., Ste. 800<br>Newport Beach, CA 92660 | | Trade Debt | | | | $2,156,089.13 |
| Elevation Electric<br>485 S Idaho St<br>Wendell, ID 83355 | | Trade Debt | | | | $247,887.88 |

Debtor   **Millenkamp Cattle, Inc.**   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **J.D. Heiskell & Co.**<br>139 River Vista Place<br>Ste 102<br>Twin Falls, ID 83301 | | Trade debt | | | | $598,407.90 |
| **Jack Verbree Dairies**<br>1574 E 2900 S<br>Wendell, ID 83355 | | Trade Debt | | | | $854,345.31 |
| **Landview Inc - Livestock**<br>PO Box 475<br>Rupert, ID 83350 | | Trade debt | | | | $5,541,024.72 |
| **MWI Veterinary**<br>3041 W Pasadena Dr<br>Boise, ID 83705 | | Trade debt for Black Pine Cattle, Inc., Idaho Jersey Girls Jerome Dairy LLC, Idaho Jersey Girls LLC (Milkers), and Millenkamp Cattle Inc | | | | $2,309,920.39 |
| **Prime Ridge Beef, LLC**<br>8143 W Broadway St.<br>Idaho Falls, ID 83402 | | Trade Debt | | | | $1,180,715.80 |
| **Receptor Food Group**<br>PO Box 475<br>Rupert, ID 83350 | | Trade debt | | | | $867,772.00 |
| **Rocky Mountain Agronomics**<br>1912 W Main<br>Burley, ID 83318 | | Trade debt | | | | $694,888.94 |
| **The Dairy Solutions Group**<br>396 Railway St<br>Jerome, ID 83338 | | Trade debt | | | | $334,657.53 |
| **True West Beef**<br>6026 US-93<br>Jerome, ID 83338 | | Trade Debt | | | | $580,740.96 |
| **Viterra Grain LLC**<br>1111 Bedke Blvd<br>Burley, ID 83318 | | Trade debt | | | | $1,128,769.71 |
| **Westway Feed Products**<br>365 Canal St<br>Ste 2929<br>New Orleans, LA 70130 | | Trade debt | | | | $313,884.04 |