Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-40158-NGH |
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Krystal Mikkilineni enters her appearance on behalf of Debtors, Millenkamp Cattle, Inc. (and related affiliated Debtors), in the above-captioned matter (and related affiliated proceedings) and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

**NOTICE OF APPEARANCE** – Page 1

>Krystal Mikkilineni
>DENTONS
>215 10th Street, Ste 1300
>Des Moines, IA 50309
>Phone: (515) 288-2500
>Fax: (515) 243-0654
>Email: krystal.mikkilineni@dentons.com

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED this 2nd day of April 2024.

>DENTONS
>
>/s/ *Krystal R. Mikkilineni*
>
>_____
>KRYSTAL MIKKILINENI
>Attorney for Debtors

**NOTICE OF APPEARANCE** – Page 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF APPEARANCE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.

/s/ *Krystal R. Mikkilineni*
KRYSTAL MIKKILINENI

**NOTICE OF APPEARANCE** – Page 3