# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>**S.A.M.S. Vending, LLC,**<br><br>Debtor and Debtor in Possession. | Case No. 24-00085-tjc11<br><br>Chapter 11<br><br>Hon. Thad J. Collins<br><br>***FIRST DAY MOTION***<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**COMES NOW** Tirzah R. Roussell, of the law firm Dentons Davis Brown, and enters her appearance as attorney for S.A.M.S. Vending, LLC, Debtor and Debtor in Possession, in the underlying bankruptcy case entitled above and pursuant to Bankruptcy Rules 2002 and 9010, demands all notices given or required to be given in this bankruptcy proceeding and all papers served or required to be served in this bankruptcy proceeding be given to and served upon the following at the address and telephone number set forth below.

>Tirzah R. Roussell
>DENTONS DAVIS BROWN, P.C.
>215 10th St., Ste 1300
>Des Moines, IA 50309
>515-246-7984
>tirzah.roussell@dentons.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

#3790233

mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced bankruptcy proceeding.

    /s/ *Tirzah R. Roussell*
Tirzah R. Roussell, AT 0014113
Dentons Davis Brown PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309
(515) 288-2500
Tirzah.Roussell@dentons.com

ATTORNEY FOR S.A.M.S. VENDING, LLC,
DEBTOR AND DEBTOR IN POSSESSION

CERTIFICATE OF SERVICE

    This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing:

    */s/ Tirzah Roussell*