# EXHIBIT 9

Cash Flow Budget
Draft as of March 22, 2024

| | Wk4<br>18-Mar<br>24-Mar | Wk5<br>25-Mar<br>31-Mar | Wk6<br>1-Apr<br>7-Apr | Wk7<br>8-Apr<br>14-Apr | Wk8<br>15-Apr<br>21-Apr | Wk9<br>22-Apr<br>28-Apr | Wk10<br>29-Apr<br>5-May | Wk11<br>6-May<br>12-May | Wk12<br>13-May<br>19-May | Wk13<br>20-May<br>26-May | Wk14<br>27-May<br>2-Jun | Wk15<br>3-Jun<br>9-Jun | Wk16<br>10-Jun<br>16-Jun | Wk17<br>17-Jun<br>23-Jun | Wk18<br>24-Jun<br>30-Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUMMARY CASH FLOW** | | | | | | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | | | | | | |
| Net Milk Checks | $ 5,718,176 | $ - | $ 4,653,718 | $ - | $ 5,928,211 | $ - | $ 5,015,256 | $ - | $ 5,796,575 | $ - | $ 5,158,180 | $ - | $ - | $ 6,742,773 | $ - |
| Dairy Revenue Protection | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Custom Feeding Receipts | - | - | - | 1,290,375 | - | 1,376,400 | - | 1,250,000 | - | 1,290,375 | - | 1,290,375 | - | - | - |
| Net Cattle Sales Receipts | - | - | - | - | - | - | - | 1,290,375 | - | - | - | - | - | 1,376,400 | - |
| Trucking Income | - | - | - | 150,000 | - | 160,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 160,000 | - |
| Digester Income | - | 225,000 | - | - | 240,000 | - | 225,000 | - | 225,000 | - | 225,000 | - | 240,000 | - | 225,000 |
| AR Collections | - | 1,971,881 | - | 750,000 | 210,000 | 1,971,881 | - | - | - | - | - | - | - | - | - |
| Collection Timing Contingency | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL Cash Receipts** | $ 5,718,176 | $ 2,196,881 | $ 4,653,718 | $ 2,190,375 | $ 6,378,211 | $ 3,508,281 | $ 5,240,256 | $ 2,690,375 | $ 6,021,575 | $ 1,440,375 | $ 5,383,180 | $ 1,440,375 | $ 240,000 | $ 8,279,173 | $ 225,000 |
| **Cash Disbursements** | | | | | | | | | | | | | | | |
| Payroll | $ 1,148,016 | $ - | $ 1,224,551 | $ - | $ 1,148,016 | $ - | $ 1,148,016 | $ - | $ - | $ 1,148,016 | $ - | $ 1,224,551 | $ - | $ 1,148,016 | $ - |
| EE Benefits | - | - | 68,389 | - | - | - | 68,389 | - | - | - | 68,389 | - | - | - | - |
| **AP Payments to Critical Vendors** | | | | | | | | | | | | | | | |
| Feed | 685,900 | 185,900 | 1,685,900 | 185,900 | 685,900 | 185,900 | 1,684,600 | - | 500,000 | - | 1,500,000 | - | - | - | - |
| Supplies | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,400 | - | - | - | - | - | - | - | - |
| Vet/Med | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs & Maintenance | 100,000 | - | - | - | 198,690 | - | - | - | 198,690 | - | - | - | 198,690 | - | - |
| Chemicals | 57,200 | 57,200 | 57,200 | 57,200 | 57,200 | 57,200 | 56,800 | - | - | - | - | - | - | - | - |
| Professional Fees | 250,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,200 | - | - | - | - | - | - | - | - |
| **Total AP Payments to Critical Vendors** | 1,132,500 | 282,500 | 1,782,500 | 282,500 | 981,190 | 282,500 | 1,780,000 | - | 698,690 | - | 1,500,000 | - | 198,690 | - | - |
| **Ongoing Op. Expenses - COD** | | | | | | | | | | | | | | | |
| Feed | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 |
| Straw Bedding | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 |
| Cattle | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Supplies | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 |
| Utilities | 238,000 | - | - | - | 250,000 | - | - | - | 386,000 | - | - | - | 403,000 | - | - |
| Vet/Med | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 173,000 | 173,000 | 173,000 | 173,000 | 173,000 | 173,000 | 173,000 | 173,000 | 173,000 |
| Fuel | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 |
| Trucking | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 |
| Compost Turning & Hauling | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 |
| Semen | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 |
| Repairs & Maintenance | 195,000 | 195,000 | 195,000 | 195,000 | 195,000 | 195,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 |
| Insurance | 179,000 | - | - | - | 179,000 | - | - | - | 179,000 | - | - | - | 179,000 | - | - |
| Chemicals | - | - | - | - | - | 310,000 | 310,000 | 310,000 | 310,000 | 310,000 | 310,000 | 310,000 | 310,000 | 310,000 | 310,000 |
| Seed | - | - | - | - | - | - | - | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |
| Custom Farming | - | - | - | - | - | - | - | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 |
| Rent | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 360,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Professional Fees | 85,000 | 85,000 | 240,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 |
| Loan/Lease Payments | - | - | - | 119,865 | 102,679 | 37,402 | 319,368 | 119,865 | 102,679 | 37,402 | 319,368 | 109,776 | 108,627 | 4,142 | 42,432 |
| Rabo Interest Payment | - | - | - | - | - | 647,028 | - | - | - | - | 624,299 | - | - | - | 601,633 |
| Other | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 |
| **Total Ongoing Op. Expenses - COD** | 3,522,000 | 3,105,000 | 3,260,000 | 3,259,865 | 3,671,679 | 4,134,431 | 3,893,368 | 3,831,865 | 4,379,679 | 4,103,402 | 4,655,667 | 3,821,776 | 3,999,627 | 4,119,142 | 4,356,064 |
| **TOTAL Cash Disbursements** | $ 5,802,516 | $ 3,387,500 | $ 6,335,440 | $ 3,542,365 | $ 5,800,886 | $ 4,416,931 | $ 6,889,773 | $ 3,831,865 | $ 5,078,370 | $ 5,251,419 | $ 6,224,056 | $ 5,046,326 | $ 4,198,317 | $ 5,267,158 | $ 4,356,064 |
| Starting Cash | $ 162,391 | $ 78,051 | $ (1,112,568) | $ 5,711 | $ 53,721 | $ 631,046 | $ 22,396 | $ 72,879 | $ 31,389 | $ 974,595 | $ 63,551 | $ 22,675 | $ 16,724 | $ 58,407 | $ 3,070,422 |
| Net Change in Cash | (84,340) | (1,190,619) | (1,681,721) | (1,351,990) | 577,325 | (908,649) | (1,649,517) | (1,141,490) | 943,206 | (3,811,044) | (840,876) | (3,605,951) | (3,958,317) | 3,012,015 | (4,131,064) |
| Ending Cash, Before DIP | $ 78,051 | $ (1,112,568) | $ (2,794,289) | $ (1,346,279) | $ 631,046 | $ (277,604) | $ (1,627,121) | $ (1,068,611) | $ 974,595 | $ (2,836,449) | $ (777,325) | $ (3,583,276) | $ (3,941,593) | $ 3,070,422 | $ (1,060,642) |
| DIP Financing | - | 2,800,000 | 1,400,000 | - | 300,000 | 1,700,000 | 1,100,000 | - | 2,900,000 | - | 800,000 | 3,600,000 | 4,000,000 | - | 1,100,000 |
| Ending Cash | $ 78,051 | $ (1,112,568) | $ 5,711 | $ 53,721 | $ 631,046 | $ 22,396 | $ 72,879 | $ 31,389 | $ 974,595 | $ 63,551 | $ 22,675 | $ 16,724 | $ 58,407 | $ 3,070,422 | $ 39,358 |

