Holly Roark (SBN 7143)
ROARK LAW OFFICES
950 Bannock St. Ste. 1100
Boise, ID 83702
T (208) 536-3638
F (310) 553-2601
holly@roarklawboise.com

Attorney for Elevation Electric, LLC, and
Progressive Dairy Service & Supply Corp.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Chapter 11 |
| MILLENKAMP CATTLE INC., | Case No. 24-40158-NGH |
| Debtor. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT the undersigned counsel represents creditors/critical vendors, Elevation Electric, LLC and Progressive Dairy Service & Supply Corp. in the above referenced case, and hereby enters their appearance pursuant to Fed. R. Bankr. P. 9010(b) and requests copies of all notices entered pursuant to Fed. R. Bankr. P. 2002, and all documents and pleadings of any nature including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, and any jointly administered case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise,

---

**NOTICE OF APPEARANCE - 1**

be served on the undersigned via CM/ECF or at the following address:

Holly Roark
ROARK LAW OFFICES
950 Bannock St. Ste. 1100
Boise, ID 83702
T (208) 536-3638
F (310) 553-2601
holly@roarklawboise.com

RESPECTFULLY SUBMITTED this 4th day of April, 2024.

ROARK LAW OFFICES

_____
Holly Roark, Attorney for
Elevation Electric, LLC
Progressive Dairy Service & Supply Corp.

<u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that on April 4, 2024, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Matthew T. Christensen – mtc@johnsonmaylaw.com
- Krystal R. Mikkilineni – krystal.mikkilineni@dentons.com
- Tirzah R. Roussell – tirzah.roussell@dentons.com
- US Trustee, Brett R. Cahoon – ustp.region18.bs.ecf@usdoj.gov
- Heidi Buck Morrison – heidi@racineolson.com
- Daniel C. Green – dan@ racineolson.com
- David A. Coleman – david@colemanjacobsonlaw.com
- Jon B Evans – evans.jb@dorsey.com
- Kimbell D. Gourley – kgourley@idalaw.com
- Scott C. Powers – spowers@spencerfane.com
- Zachary Fairlie – zfairlie@ spencerfane.com
- John O'Brien – jobrien@ spencerfane.com
- Janine Patrice Reynard – janine@averylaw.net
- Sheila Rae Schwager – sschwager@hawleytroxell.com
- Brent Wilson – bwilson@hawleytroxell.com
- Gery W. Edson – gedson@gedson.com
- Andrew J. Waldera – andy@sawtoothlaw.com
- Jed W. Manwaring – jmanwaring@evanskeane.com
- Aaron Robert Bell abell@evanskeane.com
- Meredith Leigh Thielbahr – mthielbahr@grsm.com
- Karyn Lloyd – klloyd@grsm.com
- James Niemeier – jniemeier@mcgrathnorth.com
- Rhett Michael Miller – rmiller@magicvalley.law
- Evan T. Roth - evan@sawtoothlaw.com
- Brian A. Faria – brian@sawtoothlaw.com
- Matthew W. Grimshaw - matt@grimshawlawgroup.com
- Holly Roark - holly@roarklawboise.com, courtnotices@roarklawoffices.com; RoarkLawOffices@jubileebk.net

   AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

   Via first class mail, postage prepaid addressed as follows: N/A

/s/ *Holly Roark*   .
Holly Roark