David D. Farrell, Esq.
THOMPSON COBURN LLP
One US Bank Plaza, Suite 2700
St. Louis, Missouri 63101
Tele. 314-552-6000
Fax 314-552-7000
Email: dfarrell@thompsoncoburn.com
Attorneys for Bunge Canada

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-40158-NGH |
| MILLENKAMP CATTLE INC., | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |

### REQUEST FOR SERVICE OF DOCUMENTS

COME NOW David D. Farrell and the law firm of THOMPSON COBURN LLP, as counsel to Bunge Canada, a creditor and party-in-interest herein, and hereby request that in accordance with Rules 9007, 9010 and 2002 of the Federal Rules of Bankruptcy Procedure and Bankruptcy Local Rule 9010-1(e)(5)(D), copies of any and all notices, pleadings, papers and/or other documents subsequently filed and/or served in these proceedings, be given and served upon the undersigned counsel at the address specified below.

Respectfully submitted,

THOMPSON COBURN LLP

By  */s/ David D. Farrell*
David D. Farrell, Esq.
One US Bank Plaza, Suite 2700
St. Louis, Missouri 63101
Tele. 314-552-6000
Fax. 314-552-7144
Email: dfarrell@thompsoncoburn.com

*Attorneys for Bunge Canada*

32322215

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of April, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | | |
|---|---|---|
| **Aaron Robert Bell**<br>Evans Keane LLP<br>abell@evanskeane.com | **Daniel C Green**<br>Racine Olson, PLLP<br>dan@racineolson.com | **Janine Patrice Reynard**<br>Avery Law<br>janine@averylaw.net |
| **Ron C Bingham, II**<br>ron.bingham@arlaw.com | **Matthew W Grimshaw**<br>Grimshaw Law Group, P.C.<br>matt@grimshawlawgroup.com | **Robert E. Richards**<br>Dentons Davis Brown PC<br>robert.richards@dentons.com |
| **Morton R Branzburg**<br>Klehr Harrison Harvey Branzburg L<br>Mbranzburg@klehr.com | **Adam A Lewis**<br>Morrison & Foerster LLP<br>alewis@mofo.com | **Evan Thomas Roth**<br>evan@sawtoothlaw.com |
| **Heidi Buck Morrison**<br>Racine Olson, PLLP<br>heidi@racineolson.com | **Karyn Lloyd**<br>Gordon Rees Scully Mansukhani, LI<br>klloyd@grsm.com | **Tirzah R. Roussell**<br>Dentons Davis Brown PC<br>tirzah.roussell@dentons.com |
| **Brett R Cahoon**<br>DOJ-UST<br>ustp.region18.bs.ecf@usdoj.gov | **Jed W. Manwaring**<br>Evans Keane LLP<br>jmanwaring@evanskeane.com | **Nikolaus F Schandlbauer**<br>Adam and Reese LLP<br>nick.schandlbauer@arlaw.com |
| **Matthew T. Christensen**<br>Johnson May, PLLC<br>mtc@johnsonmaylaw.com | **Krystal R. Mikkilineni**<br>Dentons Davis Brown<br>krystal.mikkilineni@dentons.com | **Andrew Schoulder**<br>Norton Rose Fulbright US LLP<br>andrew.schoulder@northrosefulbrigl |
| **David A Coleman**<br>david@colemanjacobsonlaw.com | **Rhett Michael Miller**<br>Parsons, Loveland, Shirley & Lindst<br>rmiller@magicvalley.law | **Sheila Rae Schwager**<br>Hawley Troxell Ennis & Hawley, LI<br>sschwager@hawleytroxell.com |
| **Gery W Edson**<br>gedson@gedson.com | **James Niemeier**<br>McGrath North Mullin & Kratz, PC<br>jniemeier@mcgrathnorth.com | **Meredith Leigh Thielbahr**<br>Gordon & Rees - Seattle<br>mthielbahr@grsm.com |
| **Jon B Evans**<br>Dorsey & Whitney LLP<br>evans.jb@dorsey.com | **John O'Brien**<br>Spencer Fane<br>jobrien@spencerfane.com | **Brent Russel Wilson**<br>Hawley Troxell Ennis & Hawley, LI<br>bwilson@hawleytroxell.com |
| **Zachary Fairlie**<br>Spencer Fane<br>zfairlie@spencerfane.com | **Domenic E Pacitti**<br>Klehr Harrison Harvey Branzburg L<br>cpacitti@kehr.com | |
| **Brian Faria**<br>Sawtooth Law Offices, PLLC<br>brian@sawtoothlaw.com | **Scott C Powers**<br>Spencer Fane LLP<br>spowers@spencerfane.com | |
| **Kimbell D Gourley**<br>kgourley@idalaw.com | | |

                                                                                */s/  David D. Farrell*