Robert A. Faucher (ISB #4745)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750|
P.O. Box 2527
Boise, ID 83701-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
rfaucher@hollandhart.com
zjmccraney@hollandhart.com

*Attorneys for Glanbia Foods, Inc.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Robert A. Faucher and Zachery J. McCraney, of the law firm Holland & Hart LLP, hereby enter an appearance in this case on behalf of Glanbia Foods, Inc. ("Glanbia"), and request:

1. That they be provided with copies of all documents or pleadings filed in the case;

2. That they be included in the master mailing list as attorneys for the Parties; and

3. That they be provided with copies of all notices as provided by Rule 2002 of the Federal Rules of Bankruptcy Procedure.

All mailings should be addressed as follows:

> Robert A. Faucher
> Zachery J. McCraney
> HOLLAND & HART LLP
> 800 W. Main Street, Suite 1750
> P.O. Box 2527
> Boise, ID  83701-2527
> Email:  RFaucher@hollandhart.com
>              ZJMcCraney@hollandhart.com

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 1

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion, nor any other writing or conduct shall constitute a waiver of the Parties' rights, including, but not limited to:

1. The right to have any and all final orders in any and all <u>Stern</u> and non-core matters entered only after de novo review by a United States District Court Judge;

2. The right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

3. The right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4. All other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which the Parties are entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by Glanbia without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matter.

DATED this 5th day of April, 2024.

                                                             HOLLAND & HART LLP

                                                             By: /s/ Robert A. Faucher
                                                                 Robert A. Faucher, of the firm
                                                                 Zachery J. McCraney, for the firm
                                                            *Attorneys for Glanbia Foods, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew T. Christensen  mtc@johnsonmaylaw.com

Brett R Cahoon  ustp.region18.bs.ecf@usdoj.gov

Sheila Rae Schwager  sschwager@hawleytroxell.com

Brent R. Wilson  bwilson@hawleytroxell.com

Daniel C. Green  dan@racineolson.com

Kimbell D. Gourley  kgourley@idalaw.com

Scott C. Powers  spowers@spencerfane.com

J.B. Evans  evans.jb@dorsey.com

David A. Coleman  david@colemanjacobsonlaw.com

Gery W. Edson  gedson@gedson.com

Andrew J. Waldera  andy@sawtoothlaw.com

Evan T. Roth  evan@sawtoothlaw.com

Brian A. Faria  brian@sawtoothlaw.com

/s/ Robert A. Faucher
Robert A. Faucher
of HOLLAND & HART LLP

31792567_v1

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 3