Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
      jjm@johnsonmaylaw.com

Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
      robert.richards@dentons.com
      tirzah.roussell@dentons.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE INC. | Chapter 11 |
| Debtor. | |
| Filing relates to: | Jointly Administered with Case Nos.: |
| ☒ ALL DEBTORS<br>☐ Millenkamp Cattle, Inc.<br>☐ Idaho Jersey Girls<br>☐ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☐ Millenkamp Family<br>☐ Goose Ranch<br>☐ Black Pine Cattle<br>☐ Millenkamp Enterprises<br>☐ Idaho Jersey Girls Jerome Dairy | 24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

NOTICE OF APPEARANCE – Page 1

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that J. Justin May enters his appearance on behalf of all Jointly Administered Debtors, Millenkamp Cattle, Inc., Idaho Jersey Girls, LLC, East Valley Cattle, LLC, Millenkamp Properties, LLC, Millenkamp Properties II, LLC, Millenkamp Family, LLC, Goose Ranch, LLC, Black Pine Cattle, LLC, Millenkamp Enterprises, LLC, and Idaho Jersey Girls Jerome Dairy, LLC, in the above-captioned matter, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

> J. Justin May
> JOHNSON MAY
> 199 N. Capitol Blvd., Suite 200
> Phone: (208) 384-8588
> Fax: (208) 629-2157
> Email: jjm@johnsonmaylaw.com

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED this 5th day of April, 2024.

JOHNSON MAY

/s/ Justin May
J. JUSTIN MAY
Attorney for Debtors

NOTICE OF APPEARANCE – Page 2

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th day of April 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF APPEARANCE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Aaron R. Bell | abell@evanskeane.com |
| Heidi B. Morrison | heidi@racineolson.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Brian Faria | brian@sawtoothlaw.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Rhett M. Miller | rmiller@magicvalley.law |
| James Niemeier | jniemeier@mcgrathnorth.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Evan T. Roth | evan@sawtoothlaw.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Meredith L. Thielbahr | mthielbahr@grsm.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

    I FURTHER CERTIFY that on this such date I served the foregoing on the following non-CM/ECF Registered Participants via US Mail, Postage Paid:

| | |
|---|---|
| Ron C. Bingham<br>3424 Peachtree Road NE<br>Suite 1600<br>Atlanta, GA 30326 | Adam A. Lewis<br>Morrison & Foerster, LLP<br>425 Market St<br>San Francisco, CA 94105 |
| Robert E. Richards<br>233 S. Wacker Drive<br>Suite 5900<br>Chicago, IL 60606-6361 | Nikolaus F. Schandlbauer<br>20 F Street NW<br>Suite 500<br>Washington, DC 20001 |

NOTICE OF APPEARANCE – Page 3

Andrew Schoulder
1301 Avenue of the Americas
New York, NY 10019-6022

                                         /s/ Justin May
                                         J. Justin May