Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com


Krystal Mikkilineni, *pro hac vice*
Robert E. Richards, *pro hac vice*
Tirzah Roussell, *pro hac vice*
DENTONS
215 10th Street, Ste 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: krystal.mikkilineni@dentons.com
       Robert.richards@dentons.com
       Tirzah.roussell@dentons.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: <br><br> MILLENKAMP CATTLE INC. <br><br> Debtor. | Case No. 24-40158-NGH <br><br> Chapter 11 |

## **NOTICE OF HEARING**

NOTICE IS HEREBY provided that a hearing will be held on the Debtor's Motion to Assume Western States Lease (Docket No. 114) and Motion to Shorten Time (Docket No. 115) on the **9th day of April, 2024, at 9:00 a.m. (mountain time)**, or as soon thereafter as the hearing

NOTICE OF HEARING – Page 1

may be held.  This hearing will be in person as the United States Courthouse 550 W. Fort Street, Boise ID, 83724.

DATED this 5th day of April, 2024.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5TH day of April 2024, I caused to be served a true and correct copy of the foregoing NOTICE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on the 5th day of April, I served a copy of the foregoing on the 20 largest unsecured creditors, as listed on Docket No. 75, via US Mail, postage prepaid.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN

NOTICE OF HEARING – Page 2