John F. Kurtz, Jr. ISB No. 2396
KURTZ LAW PLLC
910 W. Main Street, Suite 364
Boise, ID 83702
Telephone: 208.287.8167
Facsimile: 208.287.8130
Email: jfk@kurtzlawllc.com

Attorneys for Sandton Capital Partners LP

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that John F. Kurtz, Jr. of Kurtz Law PLLC hereby enters his appearance on behalf of Sandton Capital Partners LP, an Interested Party, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

> John F. Kurtz, Jr.
> jfk@kurtzlawllc.com
> KURTZ LAW PLLC
> 910 W Main Street, Ste 364
> Boise, Idaho 83702

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions,

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1

pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED THIS 8th day of April, 2024.

          KURTZ LAW PLLC

          _____
          John F. Kurtz, Jr.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2024, I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Tirzah R. Rousell | Tirzah.rousell@dentons.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Heidi Buck Morrison | heidi@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Gery W. Edson | gedson@gedson.com |
| J.B. Evans | evans.jb@dorsey.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| John O'Brien | jobrien@spencerfane.com |
| Scott C. Powers | spowers@spencerfane.com |
| Janine P. Reynard | janine@averylaw.net |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

AND any others as listed on the Court's ECF Notice.

_____
John F. Kurtz, Jr.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 3