

# STATE OF IDAHO

*Lawerence Denney | Secretary of State*
**Business Office**
450 North 4th Street
PO Box 83720
Boise, ID 83720

LIEN SOLUTIONS
PO BOX 29071
GLENDALE, CA  91209

October 28, 2022 3:34 PM

Lien Doc #:20221833441
DLN #:  B0732-7094

## Lien Acknowledgment

This acknowledges the filing of the attached Lien document. Please review the data to ensure database information corresponds with information on the submitted Lien form. In the event a discrepancy is found, please note the error and return the entire package to our office. If we may be of any further service to you, please contact us at the number noted below.

Lawerence Denney
**Idaho Secretary of State**

Enclosures: Original Documents

| **DEBTOR INFORMATION** | |
|---|---|
| Debtor Name: | MILLENKAMP PROPERTIES, L.L.C. |
| Debtor Address: | 471 NORTH 300 WEST |
|  | JEROME, ID 83338 |
| **SECURED PARTY INFORMATION** | |
| Secured Party Name: | ROOSTER CAPITAL IV LLC |
| Secured Party Address: | 5465 MILLS CIVIC PARKWAY |
|  | STE 201 |
|  | WEST DES MOINES, IA 50266 |
| **FILING INFORMATION** | |
| Lien Type: | UCC |
| Lien Doc #: | 20221833441 |
| Filing Date: | 10/28/2022 2:28 PM |
| Lapse Date: | 10/28/2027 11:59 PM |

Phone: (208) 334-3191  *  Website:  https://sosbiz.idaho.gov

EXHIBIT 8    Page 1 of 7

SEE ATT

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Name: Wolters Kluwer Lien Solutions  Phone: 800-331-3282  Fax: 818-662-4141

**B. E-MAIL CONTACT AT FILER (optional)**
uccfilingreturn@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**  32548 - CONTERRA

Lien Solutions
P.O. Box 29071
Glendale, CA  91209-9071

89578066
IDID

File with: Secretary of State, ID

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Millenkamp Properties, L.L.C. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 471 North 300 West | Jerome | ID | 83338 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ROOSTER CAPITAL IV LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5465 Mills Civic Parkway, Ste 201 | West Des Moines | IA | 50266 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
See Rider A to UCC and Exhibit "A" legal description attached hereto and made a part hereof.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
89578066    R4014    Millenkamp Properties LLC

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

EXHIBIT 8    Page 2 of 7

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

SEE ATT

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
Millenkamp Properties, L.L.C.

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☒ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**
CONTERRA AGRICULTURAL CAPITAL, LLC

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5465 Mills Civic Parkway, Ste 201 | West Des Moines | IA | 50266 | USA |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14. This FINANCING STATEMENT:**
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):**

**16. Description of real estate:**

**17. MISCELLANEOUS:** 89578066-ID-0  32548 - CONTERRA ASSET MANAG   CONTERRA AGRICULTURAL   File with: Secretary of State, ID   R4014   Millenkamp Properties LLC

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

B0732-7095 10/28/2022 2:28 PM Received by Office of the Idaho Secretary of State

EXHIBIT 8    Page 3 of 7

SEE ATT

# RIDER A TO UCC

Debtor: Millenkamp Properties, L.L.C., an Idaho limited liability

Secured Party: Conterra Agricultural Capital, LLC

Collateral:

The real property located in Jerome County, Idaho, and legally described on Exhibit A attached hereto and made a part hereof (the "Land").

**TOGETHER WITH** all buildings, improvements, equipment, fixtures and permanent plantings located therein or thereon or appurtenant thereto, and all additions, replacements, and improvements hereafter made thereto or placed therein or thereon; all rights-of-way, easements, rents, issues, profits, income, proceeds and general intangibles there from, tenements, hereditaments, remainders, reversions, privileges and appurtenances thereunto belonging, however evidenced which are used or enjoyed in connection with the Land now or hereafter owned or belonging to the same or which hereafter may be acquired and so used or enjoyed;

**TOGETHER WITH** all water and water rights now owned or hereafter acquired by Debtor and howsoever evidenced, including but not limited to any water rights specifically described in the Water Rights Rider if said rider is attached hereto, whether such water and water rights are riparian, appropriative or otherwise and whether or not appurtenant to the Land, along with all ditch and ditch rights and any shares of stock, licenses, permits and contracts evidencing such water or ditch rights, and all wells, reservoirs, dams, embankments or fixtures relating thereto;

**TOGETHER WITH** all personal property, including all windmills, pumps, irrigation equipment, motors, engines, and devices of every kind now or hereafter used for or in connection with the irrigation of the Land, or for stock watering or domestic purposes thereon, and all grain bins and storage bins, which are owned by Debtors and which are located on the Land in **Jerome County, Idaho**, described above together with all additional accessions, replacements, improvements, repairs and substitutions to said property and the proceeds thereof and all other fixtures now or hereafter located upon the Land, all of which are declared to be appurtenant to said Land, or incident to the ownership thereof, or used in connection therewith;

**TOGETHER WITH** all judgments, awards of damages, settlements and payments or security (i) hereafter made as a result of or in lieu of any taking of all or any part of the Land under the power of eminent domain or for any damage to the Land and/or the improvements located thereon, or any part thereof, and (ii) hereafter made for any damage to the Land and/or the improvements located thereon, or any part thereof resulting from exercise of or attempted exercise of mining rights or claims, however reserved or asserted, and resulting from the disturbance of any of the surface of the Land;

**TOGETHER WITH** all proceeds of and any unearned premiums on any insurance policies covering the Land and/or the improvements located thereon, including, without limitation, the right to receive and apply the proceeds of any insurance judgments, or settlements made in lieu thereof, for damage to the Land and/or the improvements located thereon or the indebtedness secured thereby;

**TOGETHER WITH** all contract rights, chattel paper, documents, accounts and general intangibles, rights to performance, entitlement to payment in cash or in kind, or any other benefits under any current or future

RIDER A TO UCC

1

EXHIBIT 8    Page 4 of 7

B0732-7096 10/28/2022 2:28 PM Received by Office of the Idaho Secretary of State

SEE ATT

governmental program which pertain to the Land, whether now or hereafter existing or acquired;

**TOGETHER WITH** all cash and noncash proceeds of the conversion, voluntary or involuntary, of any of the foregoing;

**TOGETHER WITH** any and all of Debtors' right, title, and/or interest in any and all system memberships and/or ownership certificates in any non-municipal water sewer systems now or in the future serving said property;

**TOGETHER WITH** all replacements and additions of the foregoing.

**RIDER A TO UCC**

2

B0732-7097 10/28/2022 2:28 PM Received by Office of the Idaho Secretary of State

EXHIBIT 8    Page 5 of 7

SEE ATT

### Exhibit "A"
Legal Description For

80 +/- Acres of Agricultural Land
Jerome County, Idaho

See Exhibit "A" attached hereto and made a part hereof.

RIDER A TO UCC

3

B0732-7098 10/28/2022 2:28 PM Received by Office of the Idaho Secretary of State

EXHIBIT 8    Page 6 of 7

## Exhibit "A"

PARCEL NO. 1

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN, JEROME COUNTY, IDAHO

Section 26: SE¼SW¼

PARCEL NO. 2

TOWNSHIP 7 SOUTH, RANGE 16 EAST OF THE BOISE MERIDIAN, JEROME COUNTY, IDAHO

Section 26: SW¼SW¼

EXHIBIT 8    Page 7 of 7

B0732-7099 10/28/2022 2:28 PM Received by Office of the Idaho Secretary of State