LAURA BURRI #3573
MORROW & FISCHER
4 Ogden Avenue
Nampa, Idaho  83651
Telephone: (208) 475-2200
Facsimile: (208) 475-2201
Email: lburri@morrowfischer.com
Attorneys for Automation Werx, LLC and
Electrical Werx & Construction, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re: | ) | Case No. 24-40158 NGH |
|---|---|---|
| | ) | |
| MILLENKAMP CATTLE INC., | ) | Chapter 11 |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

COMES NOW Laura E. Burri of the firm of Morrow & Fischer, PLLC and hereby gives notice of her appearance in the above entitled matter on behalf of Automation Werx, LLC and Electrical Werx & Construction, LLC and hereby requests that: 1) She be provided with copies of all documents or pleadings filed in this case; 2) She be included on the master mailing list; and 3) She be provided with copies of all notices as provided by Bankruptcy Rule 2002. The address for notice purposes should be:

Laura E. Burri
Morrow & Fischer, PLLC
4 Ogden Avenue
Nampa, ID 83651

DATED this 8th day of April 2024.

_____
Laura E. Burri

NOTICE OF APPEARANCE - PAGE 1

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April 2024, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing. Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

- Matthew T. Christensen          All Via ECF
- Krystal R. Mikkilineni
- Tirzah R. Roussel
- US Trustee, Brett R. Cahoon
- Heidi Buck Morrison
- Daniel C. Green
- Jon B Evans
- Kimbell D. Gourley
- Scott C. Powers
- Zachary Fairlie
- John O'Brien
- Janine Reynard
- Sheila Schwager
- Brent Wilson
- Gery W. Edson
- Andrew J. Waldera
- Jed W. Manwaring
- Aaron Robert Bell
- Meredith Leigh Thiebahr
- Karyn Lloyd
- James Niemeier
- Rhett Michael Miller
- Evan T. Roth
- Brian A. Faria
- Matthew W. Grimshaw
- Holly Roark

_____
Laura E. Burri

NOTICE OF APPEARANCE - PAGE 2