5/06
Form: Pro Hac Vice

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

Millenkamp Cattle, Inc.

Debtors

Case No. 24-40158-NGH
Chapter No.
APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of Idaho, Scott F. Gautier, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Sandton Capital Partners LP.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in Manhatten Beach, and practices at the following address and phone number 1800 Century Park East, Ste. 1500, Los Angeles, California 90067
Telephone: (310) 500-2165

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: See attached Exhibit A

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. John F. Kurtz, Jr., a member in good standing of the bar of this court, of the firm of Kurtz Law PLLC, practices at the following office address and phone number:
910 W Main Street, Ste 364, Boise, Idaho 83702
Telephone: (208) 287-8167

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 8th day of April, 2024.

/s/ Scott F. Gautier
Applicant

/s/ John F. Kurtz, Jr.
Designee

Signed under penalty of perjury.

## EXHIBIT A

| | |
|---|---|
| California Supreme Court (Bar #211742) | 2000 |
| Illinois Supreme Court (Bar #6242954) | 1997 |
| U.S. District Court for the Central District of California | 2000 |
| U.S. District Court for the Southern District of California | 2005 |
| U.S. District Court for the Northern District of California | 2002 |
| U.S. District Court for the Northern District of Illinois | 1997 |
| U.S. Court of Appeals for the Ninth Circuit | 2021 |
| U.S. Court of Appeals for the Eighth District | 2008 |