# BANKRUPTCY COURT
## Exhibit List

### SUBMITTED BY:   RABO AGRIFINANCE LLC (RAF)

| CASE NAME:<br><br>In Re:<br><br>MILLENKAMP CATTLE, INC. | COURT DATE:<br><br>4/9/2024 | CASE NUMBER:<br><br>24-40158-NGH |
|---|---|---|
| **Plaintiff:** Millenkamp Cattle, Inc. et al.<br><br>**Debtor's Counsel:** Matthew Christianson<br><br>**Exhibit Nos.** <u>1000</u> | **Co-Defendant/Creditor:** Rabo AgriFinance LLC<br><br>**Counsel:** Sheila R. Schwager, Brent Wilson, Andrew Schoulder<br><br>**Exhibit Nos.** 3000 | |
| PRESIDING JUDGE: Noah G. Hillen | | |

| EXHBITS | | | | DESCRIPTION |
|---|---|---|---|---|
| NOS. | | Date | ADMITTED | |
| 3000 | | 4/21/21 | | Third Amended and Restated Loan and Security Agreement, dated April 21, 2021 ("**Loan Agreement**") |
| 3001 | | 6/23/21 | | First Amendment to Third Amended and Restated Loan and Security Agreement, dated June 23, 2021 ("**First Amendment**") |
| 3002 | | 10/21/22 | | Second Amendment to Third Amended and Restated Loan and Security Agreement, dated October 21, 2022 ("**Second Amendment**"). |
| 3003 | | 9/18/18 | | Intercreditor Agreement, dated September 18, 2018 ("**First Intercreditor Agreement**") |
| 3004 | | 9/26/18 | | Milk Check Assignment Agreement ("**Milk Agreements**") |
| 3005 | | 9/18/18 | | Collateral Assignment of Milk Contracts ("**Collateral Assignment**") |
| 3006 | | 10/20/22 | | Long-Term Forbearance Agreement, effective October 20, 2022 ("**Forbearance Agreement**") |
| 3007 | | 10/20/22 | | Subordination and Intercreditor Agreement, dated October 20, 2022 ("**Second Intercreditor Agreement**") |
| 3008 | | 7/--/23 | | DL Control Account Agreement |
| 3009 | | 8/11/23 | | August 11, 2023, email from Borrowers ("**August 11 Conversion Email**") |
| 3010 | | 8/14/23 | | Notice of Termination of Forbearance Agreement, dated August 14, 2023 ("**Termination Notice**") |

59797.0007.17029858.1

| 3011 | | | 3/31/23 | | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated March 31, 2023 |
| 3012 | | | 5/31/23 | | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated May 31, 2023 |
| 3013 | | | 12/31/23 | | Rabo AgriFinance – Borrowing Base Certificate for Millenkamp Cattle et al / dated December 31, 2023 |
| 3014 | | | 2/29/24 | | Draft Borrowing Base Certificate – dated February 29, 2024 |
| 3015 | | | 3/29/24 | | Rabo – Debtors' Long Term Projections as of March 29, 2024 |
| 3016 | | | | | Standton Priming DIP Facility and RAF proposed DIP Facility |
| 3017 | | | 2/19/24 | | Financial Support Agreement, dated February 19, 2024 |
| 3018 | | | | | [BLANK] |
| 3019 | | | 2/08/24 | | Stipulated Facts and Exhibits for Receivership Hearing, February 9, 2024 |
| 3020 | | | 2/16/24 | | Order Appointing Receiver, filed February 16, 2024 |
| 3021 | | | | | 8 Week Cash Flow Budget – Receivership Action Budget |
| 3022 | | | 3/22/24 | | Cash Flow Budget, as of March 22, 2024 |
| 3023 | | | 4/03/24 | | Redline Receivership Terms Comparison – Sandton DIP Term Sheet |
| 3024 | | | 4/04/24 | | Updated – Rabobank Term Sheet Redline (compared to Redline Term Sheet filed by RAF on April 3, 2024) |
| 3025 | | | | | Updated Rabobank Term Sheet Redline (compared to Sandton Term Sheet) |
| 3026 | | | | | Pricing Comparison of Rabobank DIP Financing Compared to Sandton and Conterra |
| 3027 | | | 2/26/24 | | Declaration of Matthew R. McKinlay in support of Emergency Motion for Entry of Revised Receivership Order |
| 3028 | | | 3/15/24 | | Status Report and Renewed Request for Entry of Revised Receivership Order on Emergency Motion |
| 3029 | | | 4/02/24 | | Debtors' Cash Collateral Motion – filed April 2, 2024 |
| 3030 | | | 4/02/24 | | Debtors' DIP Financing Motion – filed April 2, 2024 |
| 3031 | | | 4/02/24 | | Declaration of William John Millenkamp in support of First Day Motions – filed April 2, 2024 |
| 3032 | | | 4/08/24 | | DIP Proposal Comparison |
| 3033 | | | | | Debtors Leverage Summary as of the Petition date |

RABO AGRIFINANCE LLC EXHIBIT LIST- 2 -

59797.0007.17029858.1

| 3034 | | | 4/08/24 | | Rabobank Term Sheet as of 4.8.24 |
|------|--|--|---------|--|-------------------------------|
|      | | |         | |                               |

RABO AGRIFINANCE LLC EXHIBIT LIST- 3 -