**BANKRUPTCY COURT**

Exhibit List

**SUBMITTED BY:** Debtors

| | | |
|---|---|---|
| **CASE NAME**: In re: Millenkamp Cattle, Inc., et al. | **COURT DATE:** April 9, 2024 | **CASE NUMBER**: 24-40158-NGH |
| **Debtor:** Millenkamp Cattle, Inc. | **Creditor/Trustee:** Various | |
| **Debtor's Counsel**: Matt Christensen/Krystal Mikkilineni | **Counsel**: | |
| **Exhibit Nos.** 1000 - 1017 | **Exhibit Nos.** _____ | |
| **PRESIDING JUDGE :** Noah G. Hillen | **Matter before the Court:** | Cash  Collateral/DIP Loan |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| **NOS.** | **Date** | **ADMITTED** | |
| 1000 | | | Appraisal - East Valley Dairy |
| 1001 | | | Appraisal - German Dairy |
| 1002 | | | Appraisal - Idaho Jersey Girls Jerome Dairy |
| 1003 | | | Appraisal - Millenkamp Canyonlands |
| 1004 | | | Appraisal - Goose Ranch |
| 1005 | | | Appraisal - McGregor |
| 1006 | | | Appraisal - Moonshine Ranch |
| 1007 | | | Appraisal - Calf Ranch |
| 1008 | | | Summary of Real Property appraisals |
| 1009 | | | Inventory List |
| 1010 | | | Equipment Appraisal (2023) |
| 1011 | | | Rabo DIP Proposal |
| 1012 | | | Sandton DIP Proposal |
| 1013 | | | Schoulder letter to O'brien |
| 1014 | | | Non-Financial considerations |
| 1015 | | | 4/8 Updated DIP Budget |
| 1016 | | | Amended Western States Lease |

BANKRUPTCY COURT
**BANKRUPTCY COURT**
Exhibit List

**SUBMITTED BY:** Debtors

| CASE NAME: In re: Millenkamp Cattle, Inc., et al. | COURT DATE:<br>April 9, 2024 | CASE NUMBER:<br>24-40158-NGH |
|---|---|---|
| Debtor: Millenkamp Cattle, Inc. | Creditor/Trustee: Various | |
| Debtor's Counsel: Matt Christensen/Krystal Mikkilineni | Counsel: | |
| Exhibit Nos. 1000 - 1017 | Exhibit Nos. | |
| PRESIDING JUDGE : Noah G. Hillen | Matter before the Court: | Cash Collateral/DIP Loan |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| NOS. | Date | ADMITTED | |
| 1017 | | | 3/6 Draft Budget |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Updated June 11, 2013