Matthew A. Sturzen, ISB No. 10984
SHERMAN SHERMAN JOHHNIE & HOYT, LLP
P.O. Box 2247
Salem, OR 97308
Phone: (503) 364-2281
Fax: (503) 370-4308
Email: matt@shermlaw.com

*Of Creditor Attorneys for Wilbur-Ellis Company LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC., | Chapter 11 |
| Debtor. | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN that Matthew A Sturzen of SHERMAN SHERMAN JOHNNIE & HOYT, LLP hereby appears as attorney of record in the above-entitled matter on behalf of creditor Wilbur-Ellis Company LLC, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

> Matthew A. Sturzen
> SHERMAN SHERMAN JOHNNIE & HOYT LLP
> P.O. Box 2247
> Salem, OR 97308
> matt@shermlaw.com

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitioners, pleadings, or requests, applications, and any other documents brought before the

Page 1 – NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED this 9th day of April, 2024.

SHERMAN SHERMAN JOHNNIE & HOYT, LLP

*s/Matthew A. Sturzen*
Matthew A. Sturzen, ISB No. 10984
matt@shermlaw.com

Page 2 – NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Name | Email |
|---|---|
| Aaron Robert Bell | abell@evanskeane.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | brian@sawtoothlaw.com |
| Daniel C. Green | dan@racineolson.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| David A. Coleman | david@colemanjacobsonlaw.com |
| Evan Thomas Roth | evan@sawtoothlaw.com |
| Gery W. Edson | gedson@gedson.com |
| Heidi Buck Morrison | heidi@racineolson.com |
| Holly Roark | holly@roarklawboise.com |
| James Justin May | jjm@johnsonmaylaw.com |
| James Niemeier | jniemeier@mcgrathnorth.com |
| Janine Patrice Reynard | janine@averylaw.net |
| Jason Ronald Naess | jason.r.naess@usdoj.gov |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| John F. Kurtz, Jr. | jfk@kurtzlawllc.com |
| John O'Brien | jobrien@spencerfane.com |
| Jon B. Evans | evans.jb@dorsey.com |
| Karyn Lloyd | klloyd@grsm.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Krystal R. Mikkilineni | krystal.mikkilineni@dentons.com |
| Laura E. Burri | lburri@morrowfischer.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Meredith Leigh Thielbahr | mthielbahr@grsm.com |
| Morton R. Branzburg | mbranzburg@klehr.com |
| Rhett Michael Miller | rmiller@magicvalley.law |
| Robert A Faucher | rfaucher@hollandhart.com |
| Robert E. Richards | robert.richards@dentons.com |
| Scott C. Powers | spowers@spencerfane.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| Tirzah R. Roussell | tirzah.roussell@dentons.com |
| Zachary Fairlie | zfairlie@spencerfane.com |
| Zachery J. McCraney | zjmccraney@hollandhart.com |

Any others listed on the Court's ECF Notice.

SHERMAN SHERMAN JOHNNIE & HOYT, LLP

_s/Matthew A. Sturzen_
Matthew A. Sturzen, ISB No. 10984
matt@shermlaw.com

Page 3 – NOTICE OF APPEARANCE AND REQUEST FOR NOTICE