# BANKRUPTCY COURT
## Exhibit List

**SUBMITTED BY:**
**Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC**

| CASE NAME:<br>In Re:<br>MILLENKAMP CATTLE, INC. | COURT DATE:<br>4/9/2024 | CASE NUMBER:<br>24-40158-NGH |
|---|---|---|
| **Plaintiff:** Millenkamp Cattle, Inc. et al.<br>**Debtor's Counsel:** Matthew Christianson<br>**Exhibit Nos.** <u>1000</u> | **Co-Defendant/Creditor:**<br>Metropolitan Life Insurance Company and MetLife Real Estate Lending LLC<br><br>**Counsel:** Kimbell D. Gourley, Nikolaus F. Schandlbauer, and Ron C. Bingham, II<br>**Exhibit Nos.** 2000 | |
| PRESIDING JUDGE: Noah G. Hillen | | |

| EXHBITS NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 2000 | 9/26/18 | | Promissory Note A |
| 2001 | 9/26/18 | | Promissory Note B |
| 2002 | 4/15/20 | | Promissory Note C |
| 2003 | 4/21/21 | | Promissory Note D |
| 2004 | 4/21/21 | | Promissory Note E |
| 2005 | 3/12/19 | | Promissory Note 199858 |
| 2006 | 9/26/18 | | 2018 Mortgage |
| 2007 | 4/15/20 | | First Amendment to 2018 Mortgage |
| 2008 | 4/21/21 | | Second Amendment to 2018 Mortgage |
| 2009 | 3/12/19 | | 2019 Mortgage |
| 2010 | 9/26/18 | | Milk Check Assignment Agreement (Note A) |
| 2011 | 12/9/20 | | Milk Check Assignment Agreement (Note B) |
| 2012 | 4/15/20 | | Milk Check Assignment Agreement (Note C) |

METROPOLITAN LIFE INSURANCE COMPANY AND METLIFE REAL ESTATE LENDING LLC EXHIBIT LIST- 1 -

| | | | |
|---|---|---|---|
| 2013 | | 12/9/20 | Milk Check Assignment Agreement (Note C) |
| 2014 | | 4/21/21 | Milk Check Assignment Agreement (Notes D and E) |
| 2015 | | 9/18/18 | Intercreditor Agreement (RAF) |
| 2016 | | 7/10/19 | First Amendment to Intercreditor Agreement (RAF) |
| 2017 | | 4/15/20 | Second Amendment to Intercreditor Agreement (RAF) |
| 2018 | | 4/21/21 | Third Amendment to Intercreditor Agreement (RAF) |
| 2019 | | 10/20/22 | Subordination and Intercreditor Agreement (RAF) |
| 2020 | | 10/20/22 | Subordination and Intercreditor Agreement (Conterra) |