JOHN D. MUNDING, ISBN 04703
MUNDING, P.S.
309 E Farwell Rd, Ste 310
Spokane, WA  99218-1152
John@mundinglaw.com
(509) 590-3849

Attorneys for
PerforMix Nutrition Systems, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | No. 24-40158-NGH |
|---|---|
| MILLENKAMP CATTLE, INC. | Chapter 11 |
| Debtor. | (Jointly Administered) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John D. Munding, of Munding, P.S., hereby appears in the above captioned action on behalf of secured creditor PerforMix Nutrition Systems, LLC.

The undersigned counsel is licensed and admitted to practice law before this Court. Pursuant to Federal Rules of Bankruptcy Procedure, including Rule 2002, you are requested and directed to serve all future notices, motions, declarations, other pleadings, or papers, except original process, upon the following attorney at the address indicated and/or utilizing the Court's ECF / PACER electronic service system upon the undersigned at:

John D. Munding
Munding, P.S.
309 E Farwell Rd, Ste 310
Spokane, WA 99218-1152
John@Mundinglaw.com

DATED this 9th day of April, 2024.

MUNDING, P.S.

*/s/ John D. Munding, Attorney*_____
JOHN D. MUNDING, ISBN # 04703
Attorney for PerforMix Nutrition Systems, LLC

## CERTIFICATE OF SERVICE

    I, John D. Munding, attorney and employee of Munding, P.S., hereby certify that on April 9, 2024, a copy of the forgoing Notice of Appearance was filed electronically with the United States Bankruptcy Court for the District of Idaho. Notice of this filing will be sent to all parties, including Debtors' counsel, through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's ECF system.

                                                */s/ John D. Munding*
                                                John D. Munding, ISBN 04703