| Information to identify the case: | | |
|---|---|---|
| Debtor | **Millenkamp Cattle, Inc** <br> Name | EIN  26–0603892 |
| United States Bankruptcy Court   District of Idaho <br> Case number:   24–40158–NGH | | Date case filed for chapter  11   4/2/24 |

Official Form 309F1 (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                      12/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Millenkamp Cattle, Inc | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 471 North 300 West <br> Jerome, ID 83338 | |
| 4. | **Debtor's attorney** <br> Name and address | Matthew T. Christensen <br> Johnson May, PLLC <br> 199 N. Capitol Blvd <br> Suite 200 <br> Boise, ID 83702 | Contact phone  208–384–8588 <br><br> Email:  mtc@johnsonmaylaw.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | U.S. Bankruptcy Court <br> 801 East Sherman <br> Pocatello, ID 83201 | Hours open: <br> The Clerk's Office is open to the public from 9:00 a.m. to 4:00 p.m., Monday through Friday, except on legal holidays. <br><br> Contact phone  208–478–4123 <br><br> Date: 4/8/24 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | May 10, 2024 at 09:00 AM (MT) <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | BY TELEPHONE <br><br> US Trustee <br> Call in number: 866–902–1429 <br> Passcode: 2565962 |

**For more information, see page 2 >**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | |
|---|---|---|
| | For all creditors (except a governmental unit): | 6/11/24 |
| | **For a governmental unit:** | 9/30/24 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. Exception to discharge deadline<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | 7/9/24 |
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

District of Idaho

In re:  Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8  User: admin  Page 1 of 4
Date Rcvd: Apr 08, 2024  Form ID: 309F1  Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |
| aty | + | Aaron Robert Bell, Evans Keane LLP, P.O. Box 959, Boise, ID 83701-0959 |
| aty | + | Adam A Lewis, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482 |
| aty |   | Andrew Schoulder, 1301 Avenue of The Americas, New York, NY 10019-6022 |
| aty | + | Brent Russel Wilson, Hawley Troxell Ennis & Hawley, LLP, 877 Main Street, Suite 200, Boise, ID 83702-6030 |
| aty | + | Brian Faria, Sawtooth Law Offices, PLLC, 1101 W. River Street, Suite 110, 83702, Boise, ID 83702-7067 |
| aty |   | David A Coleman, PO Box 525, Twin Falls, ID 83303-0525 |
| aty | + | Domenic E Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | Evan Thomas Roth, 1101 W. River St., Ste 110, Boise, ID 83702-7067 |
| aty | + | Gery W Edson, POB 448, Boise, ID 83701-0448 |
| aty | + | Heidi Buck Morrison, Racine Olson, PLLP, 201 East Center Street, Pocatello, ID 83201-6329 |
| aty | + | Holly Roark, Roark Law Offices, 950 Bannock St. Ste. 1100, Boise, ID 83702-6140 |
| aty | + | James J Niemeier, McGrath North Mullin & Kratz, PC LLO, 1601 Dodge Street, Ste 3700, Omaha, NE 68102-1650 |
| aty | + | James Justin May, Johnson May, 199 N. Capitol Blvd., Ste. 200, Boise, ID 83702-6197 |
| aty | + | James Niemeier, McGrath North, 1601 Dodge Street, Suite 3700, Omaha, NE 68102-1627 |
| aty | + | Janine Patrice Reynard, Avery Law, 3090 E. Gentry Way, Suite 250, Meridian, ID 83642-3596 |
| aty | + | John F Kurtz, Jr, Kurtz Law PLLC, 910 W. Main, Suite 364, Boise, ID 83702-5740 |
| aty | + | John O'Brien, Spencer Fane, 1700 Lincoln Street, Ste 2000, Denver, CO 80203-4554 |
| aty | + | John O'Brien, Spencer Fane LLP, 1700 Lincoln Steet, Suite 2000, Denver, CO 80203-4554 |
| aty | + | Jon B Evans, Dorsey & Whitney LLP, 101 S Capitol Blvd Ste 1701, Boise, ID 83702-7704 |
| aty | + | Kimbell D Gourley, POB 1097, Boise, ID 83701-1097 |
| aty | + | Krystal R Mikkilineni, Dentons Davis Brown, 215 10th St, Ste 1300, Des Moines, IA 50309-3616 |
| aty | + | Matthew W Grimshaw, Grimshaw Law Group, P.C., 800 W. Main Street, Ste. 1460, Boise, ID 83702-5983 |
| aty | + | Meredith Leigh Thielbahr, Gordon & Rees - Seattle, 701 Fifth Avenue, Ste 2100, Seattle, WA 98104-7084 |
| aty | + | Morton R Branzburg, Klehr Harrison Harvey Branzburg LLP, 1835 Market St, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | + | Nikolaus F Schandlbauer, 20 F Street NW, Suite 500, Washington DC 20001-6703 |
| aty | + | Rhett Michael Miller, Parsons, Loveland, Shirley & Lindstrom,, P.O. Box 910, Burley, ID 83318-0910 |
| aty | + | Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| aty | + | Robert E Richards, Dentons US LLP, 233 South Wacker Drive, Ste 7800, Chicago, IL 60606-6459 |
| aty |   | Robert E. Richards, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361 |
| aty | + | Ron C Bingham, II, 3424 Peachtree Road NE, Suite 1600, Atlanta, GA 30326-1139 |
| aty | + | Scott C Powers, Spencer Fane LLP, 10 Exchange Place 11th Flr, Salt Lake City, UT 84111-2824 |
| aty | + | Sheila Rae Schwager, Hawley Troxell Ennis & Hawley, LLP, 877 Main Street, Suite 200, P.O. Box 1617, Boise, ID 83701-1617 |
| aty | + | Tirzah R. Roussell, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | + | Tirzah R. Roussell, Dentons Davis Brown PC, The Davis Brown Tower, 215 10th Street, Suite 1300 Des Moines, IA 50309-3621 |
| aty | + | Zachary Fairlie, Spencer Fane, 1000 Walnut, Ste 1400, Kansas City, MO 64106-2168 |
| aty | + | Zachary Fairlie, Spencer Fane LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2168 |
| cr | + | Ad Hoc Committee of Corn Silage Growers, 153 East Main Street, PO Box 168, Jerome, ID 83338-0168 |
| cr |   | Bunge Canada C/O David D. Farrell, David D. Farrell. Esq., One Bank Plaza, Suite 2700, St. Louis, MO 63101 |
| cr | + | Conterra Holdings, LLC d/b/a Conterra Ag Capital a, Spencer Fane, 1700 Lincoln Street, Suite 2000, Denver, CO 80203-4554 |
| cr | + | East Valley Development, LLC, c/o Avery Law, 3090 E Gentry Way, Ste 250, Meridian, ID 83642-3596 |
| cr |   | Elevation Electric, LLC, 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| intp | + | Glanbia Foods Inc, c/o Robert A Faucher, POB 2527, Boise, ID 83701-2527 |
| cr | + | Land View, Inc., P.O. Box 475, Rupert, ID 83350-0475 |
| cr | + | MWI Veterinarian Supply, Inc., 3041 W PASADENA DRIVE, Boise, ID 83705, UNITED STATES 83705-4776 |

