UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re<br><br>MILLENKAMP CATTLE, INC., *et. al.*,<br><br>Debtors.[1] | Case No. 24-40158-NGH<br><br>Chapter 11 |

# INTERIM ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL AND TO SCHEDULE A FINAL HEARING

THIS MATTER came before the court for an interim hearing on Debtors' *Emergency and Continuing Motion for Interim and Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection and Setting a Final Hearing* (Docket No. 22) (the "Cash Collateral Motion") held on April 4, 2024, upon the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its

---

[1] The Debtors in the Chapter 11 Cases along with the last four digits of their respective tax identification number or registration number in the applicable jurisdiction are: Millenkamp Cattle, Inc. (26-0603892); Idaho Jersey Girls LLC (46-3084467); East Valley Cattle, LLC (20-3238613); Millenkamp Properties, L.L.C. (26-0604003); Millenkamp Properties II LLC (84-3797719); Millenkamp Family LLC (46-1868279); Goose Ranch, LLC; Idaho Jersey Girls Jerome Dairy LLC (81-4713431); Black Pine Cattle LLC; and Millenkamp Enterprises LLC.  The location of the Debtors' service address for purposes of the Chapter 11 Cases is 471 N 300 W., Jerome, ID 83338.

#3886400

estate, its creditors; and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefore; ~~it is hereby:~~

**IT IS HEREBY ORDERED~~, ADJUDGED, AND DECREED~~ that**:[2]

1. The Motion is granted as set forth herein.

2. The Debtors are authorized use of cash collateral effective as of the Petition Date[3] through April 9, 2024, as follows:

   a. The Debtors are granted use of cash collateral through April 9, 2024, for payment of the expenses outlined on the attached Exhibit A.

   b. The Debtors are authorized to use cash collateral from the following: (1) steer sale proceeds; (2) accounts receivable; and (3) funds the Receiver provided to the Debtors after the Petition Date.

   c. Rabo AgriFinance, LLC ("RAF"), MetLife, and Conterra shall be granted and shall maintain adequate protection liens on all post-petition cash collateral to the same **validity,**[4] extent and priority as existed pre-petition, to the extent of any cash collateral the secured creditor has an interest in and is actually used by the Debtors; provided, however, that such replacement liens shall not attach to any proceeds of any avoidance actions. To be clear, the use of cash collateral is also subject to a replacement lien on all RLOC Collateral (as defined in the Cash Collateral Motion),

---

[2] Language modified by Court.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Cash Collateral Motion.

[4] Language modified by Court.

including milk proceeds, to the extent the secured creditor has an interest, and it is used by the Debtors.

d. If the Debtors determine it is necessary to sell calves to meet the budget, then the amount of the proceeds received for the calves sold through Tuesday, April 9, 2024, will be placed in a reserve account upon the approval of a DIP Facility, with DIP financing, in favor of RAF, and the Debtors shall provide documentation to RAF upon each sale. Other than Milk, no other RLOC Collateral will be sold prior to April 10, 2024, and not without further Court order. Nothing in this paragraph 2(d) impairs Conterra's security interest in the livestock and the proceeds of the livestock constituting Conterra's cash collateral deposited in the reserve account.

e. At the hearing on April 9, 2024, the Debtors rights and arguments as to any livestock sold after April 9, 2024, to object to the condition of RAF that the livestock sale proceeds be placed in a reserve account, are preserved.

3. The Debtors shall provide weekly variance reports to the Pre-Petition Secured Lenders (as defined in the Cash Collateral Motion) (i.e., reports reflecting the difference between the budgeted amount of revenue and expenses and the actual amounts) in the same format as the original Budget (the "Variance Reports"). Said Variance Reports shall be due on or before 5:00 p.m. (MDT), beginning on Tuesday April 16, 2024, and continuing on the same day of each following week until termination of this Order.

4. The Debtors will operate in compliance with the U.S. Trustee's Guidelines unless otherwise approved or directed by this court.

5. Nothing in this Order will be deemed or construed as an admission or waiver by the Pre-Petition Secured Lenders as to adequate protection, or any other issue in the case, and this

Order will not constitute consent by Pre-Petition Secured Lenders to the use of each of their Cash Collateral other than for the limited purpose expressly provided herein.