Cash Flow Budget
Draft as of March 22, 2024

| | Wk19<br>1-Jul<br>7-Jul | Wk20<br>8-Jul<br>14-Jul | Wk21<br>15-Jul<br>21-Jul | Wk22<br>22-Jul<br>28-Jul | Wk23<br>29-Jul<br>4-Aug | Wk24<br>5-Aug<br>11-Aug | TOTAL<br>18-Mar<br>11-Aug |
|---|---|---|---|---|---|---|---|
| **SUMMARY CASH FLOW** | | | | | | | |
| **Cash Receipts** | | | | | | | |
| Net Milk Checks | $ 5,574,198 | $ - | $ 6,391,941 | $ - | $ 5,706,523 | $ - | $ 56,685,551 |
| Dairy Revenue Protection | - | - | - | - | - | 750,000 | 2,000,000 |
| Custom Feeding Receipts | - | 1,290,375 | - | 1,290,375 | - | 1,290,375 | 11,785,425 |
| Net Cattle Sales Receipts | - | - | - | - | - | - | - |
| Trucking Income | - | 150,000 | - | 150,000 | - | 150,000 | 1,370,000 |
| Digester Income | - | - | 225,000 | - | 225,000 | - | 2,055,000 |
| AR Collections | - | - | - | - | - | - | 4,903,762 |
| Collection Timing Contingency | - | - | - | - | - | - | - |
| **TOTAL Cash Receipts** | $ 5,574,198 | $ 1,440,375 | $ 6,616,941 | $ 1,440,375 | $ 5,931,523 | $ 2,190,375 | $ 78,799,738 |
| **Cash Disbursements** | | | | | | | |
| Payroll | $ 1,148,016 | $ - | $ 1,148,016 | $ - | $ - | $ 1,224,551 | $ 11,709,765 |
| EE Benefits | 68,389 | - | - | - | 68,389 | - | 341,945 |
| AP Payments to Critical Vendors | | | | | | | |
| Feed | - | - | - | - | - | - | 7,300,000 |
| Supplies | - | - | - | - | - | - | 200,000 |
| Vet/Med | - | - | - | - | - | - | - |
| Repairs & Maintenance | - | - | - | - | - | - | 696,071 |
| Chemicals | - | - | - | - | - | - | 400,000 |
| Professional Fees | - | - | - | - | - | - | 250,000 |
| Other | - | - | - | - | - | - | 75,000 |
| **Total AP Payments to Critical Vendors** | - | - | - | - | - | - | 8,921,071 |
| Ongoing Op. Expenses - COD | | | | | | | |
| Feed | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 2,060,000 | 43,260,000 |
| Straw Bedding | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 798,000 |
| Cattle | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 1,575,000 |
| Supplies | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 | 127,000 | 2,565,000 |
| Utilities | | | 498,000 | | | 163,000 | 1,938,000 |
| Vet/Med | 173,000 | 173,000 | 173,000 | 173,000 | 173,000 | 173,000 | 3,495,000 |
| Fuel | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 114,000 | 2,394,000 |
| Trucking | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 1,092,000 |
| Compost Turning & Hauling | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 1,680,000 |
| Semen | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 1,155,000 |
| Repairs & Maintenance | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 279,000 | 5,355,000 |
| Insurance | - | - | 179,000 | - | - | - | 895,000 |
| Chemicals | 43,000 | 43,000 | 43,000 | 43,000 | - | - | 3,272,000 |
| Seed | 31,000 | 31,000 | 31,000 | 31,000 | - | - | 988,000 |
| Custom Farming | 17,000 | 17,000 | 17,000 | 17,000 | 12,000 | 12,000 | 340,000 |
| Rent | 6,000 | 6,000 | 6,000 | 6,000 | 4,000 | 4,000 | 480,000 |
| Professional Fees | 120,000 | 120,000 | 120,000 | 120,000 | 6,000 | 6,000 | 2,570,000 |
| Loan/Lease Payments | 314,339 | 119,865 | 102,679 | 37,402 | 120,000 | 120,000 | 2,433,206 |
| Rabo Interest Payment | - | - | - | - | 319,368 | 115,947 | 2,450,897 |
| Other | 85,000 | 85,000 | 85,000 | 85,000 | 577,937 | - | 1,785,000 |
| | | | | | 85,000 | 85,000 | |
| **Total Ongoing Op. Expenses - COD** | 3,669,339 | 3,474,865 | 4,134,679 | 3,392,402 | 4,177,306 | 3,558,947 | 80,521,102 |
| **TOTAL Cash Disbursements** | $ 4,885,744 | $ 3,474,865 | $ 5,282,695 | $ 3,392,402 | $ 4,245,695 | $ 4,783,497 | $101,493,884 |
| Starting Cash | $ 39,358 | $ 727,812 | $ 93,322 | $ 1,427,567 | $ 75,540 | $ 1,761,368 | $ 162,391 |
| Net Change in Cash | 688,454 | (2,034,490) | 1,334,245 | (1,952,027) | 1,685,828 | (2,593,122) | (22,694,145) |
| Ending Cash, Before DIP | $ 727,812 | $ (1,306,678) | $ 1,427,567 | $ (524,460) | $ 1,761,368 | $ (831,754) | $ (22,531,754) |
| DIP Financing | - | 1,400,000 | - | 600,000 | - | 900,000 | 22,600,000 |
| Ending Cash | $ 727,812 | $ 93,322 | $ 1,427,567 | $ 75,540 | $ 1,761,368 | $ 68,246 | $ 68,246 |

Cash Flow Budget
Draft as of March 22, 2024

**DETAILS**

**Cash Receipts**

### NET MILK CHECKS

| | Wk4 18-Mar 24-Mar | Wk5 25-Mar 31-Mar | Wk6 1-Apr 7-Apr | Wk7 8-Apr 14-Apr | Wk8 15-Apr 21-Apr | Wk9 22-Apr 28-Apr | Wk10 29-Apr 5-May | Wk11 6-May 12-May | Wk12 13-May 19-May | Wk13 20-May 26-May | Wk14 27-May 2-Jun | Wk15 3-Jun 9-Jun | Wk16 10-Jun 16-Jun | Wk17 17-Jun 23-Jun | Wk18 24-Jun 30-Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Milk Check Date** | **18-Mar** | | **1-Apr** | | **18-Apr** | | **1-May** | | **18-May** | | **1-Jun** | | | **18-Jun** | |
| Period | 2/16 - 2/29 | | 3/1 - 3/15 | | 3/16 - 3/31 | | 4/1 - 4/15 | | 4/16 - 4/30 | | 5/1 - 5/15 | | | 5/16 - 5/31 | |
| Days | 14 | | 15 | | 16 | | 15 | | 15 | | 15 | | | 16 | |
| Avg Milking Head | 33,664 | | 33,915 | | 33,915 | | 34,065 | | 34,065 | | 34,215 | | | 34,215 | |
| lbs/hd/day | 58.4 | | 58.3 | | 58.3 | | 58.3 | | 58.3 | | 59.0 | | | 59.0 | |
| Total Lbs | 27,539,279 | | 29,644,577 | | 31,620,882 | | 29,775,690 | | 29,775,690 | | 30,280,275 | | | 32,298,960 | |
| **GLANBIA** | | | | | | | | | | | | | | | |
| lbs | 23,533,999 | | 23,519,607 | | 26,877,750 | | 25,309,336 | | 25,309,336 | | 25,738,234 | | | 27,454,116 | |
| CWT | 235,340 | | 235,196 | | 268,777 | | 253,093 | | 253,093 | | 257,382 | | | 274,541 | |
| $/CWT | $21.18 | | $20.23 | | $20.23 | | $20.97 | | $20.97 | | $21.14 | | | $21.14 | |
| Gross | $ 4,985,181 | | $ 4,758,299 | | $ 5,437,691 | | $ 5,307,165 | | $ 5,307,165 | | $ 5,441,140 | | | $ 5,803,882 | |
| *less* | | | | | | | | | | | | | | | |
| National Dairy Promos | (11,767) | | (11,760) | | (13,439) | | (12,655) | | (12,655) | | (12,869) | | | (13,727) | |
| ID Dairy Commissions | (25,887) | | (25,872) | | (29,566) | | (27,840) | | (27,840) | | (28,312) | | | (30,200) | |
| Haul & Hauling Surcharge | (211,806) | | (204,621) | | (233,836) | | (220,191) | | (220,191) | | (223,923) | | | (238,851) | |
| Conterra | - | | - | | - | | - | | - | | - | | | - | |
| MetLife | (133,000) | | (552,000) | | (133,000) | | (552,000) | | (133,000) | | (552,000) | | | (133,000) | |
| **Net Milk Check** | $ 4,602,721 | $ - | $ 3,964,047 | $ - | $ 5,027,850 | $ - | $ 4,494,479 | $ - | $ 4,913,479 | $ - | $ 4,624,036 | $ - | $ - | $ 5,388,105 | $ - |
| *Conterra - Interest* | - | | (21,000) | | - | | (21,000) | | - | | (21,000) | | | - | |
| *Conterra - Principal* | - | | (4,029) | | - | | (4,029) | | - | | (4,029) | | | - | |
| *MetLife - Interest* | (133,000) | | (552,000) | | (133,000) | | (552,000) | | (133,000) | | (552,000) | | | (133,000) | |
| *MetLife - Principal* | (282,766) | | (525,767) | | (282,766) | | (525,767) | | (282,766) | | (525,767) | | | (282,766) | |
| **IFS** | | | | | | | | | | | | | | | |
| lbs | 4,005,280 | | 6,124,970 | | 4,743,132 | | 4,466,353 | | 4,466,353 | | 4,542,041 | | | 4,844,844 | |
| CWT | 40,053 | | 61,250 | | 47,431 | | 44,664 | | 44,664 | | 45,420 | | | 48,448 | |
| $/CWT | $21.18 | | $12.10 | | $20.23 | | $12.50 | | $20.97 | | $12.60 | | | $21.14 | |
| Gross | $ 1,156,274 | | $ 741,121 | | $ 959,593 | | $ 558,294 | | $ 936,559 | | $ 572,297 | | | $ 1,412,119 | |
| *less* | | | | | | | | | | | | | | | |
| National Dairy Promos | (2,003) | | - | | (5,434) | | - | | (4,466) | | - | | | (4,693) | |
| ID Dairy Commissions | (4,406) | | - | | (11,955) | | - | | (9,826) | | - | | | (10,326) | |
| ISDA Mill Levy | (721) | | - | | (1,956) | | - | | (1,608) | | - | | | (1,690) | |
| Haul & Hauling Surcharge | (33,644) | | (51,450) | | (39,842) | | (37,517) | | (37,517) | | (38,153) | | | (40,697) | |
| Rabo AgriFinance | - | | - | | - | | - | | - | | - | | | - | |
| Other | (45) | | - | | (45) | | - | | (45) | | - | | | (45) | |
| **Net Milk Check** | $ 1,115,456 | $ - | $ 689,672 | $ - | $ 900,360 | $ - | $ 520,777 | $ - | $ 883,096 | $ - | $ 534,144 | $ - | $ - | $ 1,354,668 | $ - |
| **TOTAL Net Milk Checks** | $ 5,718,176 | $ - | $ 4,653,718 | $ - | $ 5,928,211 | $ - | $ 5,015,256 | $ - | $ 5,796,575 | $ - | $ 5,158,180 | $ - | $ - | $ 6,742,773 | $ - |