Case 24-40158-NGH    Doc 162    Filed 04/10/24    Entered 04/10/24 22:19:20    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0976-8 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: 309F1 | Total Noticed: 66 |

| | | |
|---|---|---|
| cr | + | MetLife Real Estate Lending LLC, c/o Kimbell D. Gourley, POB 1097, Boise, ID 83701, UNITED STATES 83701-1097 |
| cr | + | Metropolitan Life Insurance Company, c/o Kimbell D. Gourley, c/o Kimbell D. Gourley, POB 1097, Boise, ID 83701 UNITED STATES 83701-1097 |
| cr | | Progressive Dairy Service & Supply Corp., 485 S IDAHO ST, WENDELL, ID 83355-5241 |
| cr | + | Rabo AgriFinance LLC, c/o Sheila R. Schwager, P.O. Box 1617, Boise, ID 83701-1617 |
| cr | + | Raft River Rural Electric Cooperative, Inc., c/o Rhett M. Miller, P.O. Box 910, Burley, ID 83318-0910 |
| intp | + | Sandton Capital Partners LP, 16 W 46th Street, 1st Floor, New York, NY 10036-4503 |
| cr | + | Viserion Grain, LLC, c/o Sawtooth Law Offices, PLLC, 213 Canyon Crest Dr., Ste 200, Twin Falls, ID 83301, UNITED STATES 83301-3053 |
| cr | + | Viterra USA Grain, LLC and Viterra USA Ingredients, c/o Racine Olson, PLLP, P.O. Box 1391, Pocatello, ID 83204-1391 |
| cr | + | Western States Equipment Co., 500 East Overland Road, Meridian, ID 83642-6606 |
| cr | + | c/o David A. Coleman B & H Farming, Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| cr | + | c/o David A. Coleman Youree Land & Livestock, Inc., Coleman, Ritchie & Jacobson, PO BOX 525, TWIN FALLS, ID 83303-0525, UNITED STATES 83303-0525 |
| 5335094 | + | Bunge Canada, c/o David D. Farrell, THOMPSON COBURN LLP, One USBank Plaza, Suite 2700, Saint Louis, Missouri 63101-1693 |
| 5335227 | + | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, 931 14th Street, 9th Floor (Attn: Legal-, Denver, CO 80202-2994 |
| 5335058 | + | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |
| 5335378 | + | Westway Feed, BARR Credit Services, 3444 N Country Club Rd, Ste 200, Tucson, AZ 85716-0815 |