6. Nothing herein alters or affects the valid liens and lien priority of the Pre-Petition Secured Lenders.

7. To the extent applicable to the relief granted in this order, the provisions of Bankruptcy Rule 6003 are met as the relief granted herein is necessary to avoid immediate and irreparable harm.

8. A further hearing on the interim relief granted herein shall be held on April 9, 2024, at 9 a.m. (MT). This shall be an in-person hearing.

9. A final hearing on the relief granted herein shall be held on May 8, 2024, at 9 a.m. (MT) ("Final Hearing"). Any opposition to the granting of relief on the Debtors' Cash Collateral Motion on a final basis shall be filed and served by May 1, 2024. In the event no party files an objection to the final use of cash collateral on or before this deadline, the Court may convert this hearing to a telephonic hearing. The Debtors may file a reply to any opposition or present its reply at the Final Hearing. **No party shall be permitted to present evidence or testimony to the Court at the Final Hearing unless that party files a witness list and exhibit list by May 3, 2024.**[5]

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order. //end of text//

---

[5] Language modified by Court.

DATED: April 8, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, counsel for the Debtors

Approved as to form and content by:

___/s/ Sheila R. Schwager (email approval)___

Sheila R. Schwager, attorney for Rabo Agrifinance LLC

Approved as to form and content by:

___/s/ Ron Bingham (email approval)___

Ron Bingham, attorney for MetLife parties

Approved as to form and content by:

___/s/ John O'Brien (email approval)___

John O'Brien, attorney for Conterra

Approved as to form by:

___/s/ Brett R. Cahoon (email approval)__

Brett R. Cahoon, attorney for the U.S. Trustee

EXHIBIT A

(Authorized interim budget)

| Payee | Memo | Amount |
|---|---|---|
| Conrad & Bischoff | Fuel | $27,961.21 |
| Land View | Feed | $79,896.31 |
| Verizon | Phones | $2,418.07 |
| Viterra | Feed | $250,000.00 |
| PerforMix | Feed | $75,000.00 |
| J.D. Heiskell & Co | Feed | $60,000.00 |
| US Commodities | Feed | $30,000.00 |
| Payroll Expenses | Payroll | $1,221,432.63 |
| Agri-Service | Spreader repairs | $12,500.00 |
| Liberty Basin | Corn | $211,200.00 |
| Land View | Feed | $800,66.45 |
| Land View | Feed | $240,000.00 |
| Viterra | Feed | $300,000.00 |
| Liberty Basin | Corn | $146,000.00 |
| MWI | Medicines | $150,000.00 |
| Rangen | Feed | $75,000.00 |
| Amalgamated Sugar | Feed | $94,000.00 |
|  | **TOTAL** | **$3,055,474.67** |

United States Bankruptcy Court

District of Idaho

In re:  Case No. 24-40158-NGH

Millenkamp Cattle, Inc  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8      User: admin      Page 1 of 3

Date Rcvd: Apr 08, 2024      Form ID: pdf033      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Millenkamp Cattle, Inc, 471 North 300 West, Jerome, ID 83338-5078 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Robert Bell | on behalf of Creditor MWI Veterinarian Supply Inc. abell@evanskeane.com |
| Brent Russel Wilson | on behalf of Creditor Rabo AgriFinance LLC bwilson@hawleytroxell.com amay@hawleytroxell.com |
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Brian Faria | on behalf of Creditor Viserion Grain LLC brian@sawtoothlaw.com |
| Daniel C Green | on behalf of Creditor Viterra USA Grain LLC and Viterra USA Ingredients, LLC dan@racineolson.com, mcl@racinelaw.net |
| David A Coleman | on behalf of Creditor c/o David A. Coleman Youree Land & Livestock Inc. david@colemanjacobsonlaw.com |

| District/off: 0976-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: pdf033 | Total Noticed: 1 |

David A Coleman
 on behalf of Creditor c/o David A. Coleman B & H Farming david@colemanjacobsonlaw.com

Evan Thomas Roth
 on behalf of Creditor Viserion Grain  LLC evan@sawtoothlaw.com

Gery W Edson
 on behalf of Creditor Land View  Inc. gedson@gedson.com, tfurey@gedson.com