### CUSTOM FEEDING RECEIPTS

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Custom Feeding Income** | | | | **8-Apr** | | **22-Apr** | | **8-May** | | **22-May** | | **8-Jun** | | **22-Jun** | |
| Period | | | | 3/1 - 3/15 | | 3/16 - 3/31 | | 4/1 - 4/15 | | 4/16 - 4/30 | | 5/1 - 5/15 | | 5/16 - 5/31 | |
| Days | | | | 15 | | 16 | | 15 | | 15 | | 15 | | 16 | |
| $/hd/day | | | | $3.70 | | $3.70 | | $3.70 | | $3.70 | | $3.70 | | $3.70 | |
| Custom Feeding, Headcount | | | | 23,250 | | 23,250 | | 23,250 | | 23,250 | | 23,250 | | 23,250 | |
| Custom Feeding Income | $ - | $ - | $ - | $ 1,290,375 | $ - | $ 1,376,400 | $ - | $ 1,290,375 | $ - | $ 1,290,375 | $ - | $ 1,290,375 | $ - | $ 1,376,400 | $ - |
| **TOTAL Custom Feeding Receipts** | $ - | $ - | $ - | $ 1,290,375 | $ - | $ 1,376,400 | $ - | $ 1,290,375 | $ - | $ 1,290,375 | $ - | $ 1,290,375 | $ - | $ 1,376,400 | $ - |

Cash Flow Budget
Draft as of March 22, 2024

| DETAILS | | Wk19 1-Jul 7-Jul | Wk20 8-Jul 14-Jul | Wk21 15-Jul 21-Jul | Wk22 22-Jul 28-Jul | Wk23 29-Jul 4-Aug | Wk24 5-Aug 11-Aug | TOTAL 18-Mar 11-Aug |
|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | |
| **NET MILK CHECKS** | | | | | | | | |
| Milk Check Date | | 1-Jul | 8-Jul | 18-Jul | | 1-Aug | 8-Aug | |
| Period | | 6/1 - 6/15 | 6/1 - 6/15 | 6/16 - 6/30 | 6/16 - 6/30 | 7/1 - 7/15 | 7/1 - 7/15 | |
| Days | | 15 | 15 | 15 | 15 | 15 | 15 | |
| Avg Milking Head | | 34,365 | | 34,365 | | 34,365 | | |
| lbs/hd/day | | 60.0 | | 60.0 | | 60.0 | | |
| Total Lbs | | 30,928,500 | | 30,928,500 | | 30,928,500 | | 303,720,852 |
| **GLANBIA** | | 85% | | 85% | | 85% | | |
| lbs | | 26,289,225 | | 26,289,225 | | 26,289,225 | | 256,610,053 |
| CWT | | 262,892 | | 262,892 | | 262,892 | | |
| $/CWT | | $22.15 | | $22.15 | | $22.60 | | |
| Gross | | $ 5,823,563 | | $ 5,823,563 | | $ 5,941,970 | | $ 54,629,619 |
| less | | | | | | | | |
| National Dairy Promos | | (13,145) | | (13,145) | | (13,145) | | |
| ID Dairy Commissions | | (28,918) | | (28,918) | | (28,918) | | |
| Haul & Hauling Surcharge | | (228,716) | | (228,716) | | (228,716) | | |
| Conterra | None | - | | - | | - | | |
| MetLife | Int Only | (552,000) | | (133,000) | | (552,000) | | |
| **Net Milk Check** | | $ 5,000,784 | $ - | $ 5,419,784 | $ - | $ 5,119,190 | $ - | $ 48,554,475 |
| Conterra - Interest | | (21,000) | | | | (21,000) | | |
| Conterra - Principal | | (4,029) | | | | (4,029) | | |
| MetLife - Interest | | (552,000) | | (133,000) | | (552,000) | | |
| MetLife - Principal | | (525,767) | | (282,766) | | (525,767) | | |
| **IFS** | | 15% | | 15% | | 15% | | |
| lbs | | 4,639,275 | | 4,639,275 | | 4,639,275 | | 47,110,799 |
| CWT | | 46,393 | | 46,393 | | 46,393 | | |
| $/CWT | | $13.20 | | $22.15 | | $13.50 | | |
| Gross | | $ 612,384 | | $ 1,027,688 | | $ 626,302 | | $ 8,602,631 |
| less | | | | | | | | |
| National Dairy Promos | | - | | (4,639) | | - | | |
| ID Dairy Commissions | | - | | (10,206) | | - | | |
| ISDA Mill Levy | | - | | (1,670) | | - | | |
| Haul & Hauling Surcharge | | (38,970) | | (38,970) | | (38,970) | | |
| Rabo AgriFinance | | - | | | | | | |
| Other | | - | | (45) | | - | | |
| **Net Milk Check** | | $ 573,414 | $ - | $ 972,157 | $ - | $ 587,332 | $ - | $ 8,131,076 |
| **TOTAL Net Milk Checks** | | $ 5,574,198 | $ - | $ 6,391,941 | $ - | $ 5,706,523 | $ - | $ 56,685,551 |
| | | | | | | | | |
| **CUSTOM FEEDING RECEIPTS** | | | | | | | | |
| Custom Feeding Income | | | 8-Jul | | 22-Jul | | 8-Aug | |
| Period | | | 6/1 - 6/15 | | 6/16 - 6/30 | | 7/1 - 7/15 | |
| Days | | | 15 | | 15 | | 15 | |
| $/hd/day | | | $3.70 | | $3.70 | | $3.70 | |
| Custom Feeding, Headcount | | | 23,250 | | 23,250 | | 23,250 | |
| **Custom Feeding Income** | | $ - | $ 1,290,375 | $ - | $ 1,290,375 | $ - | $ 1,290,375 | $ 11,785,425 |
| **TOTAL Custom Feeding Receipts** | | $ - | $ 1,290,375 | $ - | $ 1,290,375 | $ - | $ 1,290,375 | $ 11,785,425 |