TOTAL: 60

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustp.region18.bs.ecf@usdoj.gov | Apr 08 2024 22:59:00 | Brett R Cahoon, DOJ-UST, 550 West Fort St., Ste 698, Boise, ID 83724-0101 |
| aty | + | Email/Text: DAN@RACINELAW.NET | Apr 08 2024 22:59:00 | Daniel C Green, Racine Olson, PLLP, 201 East Center, PO Box 1391, Pocatello, ID 83204-1391 |
| aty | + | Email/Text: ustp.region18.bs.ecf@usdoj.gov | Apr 08 2024 22:59:00 | Jason Ronald Naess, DOJ-UST, 550 West Fort St., Ste 698, Boise, ID 83724-0101 |
| aty | | Email/Text: jmanwaring@evanskeane.com | Apr 08 2024 22:59:00 | Jed W. Manwaring, Evans Keane LLP, 1161 W. River St., Suite 100, PO Box 959, Boise, ID 83701-0959 |
| aty | | Email/Text: mtc@johnsonmaylaw.com | Apr 08 2024 22:59:00 | Matthew T. Christensen, Johnson May, PLLC, 199 N. Capitol Blvd, Suite 200, Boise, ID 83702 |
| ust | + | Email/Text: ustp.region18.bs.ecf@usdoj.gov | Apr 08 2024 22:59:00 | US Trustee, 550 West Fort St, Ste 698, Boise, ID 83724-0101 |

TOTAL: 6

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CNH Industrial Capital America LLC |
| cr | | MWI Veterinary Supply Inc. |
| 5334742 | | NameAddress1Address2Address3CityStateZip, 116 & West805 W Idaho StSte 300Boise, 2020 Window ServicePO Box 6056Twin F, A & K Trucking1897 E 990 SHazeltonI, A. Scott Jackson TruckingPO Box 56Je, A. Scott JacksonTrucking IncPO Box 56 |
| aty | *+ | Krystal R. Mikkilineni, Dentons Davis Brown, 215 10th Street, Suite 1300, Des Moines, IA 50309-3616 |
| aty | *+ | Morton R. Branzburg, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| aty | ##+ | Karyn Lloyd, Gordon Rees Scully Mansukhani, LLP, 999 W Main Street, 100, Boise, ID 83702-9001 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0976-8 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: 309F1 | Total Noticed: 66 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Robert Bell | on behalf of Creditor MWI Veterinarian Supply  Inc. abell@evanskeane.com |
| Brent Russel Wilson | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com  amay@hawleytroxell.com |
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | on behalf of Creditor Viserion Grain  LLC brian@sawtoothlaw.com |
| Daniel C Green | on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net |
| David A Coleman | on behalf of Creditor c/o David A. Coleman Youree Land & Livestock  Inc. david@colemanjacobsonlaw.com |
| David A Coleman | on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com |
| Evan Thomas Roth | on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com |
| Gery W Edson | on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com |
| Heidi Buck Morrison | on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com |
| Holly Roark | on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net |
| Holly Roark | on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net |
| James Niemeier | on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com |
| James Justin May | on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com |
| Janine Patrice Reynard | on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com |
| Jason Ronald Naess | on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov |
| Jed W. Manwaring | on behalf of Creditor MWI Veterinarian Supply  Inc. jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com |
| John O'Brien | on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com |

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 08, 2024 | Form ID: 309F1 | Total Noticed: 66 |

John F Kurtz, Jr
    on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com tnd@kurtzlawllc.com

Jon B Evans
    on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com sattler.carla@dorsey.com

Kimbell D Gourley
    on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com shudson@idalaw.com

Kimbell D Gourley
    on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com shudson@idalaw.com

Krystal R. Mikkilineni
    on behalf of Debtor Millenkamp Cattle  Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Matthew T. Christensen
    on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
    on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew W Grimshaw
    on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
    on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com ckaiser@grsm.com

Morton R. Branzburg
    on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Rhett Michael Miller
    on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law

Robert A Faucher
    on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
    on behalf of Debtor Millenkamp Cattle  Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mw@scmlaw.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Cattle  Inc tirzah.roussell@dentons.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

Zachary Fairlie
    on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 36