Heidi Buck Morrison
 on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Holly Roark
 on behalf of Creditor Progressive Dairy Service & Supply Corp. holly@roarklawboise.com courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

Holly Roark
 on behalf of Creditor Elevation Electric  LLC holly@roarklawboise.com, courtnotices@roarklawoffices.com;RoarkLawOffices@jubileebk.net

James Niemeier
 on behalf of Creditor Viterra USA Grain  LLC and Viterra USA Ingredients, LLC jniemeier@mcgrathnorth.com

James Justin May
 on behalf of Debtor Millenkamp Cattle  Inc jjm@johnsonmaylaw.com, cjc@johnsonmaylaw.com;acs@johnsonmaylaw.com;lnh@johnsonmaylaw.com

Janine Patrice Reynard
 on behalf of Creditor East Valley Development  LLC janine@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jason Ronald Naess
 on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov

Jed W. Manwaring
 on behalf of Creditor MWI Veterinarian Supply  Inc. jmanwaring@evanskeane.com, duskin@evanskeane.com;abell@evanskeane.com

John O'Brien
 on behalf of Creditor Conterra Holdings  LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att jobrien@spencerfane.com

John F Kurtz, Jr
 on behalf of Interested Party Sandton Capital Partners LP jfk@kurtzlawllc.com  tnd@kurtzlawllc.com

Jon B Evans
 on behalf of Creditor Western States Equipment Co. evans.jb@dorsey.com  sattler.carla@dorsey.com

Kimbell D Gourley
 on behalf of Creditor Metropolitan Life Insurance Company kgourley@idalaw.com  shudson@idalaw.com

Kimbell D Gourley
 on behalf of Creditor MetLife Real Estate Lending LLC kgourley@idalaw.com  shudson@idalaw.com

Krystal R. Mikkilineni
 on behalf of Debtor Millenkamp Cattle  Inc krystal.mikkilineni@dentons.com, gabby.mathias@dentons.com

Laura E Burri
 on behalf of Creditor Automation Werx  LLC lburri@morrowfischer.com, klee@morrowfischer.com

Matthew T. Christensen
 on behalf of Debtor Idaho Jersey Girls Jerome Dairy LLC mtc@johnsonmaylaw.com mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew T. Christensen
 on behalf of Debtor Millenkamp Cattle  Inc mtc@johnsonmaylaw.com, mtcecf@gmail.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;mt@johnsonmaylaw.com

Matthew W Grimshaw
 on behalf of Creditor Ad Hoc Committee of Corn Silage Growers matt@grimshawlawgroup.com

Meredith Leigh Thielbahr
 on behalf of Creditor CNH Industrial Capital America LLC mthielbahr@grsm.com  ckaiser@grsm.com

Morton R. Branzburg
 on behalf of Creditor MWI Veterinary Supply Inc. mbranzburg@klehr.com

Rhett Michael Miller
 on behalf of Creditor Raft River Rural Electric Cooperative  Inc. rmiller@magicvalley.law

District/off: 0976-8 | User: admin | Page 3 of 3
Date Rcvd: Apr 08, 2024 | Form ID: pdf033 | Total Noticed: 1

Robert A Faucher
    on behalf of Interested Party Glanbia Foods Inc rfaucher@hollandhart.com boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert E Richards
    on behalf of Debtor Millenkamp Cattle Inc robert.richards@dentons.com, docket.general.lit.chi@dentons.com

Scott C Powers
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att spowers@spencerfane.com, mw@scmlaw.com

Sheila Rae Schwager
    on behalf of Creditor Rabo AgriFinance LLC sschwager@hawleytroxell.com amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Tirzah R. Roussell
    on behalf of Debtor Millenkamp Cattle Inc tirzah.roussell@dentons.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

Zachary Fairlie
    on behalf of Creditor Conterra Holdings LLC d/b/a Conterra Ag Capital as loan servicer and power of attorney for Ag Funding SC II LLC and Conterra Holdings, LLC d/b/a Conterra Ag Capital as loan servicer and power of att zfairlie@spencerfane.com

TOTAL: 37