Page 4 of 12

Cash Flow Budget
Draft as of March 22, 2024

| | | Wk4 18-Mar 24-Mar | Wk5 25-Mar 31-Mar | Wk6 1-Apr 7-Apr | Wk7 8-Apr 14-Apr | Wk8 15-Apr 21-Apr | Wk9 22-Apr 28-Apr | Wk10 29-Apr 5-May | Wk11 6-May 12-May | Wk12 13-May 19-May | Wk13 20-May 26-May | Wk14 27-May 2-Jun | Wk15 3-Jun 9-Jun | Wk16 10-Jun 16-Jun | Wk17 17-Jun 23-Jun | Wk18 24-Jun 30-Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NET CATTLE SALES** | | | | | | | | | | | | | | | | |
| **HEADCOUNT SOLD** | | | | | | | | | | | | | | | | |
| | Cull - Voluntary | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| | Cull - Involuntary | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| | Feeders | - | 1,125 | - | 750 | - | 1,125 | - | 750 | - | 1,125 | - | 750 | - | 1,125 | - |
| | Fats | 200 | - | 100 | - | 100 | - | - | 125 | - | 125 | - | 125 | - | 125 | - |
| | Open Heifers | - | - | 100 | - | 100 | - | - | - | - | - | - | 100 | - | - | - |
| | **TOTAL HEADCOUNT SOLD** | **325** | **1,250** | **325** | **875** | **325** | **1,250** | **125** | **1,000** | **125** | **1,375** | **125** | **1,100** | **125** | **1,375** | **125** |
| **SUMMARY - AMOUNT** | | | | | | | | | | | | | | | | |
| $925 | Cull - Voluntary | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 |
| $150 | Cull - Involuntary | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 |
| $1,035 | Feeders | - | 1,164,375 | - | 776,250 | - | 1,164,375 | - | 776,250 | - | 1,164,375 | - | 776,250 | - | 1,164,375 | - |
| $2,590 | Fats | 518,000 | - | 259,000 | - | 259,000 | - | - | 323,750 | - | 323,750 | - | 323,750 | - | 323,750 | - |
| $800 | Open Heifers | - | - | 80,000 | - | 80,000 | - | - | - | - | - | - | 80,000 | - | - | - |
| | **TOTAL AMOUNT** | **606,500** | **1,252,875** | **427,500** | **864,750** | **427,500** | **1,252,875** | **88,500** | **1,188,500** | **88,500** | **1,576,625** | **88,500** | **1,268,500** | **88,500** | **1,576,625** | **88,500** |
| | Fats & Feeders | $ 518,000 | $ 1,164,375 | $ 259,000 | $ 776,250 | $ 259,000 | $ 1,164,375 | $ - | $ 1,100,000 | $ - | $ 1,488,125 | $ - | $ 1,100,000 | $ - | $ 1,488,125 | $ - |
| 100% | Amount to Rabo | 518,000 | 1,164,375 | 259,000 | 776,250 | 259,000 | 1,164,375 | - | 1,100,000 | - | 1,488,125 | - | 1,100,000 | - | 1,488,125 | - |
| 0% | Amount to Millenkamp | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Culls & Open Heifers | $ 88,500 | $ 88,500 | $ 168,500 | $ 88,500 | $ 168,500 | $ 88,500 | $ 88,500 | $ 88,500 | $ 88,500 | $ 88,500 | $ 88,500 | $ 168,500 | $ 88,500 | $ 88,500 | $ 88,500 |
| 100% | Amount to Rabo | 88,500 | 88,500 | 168,500 | 88,500 | 168,500 | 88,500 | 88,500 | 88,500 | 88,500 | 88,500 | 88,500 | 168,500 | 88,500 | 88,500 | 88,500 |
| 0% | Amount to Millenkamp | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | **TOTAL To Millenkamp** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | **TOTAL Net Cattle Sales Receipts** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| **TRUCKING INCOME** | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trucking Income | | | 8-Apr | | 15-Apr | 22-Apr | | 8-May | | 22-May | | 8-Jun | | 22-Jun |
| Period | | | 3/1 - 3/15 | | 3/16 - 3/31 | 3/16 - 3/31 | | 4/1 - 4/15 | | 4/16 - 4/30 | | 5/1 - 5/15 | | 5/16 - 5/31 |
| Days | | | 15 | | 16 | 16 | | 15 | | 15 | | 15 | | 16 |
| Income per Day | | | $10,000 | | $10,000 | $10,000 | | $10,000 | | $10,000 | | $10,000 | | $10,000 |
| Trucking Income | $ - | $ - | $ 150,000 | $ - | $ - | $ 160,000 | $ - | $ 150,000 | $ - | $ 150,000 | $ - | $ 150,000 | $ - | $ 160,000 | $ - |
| **TOTAL Trucking Income** | $ - | $ - | $ - | $ 150,000 | $ - | $ - | $ 160,000 | $ - | $ 150,000 | $ - | $ 150,000 | $ - | $ 150,000 | $ - | $ 160,000 |

| **DIGESTER INCOME** | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Digester Income Check Date | | 31-Mar | | | 15-Apr | | 30-Apr | | 15-May | | 30-May | | 15-Jun | | 30-Jun |
| Period | | 3/1 - 3/15 | | | 3/16 - 3/31 | | 4/1 - 4/15 | | 4/16 - 4/30 | | 5/1 - 5/15 | | 5/16 - 5/31 | | 6/1 - 6/15 |
| Days | | 15 | | | 16 | | 15 | | 15 | | 15 | | 16 | | 15 |
| Income per Day | | $15,000 | | | $15,000 | | $15,000 | | $15,000 | | $15,000 | | $15,000 | | $15,000 |
| Digester Penalty Income | $ - | $ 225,000 | $ - | $ - | $ 240,000 | $ - | $ 225,000 | $ - | $ 225,000 | $ - | $ 225,000 | $ - | $ 240,000 | $ - | $ 225,000 |
| **TOTAL Digester Income** | $ - | $ 225,000 | $ - | $ - | $ 240,000 | $ - | $ 225,000 | $ - | $ 225,000 | $ - | $ 225,000 | $ - | $ 240,000 | $ - | $ 225,000 |

Cash Flow Budget
Draft as of March 22, 2024

| | | | Wk19<br>1-Jul<br>7-Jul | Wk20<br>8-Jul<br>14-Jul | Wk21<br>15-Jul<br>21-Jul | Wk22<br>22-Jul<br>28-Jul | Wk23<br>29-Jul<br>4-Aug | Wk24<br>5-Aug<br>11-Aug | TOTAL<br>18-Mar<br>11-Aug |
|---|---|---|---|---|---|---|---|---|---|
| **NET CATTLE SALES** | | | | | | | | | |
| **HEADCOUNT SOLD** | | | | | | | | | |
| | | Cull - Voluntary | 90 | 90 | 90 | 90 | 90 | 90 | 1,890 |
| | | Cull - Involuntary | 35 | 35 | 35 | 35 | 35 | 35 | 735 |
| | | Feeders | 750 | | 1,125 | | 750 | | 9,375 |
| | | Fats | - | - | - | - | - | - | 900 |
| | | Open Heifers | - | - | - | - | - | - | 300 |
| | **TOTAL HEADCOUNT SOLD** | | 875 | 125 | 1,250 | 125 | 875 | 125 | 13,200 |
| **SUMMARY - AMOUNT** | | | | | | | | | |
| $925 | Cull - Voluntary | | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 83,250 | $ 1,748,250 |
| $150 | Cull - Involuntary | | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 110,250 |
| $1,035 | Feeders | | 776,250 | - | 1,164,375 | - | 776,250 | - | 9,703,125 |
| $2,590 | Fats | | - | - | - | - | - | - | 2,331,000 |
| $800 | Open Heifers | | - | - | - | - | - | - | 240,000 |
| | **TOTAL AMOUNT** | | 864,750 | 88,500 | 1,252,875 | 88,500 | 864,750 | 88,500 | 14,132,625 |
| | Fats & Feeders | | $ 776,250 | $ - | $ 1,164,375 | $ - | $ 776,250 | $ - | $ 12,034,125 |
| 100% | Amount to Rabo | | 776,250 | | 1,164,375 | | 776,250 | | 12,034,125 |
| 0% | Amount to Millenkamp | | - | | | | | | - |
| | Culls & Open Heifers | | $ 88,500 | $ 88,500 | $ 88,500 | $ 88,500 | $ 88,500 | $ 88,500 | $ 2,098,500 |
| 100% | Amount to Rabo | | 88,500 | 88,500 | 88,500 | 88,500 | 88,500 | 88,500 | 2,098,500 |
| 0% | Amount to Millenkamp | | - | - | - | - | - | - | - |
| | **TOTAL To Millenkamp** | | - | - | - | - | - | - | - |
| | **TOTAL Net Cattle Sales Receipts** | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| **TRUCKING INCOME** | | | | | | |
|---|---|---|---|---|---|---|
| Trucking Income | | 8-Jul | | 22-Jul | | 8-Aug |
| Period | | 6/1 - 6/15 | | 6/16 - 6/30 | | 7/1 - 7/15 |
| Days | | 15 | | 15 | | 15 |
| Income per Day | | $10,000 | | $10,000 | | $10,000 |
| Trucking Income | $ - | $ 150,000 | $ - | $ 150,000 | $ - | $ 150,000 | $ 1,370,000 |
| **TOTAL Trucking Income** | $ - | $ 150,000 | $ - | $ 150,000 | $ - | $ 150,000 | $ 1,370,000 |

| **DIGESTER INCOME** | | | | | | |
|---|---|---|---|---|---|---|
| Digester Income Check Date | | | 15-Jul | | 30-Jul | |
| Period | | | 6/16 - 6/30 | | 7/1 - 7/15 | |
| Days | | | 15 | | 15 | |
| Income per Day | | | $15,000 | | $15,000 | |
| Digester Penalty Income | $ - | $ - | $ 225,000 | $ - | $ 225,000 | $ - | $ 2,055,000 |
| **TOTAL Digester Income** | $ - | $ - | $ 225,000 | $ - | $ 225,000 | $ - | $ 2,055,000 |

Cash Flow Budget
Draft as of March 22, 2024

| | Wk4 18-Mar 24-Mar | Wk5 25-Mar 31-Mar | Wk6 1-Apr 7-Apr | Wk7 8-Apr 14-Apr | Wk8 15-Apr 21-Apr | Wk9 22-Apr 28-Apr | Wk10 29-Apr 5-May | Wk11 6-May 12-May | Wk12 13-May 19-May | Wk13 20-May 26-May | Wk14 27-May 2-Jun | Wk15 3-Jun 9-Jun | Wk16 10-Jun 16-Jun | Wk17 17-Jun 23-Jun | Wk18 24-Jun 30-Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AR COLLECTED** | | | | | | | | | | | | | | | |
| **Custom Feed AR** | | | | | | | | | | | | | | | |
| Ah-Zet Dairy | - | 22,999 | - | - | - | 22,999 | - | - | - | - | - | - | - | - | - |
| B&H Farms | - | 9,578 | - | - | - | 9,578 | - | - | - | - | - | - | - | - | - |
| Ciocca Dairy | - | 7,439 | - | - | - | 7,439 | - | - | - | - | - | - | - | - | - |
| deJong Dairy | - | 38,402 | - | - | - | 38,402 | - | - | - | - | - | - | - | - | - |
| Diamond B Dairy | - | 44,560 | - | - | - | 44,560 | - | - | - | - | - | - | - | - | - |
| Double V, LLC | - | 68,495 | - | - | - | 68,495 | - | - | - | - | - | - | - | - | - |
| Eagle View East | - | 81,995 | - | - | - | 81,995 | - | - | - | - | - | - | - | - | - |
| Eagle View Farms, LLC 1700 | - | 93,464 | - | - | - | 93,464 | - | - | - | - | - | - | - | - | - |
| Eagle View Farms. | - | 132,926 | - | - | - | 132,926 | - | - | - | - | - | - | - | - | - |
| Haglar Creek Dairy | - | 39,344 | - | - | - | 39,344 | - | - | - | - | - | - | - | - | - |
| J & V Dairy | - | 46,185 | - | - | - | 46,185 | - | - | - | - | - | - | - | - | - |
| Jack Verbree Dairies | - | 440,512 | - | - | - | 440,512 | - | - | - | - | - | - | - | - | - |
| Nelsen Farms LLC | - | 22,222 | - | - | - | 22,222 | - | - | - | - | - | - | - | - | - |
| No View Dairy, LLC | - | 52,396 | - | - | - | 52,396 | - | - | - | - | - | - | - | - | - |
| Oppedyk Dairy | - | 62,485 | - | - | - | 62,485 | - | - | - | - | - | - | - | - | - |
| Prime Ridge Beef, LLC | - | 590,358 | - | - | - | 590,358 | - | - | - | - | - | - | - | - | - |
| Red Rock Dairy | - | 20,287 | - | - | - | 20,287 | - | - | - | - | - | - | - | - | - |
| Schilder Dairy, LLC. | - | 34,956 | - | - | - | 34,956 | - | - | - | - | - | - | - | - | - |
| Silva Brothers | - | 4,534 | - | - | - | 4,534 | - | - | - | - | - | - | - | - | - |
| South View Dairy | - | 71,984 | - | - | - | 71,984 | - | - | - | - | - | - | - | - | - |
| Stouder Holsteins LLP | - | 31,507 | - | - | - | 31,507 | - | - | - | - | - | - | - | - | - |
| Van Dyk Dairy | - | 55,251 | - | - | - | 55,251 | - | - | - | - | - | - | - | - | - |
| **Custom Feed AR Collection** | $ - | $ 1,971,881 | $ - | $ - | $ - | $ 1,971,881 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Milk Checks** | | | | | | | | | | | | | | | |
| Milk Check in Transit from Rabo - Glanbia | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Milk Check in Transit from Rabo - IFS | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Milk Checks AR Collection** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Digester** | | | | | | | | | | | | | | | |
| East Valley Development LLC | - | - | - | 750,000 | 210,000 | - | - | - | - | - | - | - | - | - | - |
| **Digester AR Collection** | $ - | $ - | $ - | $ 750,000 | $ 210,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Cattle Sales - Fats & Feeders** | | | | | | | | | | | | | | | |
| Fredin Brothers Inc. | 0 | - | - | 4,200 | - | - | - | - | - | - | - | - | - | - | - |
| True West Beef | 580,741 | - | - | 621,600 | - | - | - | - | - | - | - | - | - | - | - |
| **Cattle Sales (Fats & Feeders) AR Collection** | $ 580,741 | $ - | $ - | $ 625,800 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 100% Amount to Rabo | 580,741 | | | 625,800 | | | | | | | | | | | |
| 0% Amount to Millenkamp | - | | | - | | | | | | | | | | | |
| **Cattle Sales - Culls & Open Heifers** | | | | | | | | | | | | | | | |
| Cargill Meat Solutions Corporation | 600,703 | - | - | 357,975 | - | - | - | - | - | - | - | - | - | - | - |
| Producers Livestock | - | - | - | 4,050 | - | - | - | - | - | - | - | - | - | - | - |
| Valley Beef | 14,648 | - | - | 13,650 | - | - | - | - | - | - | - | - | - | - | - |
| **Cattle Sales (Culls & Open Heifers) AR Colle** | $ 615,351 | $ - | $ - | $ 375,675 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 100% Amount to Rabo | 615,351 | | | 375,675 | | | | | | | | | | | |
| 0% Amount to Millenkamp | - | | | - | | | | | | | | | | | |
| **SUMMARY** | | | | | | | | | | | | | | | |
| Custom Feed AR Collection | - | 1,971,881 | - | - | - | 1,971,881 | - | - | - | - | - | - | - | - | - |
| Milk Checks AR Collection | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Digester AR Collection | - | - | - | 750,000 | 210,000 | - | - | - | - | - | - | - | - | - | - |
| Cattle Sales (Fats & Feeders) AR to Millenk | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cattle Sales (Culls & Open Heifers) AR Colle | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL AR Collections to Millenkamp** | $ - | $ 1,971,881 | $ - | $ 750,000 | $ 210,000 | $ 1,971,881 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Cash Flow Budget
Draft as of March 22, 2024

| | Wk19<br>1-Jul<br>7-Jul | Wk20<br>8-Jul<br>14-Jul | Wk21<br>15-Jul<br>21-Jul | Wk22<br>22-Jul<br>28-Jul | Wk23<br>29-Jul<br>4-Aug | Wk24<br>5-Aug<br>11-Aug | TOTAL<br>18-Mar<br>11-Aug |
|---|---|---|---|---|---|---|---|
| **AR COLLECTED** | | | | | | | |
| **Custom Feed AR** | | | | | | | |
| Ah-Zet Dairy | - | - | - | - | - | - | 45,998 |
| B&H Farms | - | - | - | - | - | - | 19,157 |
| Ciocca Dairy | - | - | - | - | - | - | 14,878 |
| deJong Dairy | - | - | - | - | - | - | 76,805 |
| Diamond B Dairy | - | - | - | - | - | - | 89,120 |
| Double V, LLC | - | - | - | - | - | - | 136,991 |
| Eagle View East | - | - | - | - | - | - | 163,990 |
| Eagle View Farms, LLC 1700 | - | - | - | - | - | - | 186,929 |
| Eagle View Farms. | - | - | - | - | - | - | 265,851 |
| Haglar Creek Dairy | - | - | - | - | - | - | 78,688 |
| J & V Dairy | - | - | - | - | - | - | 92,371 |
| Jack Verbree Dairies | - | - | - | - | - | - | 881,024 |
| Nelsen Farms LLC | - | - | - | - | - | - | 44,444 |
| No View Dairy, LLC | - | - | - | - | - | - | 104,791 |
| Oppedyk Dairy | - | - | - | - | - | - | 124,970 |
| Prime Ridge Beef, LLC | - | - | - | - | - | - | 1,180,716 |
| Red Rock Dairy | - | - | - | - | - | - | 40,574 |
| Schilder Dairy, LLC. | - | - | - | - | - | - | 69,912 |
| Silva Brothers | - | - | - | - | - | - | 9,069 |
| South View Dairy | - | - | - | - | - | - | 143,969 |
| Stouder Holsteins LLP | - | - | - | - | - | - | 63,015 |
| Van Dyk Dairy | - | - | - | - | - | - | 110,502 |
| **Custom Feed AR Collection** | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,943,762 |
| **Milk Checks** | | | | | | | |
| Milk Check in Transit from Rabo - Glanbia | - | - | - | - | - | - | - |
| Milk Check in Transit from Rabo - IFS | - | - | - | - | - | - | - |
| **Milk Checks AR Collection** | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Digester** | | | | | | | |
| East Valley Development LLC | | | | | | | 960,000 |
| **Digester AR Collection** | $ - | $ - | $ - | $ - | $ - | $ - | $ 960,000 |
| **Cattle Sales - Fats & Feeders** | | | | | | | |
| Fredin Brothers Inc. | | | | | | | 4,200 |
| True West Beef | | | | | | | 1,202,341 |
| **Cattle Sales (Fats & Feeders) AR Collection** | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,206,541 |
| 100% Amount to Rabo | | | | | | | 1,206,541 |
| 0% Amount to Millenkamp | | | | | | | - |
| **Cattle Sales - Culls & Open Heifers** | | | | | | | |
| Cargill Meat Solutions Corporation | | | | | | | 958,678 |
| Producers Livestock | | | | | | | 4,050 |
| Valley Beef | | | | | | | 28,298 |
| **Cattle Sales (Culls & Open Heifers) AR Colle** | $ - | $ - | $ - | $ - | $ - | $ - | $ 991,026 |
| 100% Amount to Rabo | | | | | | | 991,026 |
| 0% Amount to Millenkamp | | | | | | | - |
| **SUMMARY** | | | | | | | |
| Custom Feed AR Collection | | | | | | | 3,943,762 |
| Milk Checks AR Collection | | | | | | | - |
| Digester AR Collection | | | | | | | 960,000 |
| Cattle Sales (Fats & Feeders ) AR to Millenk | | | | | | | - |
| Cattle Sales (Culls & Open Heifers) AR Colle | | | | | | | - |
| **TOTAL AR Collections to Millenkamp** | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,903,762 |

Cash Flow Budget
Draft as of March 22, 2024

| | Wk4 18-Mar 24-Mar | Wk5 25-Mar 31-Mar | Wk6 1-Apr 7-Apr | Wk7 8-Apr 14-Apr | Wk8 15-Apr 21-Apr | Wk9 22-Apr 28-Apr | Wk10 29-Apr 5-May | Wk11 6-May 12-May | Wk12 13-May 19-May | Wk13 20-May 26-May | Wk14 27-May 2-Jun | Wk15 3-Jun 9-Jun | Wk16 10-Jun 16-Jun | Wk17 17-Jun 23-Jun | Wk18 24-Jun 30-Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Disbursements** | | | | | | | | | | | | | | | |
| **PAYROLL** | | | | | | | | | | | | | | | |
| Payroll Check Date | 20-Mar | | 5-Apr | | 20-Apr | | 5-May | | | 20-May | | 5-Jun | | 20-Jun | |
| Period | 3/1 - 3/15 | | 3/16 - 3/31 | | 4/1 - 4/15 | | 4/16 - 4/30 | | | 5/1 - 5/15 | | 5/16 - 5/31 | | 6/1 - 6/15 | |
| Headcount | 502 | | 502 | | 502 | | 502 | | | 502 | | 502 | | 502 | |
| Days | 15 | | 16 | | 15 | | 15 | | | 15 | | 16 | | 15 | |
| Wages, Daily | $70,445 | | $70,445 | | $70,445 | | $70,445 | | | $70,445 | | $70,445 | | $70,445 | |
| Total Wages | $ 1,056,673 | | $ 1,127,118 | | $ 1,056,673 | | $ 1,056,673 | | | $ 1,056,673 | | $ 1,127,118 | | $ 1,056,673 | |
| Less EE Tax Liability | (113,440) | | (121,003) | | (113,440) | | (113,440) | | | (113,440) | | (121,003) | | (113,440) | |
| Net Payroll Liability | $ 943,233 | | $ 1,006,115 | | $ 943,233 | | $ 943,233 | | | $ 943,233 | | $ 1,006,115 | | $ 943,233 | |
| | | | | | | | | | | | | | | | |
| FIT W43 and Related Taxes, EE | $ 104,972 | | $ 111,970 | | $ 104,972 | | $ 104,972 | | | $ 104,972 | | $ 111,970 | | $ 104,972 | |
| FIT W43 and Related Taxes, ER | 80,835 | | 86,225 | | 80,835 | | 80,835 | | | 80,835 | | 86,225 | | 80,835 | |
| FUTA and Related Taxes, ER | 1,833 | | 1,956 | | 1,833 | | 1,833 | | | 1,833 | | 1,956 | | 1,833 | |
| ID and Related Taxes, EE | 8,468 | | 9,033 | | 8,468 | | 8,468 | | | 8,468 | | 9,033 | | 8,468 | |
| IDSUI and Related Taxes, ER | 8,674 | | 9,253 | | 8,674 | | 8,674 | | | 8,674 | | 9,253 | | 8,674 | |
| Tax Liability | $ 204,783 | | $ 218,436 | | $ 204,783 | | $ 204,783 | | | $ 204,783 | | $ 218,436 | | $ 204,783 | |
| **TOTAL Payroll** | $ 1,148,016 | $ - | $ 1,224,551 | $ - | $ 1,148,016 | $ - | $ 1,148,016 | $ - | $ - | $ 1,148,016 | $ - | $ 1,224,551 | $ - | $ 1,148,016 | $ - |
| | | | | | | | | | | | | | | | |
| **EE Benefits** | | | | | | | | | | | | | | | |
| Blue Cross of Idaho | | | $ 25,172 | | | | $ 25,172 | | | | $ 25,172 | | | | |
| Pan American Life Insurance Group | | | 43,217 | | | | 43,217 | | | | 43,217 | | | | |
| Workers' Compensation RX Solutions | | | - | | | | - | | | | - | | | | |
| **TOTAL EE Benefits** | $ - | $ - | $ 68,389 | $ - | $ - | $ - | $ 68,389 | $ - | $ - | $ - | $ 68,389 | $ - | $ - | $ - | $ - |

Cash Flow Budget
Draft as of March 22, 2024

## Cash Disbursements

### PAYROLL

| Payroll Check Date | Wk19<br>1-Jul<br>7-Jul | Wk20<br>8-Jul<br>14-Jul | Wk21<br>15-Jul<br>21-Jul | Wk22<br>22-Jul<br>28-Jul | Wk23<br>29-Jul<br>4-Aug | Wk24<br>5-Aug<br>11-Aug | TOTAL<br>18-Mar<br>11-Aug |
|---|---|---|---|---|---|---|---|
| | 5-Jul | | 20-Jul | | | 5-Aug | |
| Period | 6/16 - 6/30 | | 7/1 - 7/15 | | | 7/16 - 7/31 | |
| Headcount | 502 | | 502 | | | 502 | |
| Days | 15 | | 15 | | | 16 | |
| Wages, Daily | $70,445 | | $70,445 | | | $70,445 | |
| **Total Wages** | $ 1,056,673 | | $ 1,056,673 | | | $ 1,127,118 | $ 10,778,065 |
| Less EE Tax Liability | (113,440) | | (113,440) | | | (121,003) | (1,157,090) |
| **Net Payroll Liability** | $ 943,233 | | $ 943,233 | | | $ 1,006,115 | $ 9,620,976 |
| | | | | | | | |
| FITW43 and Related Taxes, EE | $ 104,972 | | $ 104,972 | | | $ 111,970 | $ 1,070,716 |
| FITW43 and Related Taxes, ER | 80,835 | | 80,835 | | | 86,225 | 824,522 |
| FUTA and Related Taxes, ER | 1,833 | | 1,833 | | | 1,956 | 18,701 |
| ID and Related Taxes, EE | 8,468 | | 8,468 | | | 9,033 | 86,374 |
| IDSUI and Related Taxes, ER | 8,674 | | 8,674 | | | 9,253 | 88,477 |
| **Tax Liability** | $ 204,783 | | $ 204,783 | | | $ 218,436 | $ 2,088,790 |
| **TOTAL Payroll** | $ 1,148,016 | $ - | $ 1,148,016 | $ - | $ - | $ 1,224,551 | $ 11,709,765 |
| | | | | | | | |
| **EE Benefits** | | | | | | | |
| Blue Cross of Idaho | $ 25,172 | | | | $ 25,172 | | $ 125,860 |
| Pan American Life Insurance Group | 43,217 | | | | 43,217 | | 216,085 |
| Workers' Compensation RX Solutions | - | | | | - | | - |
| **TOTAL EE Benefits** | $ 68,389 | $ - | $ - | $ - | $ 68,389 | $ - | $ 341,945 |

Cash Flow Budget
Draft as of March 22, 2024

| | Wk4 18-Mar 24-Mar | Wk5 25-Mar 31-Mar | Wk6 1-Apr 7-Apr | Wk7 8-Apr 14-Apr | Wk8 15-Apr 21-Apr | Wk9 22-Apr 28-Apr | Wk10 29-Apr 5-May | Wk11 6-May 12-May | Wk12 13-May 19-May | Wk13 20-May 26-May | Wk14 27-May 2-Jun | Wk15 3-Jun 9-Jun | Wk16 10-Jun 16-Jun | Wk17 17-Jun 23-Jun | Wk18 24-Jun 30-Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INITIAL PAYMENTS TO CRITICAL VENDORS** | | | | | | | | | | | | | | | |
| **Feed** | **685,900** | **185,900** | **1,685,900** | **185,900** | **685,900** | **185,900** | **1,684,600** | - | **500,000** | - | **1,500,000** | - | - | - | - |
| A. Scott Jackson Trucking, Inc | 14,300 | 14,300 | 14,300 | 14,300 | 14,300 | 14,300 | 14,200 | | | | | | | | |
| Carriel Corp. | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | | | | | | | | |
| H&M Custom | 500,000 | - | 500,000 | - | 500,000 | - | 500,000 | | | | | | | | |
| Receptor Food Group | 71,500 | 71,500 | 71,500 | 71,500 | 71,500 | 71,500 | 71,000 | | 500,000 | | 500,000 | | | | |
| Wada Farms | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,400 | | | | | | | | |
| WAG Services Inc | 14,300 | 14,300 | 14,300 | 14,300 | 14,300 | 14,300 | 14,200 | | | | | | | | |
| Westway Feed Products [Silage Group] | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,400 | | | | | | | | |
| | | | 1,000,000 | | | | 1,000,000 | | | | 1,000,000 | | | | |
| **Supplies** | **28,600** | **28,600** | **28,600** | **28,600** | **28,600** | **28,600** | **28,600** | - | - | - | - | - | - | - | - |
| Clear Water Products, LLC | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,400 | | | | | | | | |
| **Vet/Med** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Repairs & Maintenance** | **100,000** | - | - | - | **198,690** | - | - | - | **198,690** | - | - | - | **198,690** | - | - |
| The Dairy Solutions Group | 100,000 | | | | | | | | | | | | | | |
| Western States Cat | | | | | 198,690 | | | | 198,690 | | | | 198,690 | | |
| **Chemicals** | **57,200** | **57,200** | **57,200** | **57,200** | **57,200** | **57,200** | **56,800** | - | - | - | - | - | - | - | - |
| Rocky Mountain Agronomics | 57,200 | 57,200 | 57,200 | 57,200 | 57,200 | 57,200 | 56,800 | | | | | | | | |
| **Professional Fees** | **250,000** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Johnson May | 70,000 | | | | | | | | | | | | | | |
| Kander LLC | 80,000 | | | | | | | | | | | | | | |
| Eide Bailly LLP | - | | | | | | | | | | | | | | |
| Ampleo | - | | | | | | | | | | | | | | |
| Parsons Behle & Latimer | - | | | | | | | | | | | | | | |
| Dentons | 100,000 | | | | | | | | | | | | | | |
| **Other** | **10,800** | **10,800** | **10,800** | **10,800** | **10,800** | **10,800** | **10,200** | - | - | - | - | - | - | - | - |
| Butte Irrigation Inc | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,200 | | | | | | | | |
| **Total AP Payments to Critical Vendors** | $ 1,132,500 | $ 282,500 | $ 1,782,500 | $ 282,500 | $ 981,190 | $ 282,500 | $ 1,780,000 | $ - | $ 698,690 | $ - | $ 1,500,000 | $ - | $ 198,690 | $ - | $ - |

**Operating Expenses COD - Schedule for Certain Categories**

| | Wk4 | Wk5 | Wk6 | Wk7 | Wk8 | Wk9 | Wk10 | Wk11 | Wk12 | Wk13 | Wk14 | Wk15 | Wk16 | Wk17 | Wk18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Professional Fees** | **85,000** | **85,000** | **240,000** | **120,000** | **120,000** | **120,000** | **120,000** | **120,000** | **120,000** | **120,000** | **120,000** | **120,000** | **120,000** | **120,000** | **120,000** |
| Johnson May | - | - | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Kander LLC | - | - | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Eide Bailly LLP | - | - | 120,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Ampleo | 70,000 | 70,000 | | | | | | | | | | | | | |
| Parsons Behle & Latimer | 15,000 | 15,000 | | | | | | | | | | | | | |
| Dentons | - | - | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| DIP Lender Professionals | - | - | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| **Loan/Lease Payments** | - | - | - | **119,865** | **102,679** | **37,402** | **319,368** | **119,865** | **102,679** | **37,402** | **319,368** | **109,776** | **108,627** | **4,142** | **42,432** |
| CNH Capital - 222603 | | | | | | | 42,722 | | | | 42,722 | | | | |
| CNH Capital - 765512 | | | | | | | 17,170 | | | | 17,170 | | | | |
| CNH Capital - 765530 | | | | | | | 21,780 | | | | 21,780 | | | | |
| CNH Capital - 765542 | | | | | | | 27,173 | | | | 27,173 | | | | |
| CNH Capital - 765552 | | | | | | | 62,665 | | | | 62,665 | | | | |
| CNH Capital - 765784 | | | | | | | 68,528 | | | | 68,528 | | | | |
| CNH Capital - 210982 | | | | | | | 45,400 | | | | 45,400 | | | | |
| CNH-Productivity Plus BP 373203 | | | | 41,290 | | | | 41,290 | | | | 41,290 | | | |
| CNH-Productivity Plus MC 373662 | | | | 30,928 | | | | 30,928 | | | | 30,928 | | | |
| Daimler Truck Financial - 3001 | | | | | | | 26,369 | | | | 26,369 | | | | |
| Daimler Truck Financial - 84001 | | | | 37,557 | | | | 37,557 | | | | 37,557 | | | |
| Farmers National Bank. | | | | | 98,538 | | | | 98,538 | | | | 98,538 | | |
| John Deere Credit | | | | 10,089 | 4,142 | 4,750 | 7,562 | 10,089 | 4,142 | 4,750 | 7,562 | | 10,089 | 4,142 | 9,779 |
| MetLife Agricultural Finance | | | | | | 32,652 | | | | 32,652 | | | | | 32,652 |

Page 11 of 12

Cash Flow Budget
Draft as of March 22, 2024

| | Wk19<br>1-Jul<br>7-Jul | Wk20<br>8-Jul<br>14-Jul | Wk21<br>15-Jul<br>21-Jul | Wk22<br>22-Jul<br>28-Jul | Wk23<br>29-Jul<br>4-Aug | Wk24<br>5-Aug<br>11-Aug | TOTAL<br>18-Mar<br>11-Aug |
|---|---|---|---|---|---|---|---|
| **INITIAL PAYMENTS TO CRITICAL VENDORS** | | | | | | | |
| **Feed** | - | - | - | - | - | - | **7,300,000** |
| A. Scott Jackson Trucking, Inc | - | - | - | - | - | - | 100,000 |
| Carmel Corp. | - | - | - | - | - | - | 200,000 |
| H&M Custom | - | - | - | - | - | - | 3,000,000 |
| Receptor Food Group | - | - | - | - | - | - | 500,000 |
| Wada Farms | - | - | - | - | - | - | 200,000 |
| W AG Services Inc | - | - | - | - | - | - | 100,000 |
| Westway Feed Products | - | - | - | - | - | - | 200,000 |
| [Silage Group] | - | - | - | - | - | - | 3,000,000 |
| **Supplies** | - | - | - | - | - | - | **200,000** |
| Clear Water Products, LLC | - | - | - | - | - | - | 200,000 |
| **Vet/Med** | - | - | - | - | - | - | **-** |
| **Repairs & Maintenance** | - | - | - | - | - | - | **696,071** |
| The Dairy Solutions Group | - | - | - | - | - | - | 100,000 |
| Western States Cat | - | - | - | - | - | - | 596,071 |
| **Chemicals** | - | - | - | - | - | - | **400,000** |
| Rocky Mountain Agronomics | - | - | - | - | - | - | 400,000 |
| **Professional Fees** | - | - | - | - | - | - | **250,000** |
| Johnson May | - | - | - | - | - | - | 70,000 |
| Kander LLC | - | - | - | - | - | - | 80,000 |
| Eide Bailly LLP | - | - | - | - | - | - | - |
| Ampleo | - | - | - | - | - | - | - |
| Parsons Behle & Latimer | - | - | - | - | - | - | - |
| Dentons | - | - | - | - | - | - | 100,000 |
| **Other** | - | - | - | - | - | - | **75,000** |
| Butte Irrigation Inc | - | - | - | - | - | - | 75,000 |
| **Total AP Payments to Critical Vendors** | $ - | $ - | $ - | $ - | $ - | $ - | **$ 8,921,071** |
| **Operating Expenses COD – Schedule for Certain** | | | | | | | |
| **Professional Fees** | **120,000** | **120,000** | **120,000** | **120,000** | **120,000** | **120,000** | **2,570,000** |
| Johnson May | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 570,000 |
| Kander LLC | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 570,000 |
| Eide Bailly LLP | - | - | - | - | - | - | 120,000 |
| Ampleo | - | - | - | - | - | - | 140,000 |
| Parsons Behle & Latimer | - | - | - | - | - | - | 30,000 |
| Dentons | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 570,000 |
| DIP Lender Professionals | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 570,000 |
| **Loan/Lease Payments** | **314,339** | **119,865** | **102,679** | **37,402** | **319,368** | **115,947** | **2,433,206** |
| CNH Capital -222603 | 42,722 | - | - | - | 42,722 | - | 170,888 |
| CNH Capital -765512 | 17,170 | - | - | - | 17,170 | - | 68,680 |
| CNH Capital -765530 | 21,780 | - | - | - | 21,780 | - | 87,119 |
| CNH Capital -765542 | 27,173 | - | - | - | 27,173 | - | 108,692 |
| CNH Capital -765552 | 62,665 | - | - | - | 62,665 | - | 250,659 |
| CNH Capital -765784 | 68,528 | - | - | - | 68,528 | - | 274,113 |
| CNH Capital -210982 | 45,400 | - | - | - | 45,400 | - | 181,600 |
| CNH-Productivity Plus BP 373203 | - | 41,290 | - | - | - | 41,290 | 206,450 |
| CNH-Productivity Plus MC 373662 | - | 30,928 | - | - | - | 30,928 | 154,641 |
| Daimler Truck Financial - 3001 | 26,369 | - | - | - | 26,369 | - | 105,475 |
| Daimler Truck Financial- 84001 | - | 37,557 | - | - | - | 37,557 | 187,787 |
| Farmers National Bank. | - | - | 98,538 | - | - | - | 394,151 |
| John Deere Credit | 2,533 | 10,089 | 4,142 | 4,750 | 7,562 | 6,171 | 112,343 |
| MetLife Agricultural Finance | - | - | - | 32,652 | - | - | 130,609 |

## KEY ASSUMPTIONS - CASH RECEIPTS

**Average daily production/hd goes up due to weather**
**Milk prices are based on Glanbia pricing model for Millenkamp components**

|  | March | April | May | June | July |
|---|---|---|---|---|---|
| Avg Milking Hd | 33,915 | 34,065 | 34,215 | 34,365 | 34,365 |
| Avg Milk Price | $20.23 | $20.97 | $21.14 | $22.15 | $22.60 |
| lbs/hd/day | 58.3 | 58.3 | 59.0 | 60.0 | 60.0 |

**Custom Feeding income is based on daily rate, with headcounts remaining consisten**
$/hd/day    $3.70

**Net Cattle Sales Receipts is based on**

|  |  |  | per head |  |
|---|---|---|---|---|
| Weekly Dairy Cull | 90 | at | $925 |  |
| Weekly Involuntary Cull | 35 | at | $150 |  |

Feeders:    750 hd every two weeks
            375 hd once a month        per head
            **1,875 Monthy**            $1,035
                                        which is:        $2.30 per lb
                                                          450  lbs

Fats:       900 hd over through Aug 11
                                        per head
                                        $2,590
                                        which is:        $1.85 per lb
                                                        1,400  lbs

Open Heifers:    300 hd over through Aug 11
                                        per head
                                        $800
                                        which is:        $0.84 per lb
                                                          950  lbs

|  | % to Millenkamp | % to Rabo |
|---|---|---|
| **Culls and Open Heifers** | 0% | 100% |
| **Fats and Feeders** | 0% | 100% |

Collection Cycle - sales in Week 2 collected in Week 5 (15-21 days)

**Sales within 60 Days of BK**        $   6,003,250        **Day 61-120**   $   6,181,500

| KEY ASSUMPTIONS - CASH RECEIPTS (cont) | | | | | |
|---|---|---|---|---|---|
| **Daily Trucking Income** | | $10,000 | | | |
| | | | | | |
| **Digester Penalty Payments** | $ | 960,000 | in AR, expected to collect before May | | |
| Period | Amount | Collection Date | | | |
| 3/1 - 3/15 | $  225,000 | 31-Mar | **$/Day** | | |
| 3/16 - 3/31 | $  240,000 | 15-Apr | $ | 15,000 | |

For April, May, June, July payments, follows the same schedule.
*1st half of month billed on 15th, paid end of month. 2nd Half billed on last day of month, collected 15th*

**AR as of 2/25**

| | | | | |
|---|---|---|---|---|
| Custom Feeding AR Total | $ | 3,943,762 | Expected to collect 100% | |
| | $ | 1,971,881 | by | 31-Mar |
| | $ | 1,971,881 | by | 28-Apr |
| | | | | |
| Fats & Feeders AR Total | $ | 1,206,541 | 0% to Millenkamp | |
| Culls & Open Heifer AR Total | $ | 991,026 | 0% to Millenkamp | |

Overdue collected in Week 4
Balance collected within a month

## KEY ASSUMPTIONS - CASH DISBURSEMENTS

Initial Payments to Critical Vendors is payment of antecedent debt and retainers.
    Detail by Vendor on next tab, rows 271+, or page 11-12 of the printed document

Feed Costs are COD with the assumption that Millenkamp has use of the silage pits & haylage (ie - no cash expenditure)

**Est Weekly cost of feed is**     $ 2,609,349   based on avg daily costs of:

|  | Hd | $/hd/day |
|---|---|---|
| Average Headcount: Milk Cows | 33,915 | $7.12 |
| Average Headcount: Dry Cows | 5,495 | $3.70 |
| Average Headcount: Custom Ranch + Steer | 45,737 | $1.75 |
| Average Headcount: BP Custom + Heifers | 17,668 | $1.75 |
| Weighted Daily Avg |  | $3.63 |

| **Less Silage** | daily tons | 450 | at | $104/ton | $ | 327,600 |
| **Less Haylage** | daily tons | 235 | at | $136/ton | $ | 223,720 |

Straw: Need to purchase $400k in next 8 weeks. 1/3 is for feed and included in the $2.78M, the other 2/3 is for Bedding

Cattle purchases of $75k/week is based on 375hd of Day Olds/wk at $200/hd

Categories: 'Supplies' through 'Insurance', 'Rent' and 'Other' are straight lined wkly based on historical daily spend

Chemicals, Seed, Custom Farming: Spend starts to ramp up in late April and early May
    *Planting occurs mid May and this budget is assuming a planting of this current crop*

Loan and Lease payments based on payment schedules, as checked against LTD schedule and recent payments

In addition to the Critical Payments schedule, there is ongoing cash disbursements to the following professionals

**Professional Fees**     <u>Weekly, during BK Period</u>

| Johnson May | $ | 30,000 |
| Kander LLC |  | 30,000 |
| Dentons |  | 30,000 |
| DIP Lender Professionals |  | 30,000 |
|  | $ | 120,000 |

**DEBT SERVICE**

| **MetLife** | Int Only | |
| **Conterra** | None | |
| **Rabo** | 100% of Net Sales - Culls and Open Heifers | *applied to Principal* |
|  | 100% of Net Sales - Fats and Feeders | *applied to Principal* |
|  | Y/N: Y - Additional Cash Payment to be Applied to Interest | |

**DIP LOAN REQUIRED**     $ 22,600,000