# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>Millenkamp Cattle, Inc. | CASE NO: 24-40158-NGH<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 145 |

On 4/11/2024, I did cause a copy of the following documents, described below,

Supplement to Critical Vendor Motion ECF Docket Reference No. 145

Motion for Entry of an Order Authorizing Maintenance and Payment of Insurance 169

Supplement to DIP Motion 170

Notice of Hearing (DIP Motion) 171

Notice of Hearing (Various Motions) 172

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/11/2024

/s/ Matt Christensen
Matt Christensen  7213
Attorney for Debtor
JOHNSON MAY
199 N. Capitol Blvd Ste 200
Boise, ID  83702
208 384 8588
mtc@johnsonmaylaw.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| IN RE: | CASE NO: 24-40158-NGH |
|---|---|
| Millenkamp Cattle, Inc. | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 145 |

On 4/11/2024, a copy of the following documents, described below,

Supplement to Critical Vendor Motion ECF Docket Reference No. 145

Motion for Entry of an Order Authorizing Maintenance and Payment of Insurance 169

Supplement to DIP Motion 170

Notice of Hearing (DIP Motion) 171

Notice of Hearing (Various Motions) 172

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/11/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Matt Christensen
JOHNSON MAY
199 N. Capitol Blvd Ste 200
Boise, ID  83702

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| 116 & WEST<br>805 W IDAHO ST<br>STE 300<br>BOISE ID 83702 | 2020 WINDOW SERVICE<br>PO BOX 6056<br>TWIN FALLS ID 83303 | A & K TRUCKING<br>1897 E 990 S<br>HAZELTON ID 83335 |
| A. SCOTT JACKSON TRUCKING<br>PO BOX 56<br>JEROME ID 83338 | A. SCOTT JACKSONTRUCKING INC<br>PO BOX 56<br>JEROME ID 83338 | A.M.I. SUPPLY INC<br>PO BOX 1145<br>BURLEY ID 83318 |
| ABS GLOBAL INC<br>BOX 22144 NETWORK PLACE<br>CHICAGO IL 60673-1221 | ADEN BROOK TRADING CORP<br>PO BOX 217<br>MONTGOMERY NY 12549 | ADM ANIMAL NUTRITION<br>75 REMITTANCE DR<br>STE #1365<br>CHICAGO IL 60675 |
| ADVANTAGE SIGNS & BANNERS<br>488 BLUE LAKES BLVD. N<br>STE 10<br>TWIN FALLS ID 83301 | AG FUNDING SC II LLC<br>5465 MILLS CIVIC PKWY<br>SUITE 201<br>WEST DES MOINES IA 50266 | AG-ROWS, INC<br>321 S HWY 27<br>BURLEY ID 83318 |
| AGRI-SERVICE, INC.<br>300 AGRI-SERVICE WAY<br>KIMBERLY ID 83341 | AH-ZET DAIRY<br>970 E 3700 N<br>CASTLEFORD ID 83321 | AL-MAR DAIRY<br>1255 GRANDVIEW AVE<br>PARMA ID 83660 |
| ALEXANDER K. REED<br>4296 N 2100 E<br>FILER ID 83328 | ALL PRO LINEN INC<br>500 EAST 10TH ST<br>BURLEY ID 83318 | ALL WIRELESS COMMUNICATIONS<br>1112 OAKLEY AVE<br>BURLEY ID 83318 |
| ALLEGIANCE DAIRY SERVICES<br>111 OVERLAND AVE<br>BURLEY ID 83318 | ALLFLEX USA<br>PO BOX 848533<br>DALLAS TX 75284 | ALPHAGRAPHICS<br>1680 BENTLEY WAY<br>IDAHO FALLS ID 83401 |
| AMERICAN CALF PRODUCTS<br>PO BOX 3046<br>TURLOCK CA 95381 | AMERICAN CONSTRUCTION<br>195 EASTLAND<br>TWIN FALLS ID 83301 | AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES CA 90096 |
| AQUABEST, LLC<br>1414 VALENCIA ST<br>TWIN FALLS ID 83301 | ARDURRA GROUP<br>2471 S. TITANIUM PL<br>MERIDIAN ID 83642 | ARLENE'S FLOWER GARDEN INC.<br>900 SOUTH LINCOLN<br>JEROME ID 83338 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ATC COMMUNICATIONS<br>PO BOX 98<br>ALBION ID 83311 | AUTOMATED DAIRY SYSTEMS<br>PO BOX 170<br>1575 S LINCOLN<br>JEROME ID 83338 | AUTOMATION WERX, LLC<br>PO BOX 3066<br>IDAHO FALLS ID 83403 |
| B & H FARMING<br>PO BOX 123<br>RUPERT ID 83350 | B & N MACHINE<br>375 AMERICAN AVE<br>JEROME ID 83338 | B&A FARMS/BO STEVENSON<br>1001 S 1900 E<br>HAZELTON ID 83335 |
| BADGER BEARING PTP, INC<br>230 W 20 S<br>BURLEY ID 83318 | BARCLAY MECHANICAL SERVICES<br>PO BOX 360<br>490 W 100 S<br>PAUL ID 83347 | BEAMS FLOORING<br>1475 ELM STREET N<br>TWIN FALLS ID 83301 |
| BEAR NECESSITIES PRTBL RSTRM<br>PO BOX 1952<br>TWIN FALLS ID 83303 | BEDMASTER, INC<br>599 N 3400 E<br>LEWISVILLE ID 83431 | BILLS SEWER AND DRAIN SRVC<br>PO BOX 5759<br>TWIN FALLS ID 83303 |
| BISON PIPE AND SUPPLY<br>PO BOX 258<br>JEROME ID 83338 | BLACK CAT DAIRY<br>5655 S BLACK CAT RD<br>MERIDIAN ID 83642 | BLACK EAGLE CONSTRUCTION LLC<br>PO BOX 562<br>MERIDIAN ID 83680 |
| BLACK PINE CONSTRUCTION, LLC<br>1100 E 1000 S<br>ALBION ID 83311 | BLN HUETTIG FARMS<br>1247 S. 2000 E.<br>HAZELTON ID 83335 | BLUE CROSS OF IDAHO<br>PO BOX 6948<br>BOISE ID 83707 |
| BMO BANK NA<br>PO BOX 660310<br>SACRAMENTO CA 95866-0310 | BO STEVENSON<br>1001 S 1900 E<br>HAZELTON ID 83335 | BOYCE EQUIPMENT&PARTS CO,INC<br>2893 S AMERICAN WAY<br>OGDEN UT 84401 |
| UNDELIVERABLE<br>BRANDI ANN M BARTHOLOMEW | BRETT JENSEN FARMS<br>2000 W 113 N<br>IDAHO FALLS ID 83402 | BRUCE FARMS<br>388 WELLS AVE.<br>FELT ID 83424 |
| BUNGE CANADA<br>2765 SOLUTION CENTER<br>CHICAGO IL 60677 | BURKS TRACTOR COMPANY<br>3140 KIMBERLY RD.<br>TWIN FALLS ID 83301 | BUSINESS TECHS<br>502 MAIN AVE S<br>TWIN FALLS ID 83301 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled w/por service were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BUTTE IRRIGATION INC<br>PO BOX 790<br>PAUL ID 83347 | CARGILL MEAT SOLUTIONS CORP<br>5252 TREASURE VALLEY WAY<br>NAMPA ID 83687 | CARNE I CORP.<br>134 E HIGHWAY 81<br>BURLEY ID 83318 |
| CASSIA COUNTY TAX COLLECTOR<br>1459 OVERLAND AVE<br>RM 102<br>BURLEY ID 83318 | CATERPILLAR FINANCIAL SVCS.<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203 | CENTURY LINK 2041<br>PO BOX 2961<br>PHOENIX AZ 85062-2961 |
| CENTURYLINK<br>PO BOX 2956<br>PHOENIX AZ 85062-2956 | UNDELIVERABLE<br>CHRISTINE E. DEAL | CIOCCA DAIRY<br>1674 E 2900 S<br>WENDELL ID 83355 |
| CIRCLE C EQUIPMENT<br>23 N 150 W<br>JEROME ID 83338 | CLEAR LAKES PRODUCTS<br>PO BOX 246<br>BUHL ID 83316 | CLEAR WATER PRODUCTS LLC<br>1834 1ST AVE<br>GREELEY CO 80631 |
| CLINT D. THOMPSON<br>298 NORTH 200 WEST<br>JEROME ID 83338 | CLINT THOMPSON<br>298 NORTH 200 WEST<br>JEROME ID 83338 | CNH INDUSTRIAL CAPITAL<br>500 DILLER AVE.<br>NEW HOLLAND PA 17557 |
| CNH PRODUCTIVITY PLUS BP<br>PO BOX 71264<br>PHILADELPHIA PA 19176-6264 | CNH PRODUCTIVITY PLUS MC<br>PO BOX 71264<br>PHILADELPHIA PA 19176-6264 | COASTLINE EQUIPMENT<br>2000E OVERLAND RD<br>MERIDIAN ID 83642 |
| COMMNTY TRUE VALUE BLDG SPLY<br>PO BOX 29<br>MURTAUGH ID 83344 | COMMODITIES PLUS<br>5207 E 3RD AVE<br>SPOKANE WA 99212 | CONTERRA AGRICULTURAL CAP.<br>5465 MILLS CIVIC PKWY<br>SUITE 201<br>WEST DES MOINES IA 50266 |
| COOK PEST CONTROL<br>PO BOX 532<br>TWIN FALLS ID 83303 | CULLIGAN<br>1230 CHENEY DRIVE<br>TWIN FALLS ID 83301 | D&B SUPPLY<br>3303 E LINDEN<br>CALDWELL ID 83605 |
| DAIMLER TRUCK FINANCIAL SVCS<br>14372 HERITAGE PKWY<br>SUITE 400<br>FORT WORTH TX 76177 | DAIRY TECH INC.<br>PO BOX 250<br>SEVERANCE CO 80546 | DANIELS MANUFACTURING CO.<br>PO BOX 67<br>AINSWORTH NE 69210 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DARLING INGREDIENTS<br>PO BOX 554885<br>DETROIT MI 48255-4885 | DARRINGTON BROTHERS AG<br>2740 MT HARRISON DR<br>BURLEY ID 83318 | DAVID CLARK DVM<br>PO BOX 452<br>ALBION ID 83311 |
| DAVID CLARK MWI<br>PO BOX 452<br>ALBION ID 83311 | DEERE & COMPANY<br>6400 NW 86TH ST.<br>JOHNSTON IA 50131 | DEJONG DAIRY<br>127 W 400 S<br>JEROME ID 83338 |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0038 | DHI PROVO<br>1525 WEST 820 NORTH<br>PROVO UT 84601 | DIAMOND B DAIRY<br>2169 E 3200 S<br>WENDELL ID 83355 |
| DIESEL DEPOT<br>PO BOX 730<br>ABERDEEN ID 83210 | DMR SUPPLIES<br>6701 PARKWAY CIRCLE<br>STE 102<br>MINNEAPOLIS MN 55430 | DOUBLE V LLC<br>1587 E 3100 S<br>WENDELL ID 83355 |
| DOUGLAS J GRANT<br>2050 E 500 S<br>HAZELTON ID 83335 | DRISCOLL BROTHERS<br>2043 E CENTER<br>POCATELLO ID 83201 | DUSTY BROW FARMS<br>2601 E 1100 S<br>HAZELTON ID 83335-6235 |
| DUSTY BROW FARMS, INC.<br>2601 E 1100 S<br>HAZELTON ID 83335-6235 | EAGLE VIEW EAST<br>970 E 3700 N<br>CASTLEFORD ID 83321 | EAGLE VIEW FARMS<br>970 E 3700 N<br>CASTLEFORD ID 83321 |
| EAST VALLEY DEVELOPMENT, LLC<br>ATTN: GENERAL COUNSEL<br>4675 MACARTHUR CT., STE. 800<br>NEWPORT BEACH CA 92660 | ED & MATT CHOJNACKY<br>298 N. 100 W<br>JEROME ID 83338 | ED CHOJNACKY<br>298 N. 100 W<br>JEROME ID 83338 |
| EIDE BAILLY LLP<br>1505 MADRONA ST N<br>#800<br>TWIN FALLS ID 83301 | ELECTRICAL WERX&CONSTRUCTION<br>PO BOX 3066<br>IDAHO FALLS ID 83401 | ELEMENT HEATING AND COOLING<br>347 LOCUST ST<br>TWIN FALLS ID 83301 |
| ELEVATION ELECTRIC<br>485 S IDAHO ST<br>WENDELL ID 83355 | EVANS PLUMBING<br>111 GULF STREAM LANE<br>HAILEY ID 83333 | FARMERS BANK<br>PO BOX 505<br>JEROME ID 83338 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
FARMORE                          FERGUSON ENTERPRISES, INC        FLOYD LILLY COMPANY INC
642 FARMORE RD                   PO BOX 847411                    PO BOX 461
JEROME ID 83338                  DALLAS TX 75284-7411             353 3RD AVE S
                                                                  TWIN FALLS ID 83303


FRANKLIN BUILDING SUPPLY         FRED KENYON REPAIR               G.J. VERTI-LINE PUMPS INC
1390 HIGHLAND AVE E              141 BRIDON WAY                   1970 HIGHLAND AVE E
TWIN FALLS ID 83301              JEROME ID 83338                  PO BOX 892
                                                                  TWIN FALLS ID 83303


GALENO'S TRUCKING                GARNER FARMS                     GEM STATE PAPER SUPPLY
561 E ELLIS ST                   147 SOUTH 2550 EAST              PO BOX 469
PAUL ID 83347                    DECLO ID 83323                   TWIN FALLS ID 83303


GEM STATE WELDERS SUPPLY INC     GIVENS PURSELY LLP               GRAINGER
1440 KIMBERLY RD                 PO BOX 2720                      PO BOX 419267
TWIN FALLS ID 83303              BOISE ID 83701                   KANSAS CITY MO 64141-6267


GRANT & HAGAN, INC.              GRANT 4-D FARMS, LLC             GREATAMERICA FINANCIAL SERV.
PO BOX 326                       707 E 600 N                      PO BOX 660831
HAZELTON ID 83335                RUPERT ID 83350                  DALLAS TX 75266-0831


GREEN SOURCE AUTOMATION          H&M CUSTOM, LLC                  H.D. FOWLER COMPANY
3506 MOORE RD                    PO BOX 722                       PO BOX 84368
CERES CA 95307                   BURLEY ID 83318                  SEATTLE WA 98124-5668


HARPER FAMILY PARTNERSHIP        HEALTHY EARTH ENTERPRISESLLC     HEERINGA CONSTRUCTION, LLC
2045 E 850 S                     76 N 400 W                       18521 E QUEEN CREEK RD
DECLO ID 83323                   JEROME ID 83338                  #105-481
                                                                  QUEEN CREEK AZ 85142


HEGLAR CREEK DAIRY               HIGH DESERT DAIRY LAB, INC       HOLESINKSKY FARMS LLC
41 N YALE RD.                    5311 RIDGEWOOD                   PO BOX 246
DECLO ID 83323                   NAMPA ID 83687                   BUHL ID 83316


HOLLIFIELD RANCHES, INC.         HP IFS                           HUB CITY BUILDING, INC
22866 HWY 30                     GREAT AMERICA FINANCIAL          PO BOX 38
HANSEN ID 83334                  PO BOX 660831                    163 S IDAHO
                                 DALLAS TX 75266-0831             WENDELL ID 83355
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled OUT OF SERVICE were not served via First Class USPS Mail Service.

UNDELIVERABLE
IBA MAGIC VALLEY DAIRY SYSTM
122 WEST 465 SOUTH

IDAHO HYDRO JETTING INC
PO BOX 468
JEROME ID 83338

IDAHO MATERIALS&CONSTRUCTION
1310 ADDISON AVE W
TWIN FALLS ID 83301

IDAHO POWER
PO BOX 6062
BOISE ID 83707-6062

IDAHO STATE BRAND DEPARTMENT
PO BOX 2927
TWIN FALLS ID 83303

IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE ID 83707

IDAHO UDDER HEALTH SYSTEMS
PC 4455
S MERIDIAN RD
MERIDIAN ID 83642

INDUST ELECTRIC MOTOR SRVC
PO BOX 1912
TWIN FALLS ID 83303

INTEGRATED TECHNOLOGIES
PO BOX 1843
TWIN FALLS ID 83303

INTERMOUNTAIN GAS HQ
555 S CLE RD.
BOISE ID 83709

INTERMOUNTAIN WORKMED
PO BOX 30180
SALT LAKE CITY UT 84130-0180

INTERSTATE ADVANCED MATERIAL
PO BOX 888094
LOS ANGELES CA 90088-8094

IRACE CONSTRUCTION LLC
1726 E 4500 N
BUHL ID 83316

J&C HOOF TRIMMING INC
3690 N 2570 E
TWIN FALLS ID 83301

J&V DAIRY
602 W 620 N.
SHOSHONE ID 83352

J.D. HEISKELL & CO.
139 RIVER VISTA PLACE
STE 102
TWIN FALLS ID 83301

JACK VERBREE DAIRIES
1574 E 2900 S
WENDELL ID 83355

JACKSON GROUP PETERBILT
PO BOX 2208
DECATUR AL 35609-2208

JAE FOUNDATION
1881 POLE LINE RD E
TWIN FALLS ID 83301

JAMES FARRELL & COMPANY
PO BOX 94583
SEATTLE WA 98104

JEAN L. THOMPSON
255 NORTH 250 WEST
JEROME ID 83338

JF FARMS INC
1879 SHOESTRING RD
GOODING ID 83330

JOHN DEERE CONST. & FORESTRY
ONE JOHN DEERE PLACE
MOLINE IL 61265

JOHN DEERE FINANCIAL
PO BOX 4450
CAROL STREAM IL 60197-4450

JOHN SPRATTLING
550 TERRACE DR
BURLEY ID 83318

KANDER LLC
C/O NATALIA SIRJU
2538 CARROLWOOD RD
NAPERVILLE IL 60540

KEN & JEAN THOMPSON
255 N 250 W
JEROME ID 83338

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| KENTWORTH SALES COMPANY<br>DEPT #1<br>PO BOX 27088<br>SALT LAKE CITY UT 84127-0088 | KINETICO OF MAGIC VALLEY<br>201 NEVADA ST E<br>TWIN FALLS ID 83301 | KODY YOUREE<br>3953 N 3300 E<br>TWIN FALLS ID 83301 |
| KRAUS FARMS, LLC<br>165 S 400 W<br>RUPERT ID 83350 | KYLE HOSKINS<br>325 6TH AVE. W #A<br>JEROME ID 83338 | LANDVIEW INC - INDUSTRIAL<br>PO BOX 475<br>RUPERT ID 83350 |
| LANDVIEW INC - LIVESTOCK<br>PO BOX 475<br>RUPERT ID 83350 | LASER LINE<br>PO BOX 2412<br>TWIN FALLS ID 83303 | LEE'S RADIATOR<br>550 WEST MAIN<br>JEROME ID 83338 |
| LEEDSTONE<br>222 CO RD 173 SE<br>MELROSE MN 56352 | LEONARD PETROLEUM EQUIPMNT<br>PO BOX 1924<br>1859 HIGHLAND AVE E<br>TWIN FALLS ID 83303 | LES SCHWAB TIRE CENTER - BP<br>2555 S OVERLAND<br>BURLEY ID 83318 |
| LES SCHWAB TIRE CENTER - MC<br>1848 S LINCOLN<br>JEROME ID 83338 | LIBERTY BASIN LLC<br>134 E HIGHWAY 81<br>BURLEY ID 83318 | LLANOS TRUCKING LLC<br>84 S 200 W<br>BURLEY ID 83318 |
| M&M DESIGNS<br>32 E 400 N<br>JEROME ID 83338 | MACRAE CUSTOM FARMING, INC<br>355 S 950 W<br>HEYBURN ID 83336 | MAGAW INDUSTRIES<br>5461 US HWY 93<br>JEROME ID 83338 |
| MAGIC VALLEY EQUIPMENT INC<br>517 EAST ELLIS<br>PO BOX 746<br>PAUL ID 83347 | MAGIC VALLEY HYDRAULICS&REPR<br>76 N 400 W<br>JEROME ID 83338 | MAGIC VALLEY PIPE & STEEL<br>04 N 150<br>JEROME ID 83338 |
| MAVRIX, LLC<br>925 MAIN ST., STE. 300-18<br>STONE MOUNTAIN GA 30083-3098 | MCALVAIN CONCRETE, INC.<br>5559 W GOWEN RD #100<br>BOISE ID 83709 | MCCALL INDUSTRIAL SUPPLY<br>PO BOX 15427<br>BOISE ID 83715 |
| MERCEDES-BENZ FINANCIAL SVCS<br>PO BOX 279274<br>SACRAMENTO CA 95827-9274 | METLIFE AGRICULTURAL FINANCE<br>10801 MASTIN BLVD<br>STE 930<br>OVERLAND PARK KS 66210 | METLIFE REAL ESTATE LENDING<br>10801 MASTIN BLVD., STE. 930<br>OVERLAND PARK KS 66210 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE do not require service via First Class USPS Mail Service.

| | | |
|---|---|---|
| METROPOLITAN LIFE INS. CO.<br>10801 MASTIN BLVD, STE. 930<br>OVERLAND PARK KS 66210 | METROPOLITAN TOWER LIFE INS.<br>205 EAST RIVER PARK CIRCLE<br>SUITE 430<br>FRESNO CA 93720 | MICROPROTEINS<br>8019 W BUCKSKIN<br>POCATELLO ID 83201 |
| MIKE CHOJNACKY<br>51 W 600 N<br>JEROME ID 83338 | MIKE WINMILL CONSTRUCTION<br>410 5TH AVE E<br>WENDELL ID 83355 | MILNER HAY CO.<br>1154 W 200 S<br>JEROME ID 83338 |
| MILNER HAY COMPANY, LLC<br>1154 W 200 S<br>JEROME ID 83338 | MINIDOKA IRRIGATION DISTRICT<br>98 W 50 S<br>RUPERT ID 83350 | MINIDOKA MEMORIAL HOSPITAL<br>ATTN: AMY - BUSINESS OFFICE<br>1224 8TH ST<br>RUPERT ID 83350-1527 |
| MITCH'S REPAIR, INC<br>148 FRONTAGE RD<br>JEROME ID 83338 | MOBILE MODULAR MGMT CORP<br>PO BOX 45043<br>SAN FRANCISCO CA 94145 | MOSS GRAIN PARTNERSHIP<br>301 SCOTT AVE., STE. 4<br>RUPERT ID 83350 |
| MOSS GRAIN PARTNERSHIP<br>301 SCOTT AVE.<br>STE 4<br>RUPERT ID 83350 | MWI VETERINARY<br>3041 W PASADENA DR<br>BOISE ID 83705 | NAPA AUTO PARTS<br>PO BOX 1425<br>TWIN FALLS ID 83303-1425 |
| UNDELIVERABLE<br>NARISCO PEREZ | NELSEN FARMS LLC<br>120 E 600 N<br>JEROME ID 83338 | NELSON JAMESON, INC<br>PO BOX 1147<br>MARSHFIELD WI 54449 |
| NEW LIFE COMMUNITY CHURCH<br>800 W MAIN ST<br>WENDELL ID 83355 | NO VIEW DAIRY, LLC<br>3298 EAST 3600 NORTH<br>KIMBERLY ID 83341 | NORCO, INC<br>PO BOX 35144<br>SEATTLE WA 98124-5144 |
| NORTH SIDE CANAL COMPANY<br>921 N LINCOLN<br>JEROME ID 83338 | NORTHWEST SEED, INC.<br>PO BOX 65<br>HAZELTON ID 83335 | NOVOA TRUCKING<br>1751 OCCIDENTAL AVE<br>BURLEY ID 83318 |
| OPPEDYK DAIRY<br>PO BOX 399<br>MOUNTAIN HOME ID 83647 | PACIFIC STEEL & RECYCLING<br>PO BOX 1413<br>TWIN FALLS ID 83303-1413 | PENN MILLERS INSURANCE CO<br>C/O CHUBB AGRIBUSINESS<br>PO BOX 62453<br>BALTIMORE MD 21264-2453 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HCP SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PERFORMANCE PLUS IDAHO LLC<br>S 500 E<br>JEROME ID 83338 | PERFORMANCE PLUS-IDAHO, LLC<br>314 5500 E<br>JEROME ID 83338 | PERFORMIX NUTRITION SYSTEMS<br>2201 N. 20TH STREET<br>NAMPA ID 83687 |
| PITNEY BOWES<br>PO BOX 981026<br>BOSTON MA 02298-1022 | PLATT<br>PO BOX 418759<br>BOSTON MA 02241-8759 | PRIME RIDGE BEEF, LLC<br>8143 W BROADWAY ST.<br>IDAHO FALLS ID 83402 |
| PRIME TIME, INC<br>6730 E MCDOWELL RD<br>SCOTTSDALE AZ 85257 | PRO RENTALS & SALES<br>PO BOX 5450<br>KALISPELL MT 59903 | PRO SALES INC<br>411 E 340 S<br>JEROME ID 83338 |
| PROGRESSIVE DAIRY SRVC&SPPLY<br>485 S IDAHO ST<br>WENDELL ID 83355 | QUALITY TRUSS<br>21005 HIGHWAY 30<br>FILER ID 83328 | RABO AGRIFINANCE LLC<br>14767 NORTH OUTER 40 ROAD<br>SUITE 400<br>CHESTERFIELD MO 63017 |
| RANGEN<br>PO BOX 706<br>BUHL ID 83316 | RECEPTOR FOOD GROUP<br>PO BOX 475<br>RUPERT ID 83350 | REDROCK DAIRY<br>1130 E 3700 N<br>BUHL ID 83316 |
| REED FARMS<br>4296 N 2100 E<br>FILER ID 83328 | REED GIBBY<br>873 PEBBLE DR.<br>BURLEY ID 83318 | RIVERON RTS, LLC<br>PO BOX 679265<br>DALLAS TX 75267-9265 |
| RIVERSIDE TRAILER<br>322 W YAKIMA<br>JEROME ID 83338 | ROCKY MOUNTAIN AGRONOMICS<br>1912 W MAIN<br>BURLEY ID 83318 | ROCKY MOUNTAIN PHARMA<br>13159 HANFORD-ARMONA RD<br>HANFORD CA 93230-9395 |
| ROGERS MACHINERY<br>PO BOX 35142<br>LB 1502<br>SEATTLE WA 98124-5142 | S&O MATA TRUCKING LLC<br>365 E 27TH ST<br>BURLEY ID 83318 | S&P TRUCKING LLC<br>3570 NW FOXTROTTER LANE<br>MOUNTAIN HOME ID 83647 |
| SAFE SALT SUPPLY<br>625 GARY ST<br>POCATELLO ID 83201-7037 | SALLY F. AND MARK ROSE<br>212 N 200 W<br>JEROME ID 83338 | SCHAEFFER MFG. CO.<br>PO BOX 790100<br>DEPT. 3518<br>SAINT LOUIS MO 63179-0100 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" do not require service via First Class USPS Mail Service.

| | | |
|---|---|---|
| SCHILDER DAIRY<br>1164 E 3700 N<br>BUHL ID 83316 | SCHOLES DERMATOLOGY<br>PO BOX 31001-3306<br>PASADENA CA 91110-3306 | SCHOW'S AUTO PARTS<br>PO BOX 94<br>RUPERT ID 83350 |
| SECON LLC<br>24829 SIMPLOT BLVD<br>WILDER ID 83676 | SELECT SIRES MID AMERICA INC<br>833 W 400 N<br>LOGAN UT 84321 | SHERWIN WILLIAMS<br>1936 KIMBERLY RD<br>TWIN FALLS ID 83301 |
| SIGNED SEALED & DELIVERED<br>201 E MAIN ST<br>JEROME ID 83338 | SILVA BROTHERS<br>1202 E 4150 N<br>BUHL ID 83316 | SITEONE LANDSCAPE<br>1773 ELDRIDGE AVE<br>TWIN FALLS ID 83301-7909 |
| SKS EVC, LLC<br>ATTN: SCOTT STEPENOFF<br>20411 N 17TH WAY<br>PHOENIX AZ 85024 | SOUTH VIEW DAIRY<br>PO BOX 200<br>WENDELL ID 83355 | ST GENETICS<br>PO BOX 842923<br>DALLAS TX 75284-2923 |
| STANDING 16 RANCH<br>335 W 300 N<br>JEROME ID 83338 | STANDLEE PREMIUM PRODUCTS<br>22349 KIMBERLY RD<br>STE E<br>KIMBERLY ID 83341 | STAPLEMAN VETERINARY LLC<br>799 W 200 N<br>PAUL ID 83347 |
| STAR FALLS<br>STEVEN & DOUG HUETTIG<br>1908 E 1300 S<br>HAZELTON ID 83335 | STAR FALLS FARMS LLC<br>1908 E 1300 S<br>HAZELTON ID 83335 | STATE INSURANCE FUND<br>PO BOX 990002<br>BOISE ID 83799-0002 |
| STEEL RANCH LLC<br>2597 E 1100 S<br>HAZELTON ID 83335-6215 | STOUDER HOLSTEINS<br>455 BOB BARTON RD<br>JEROME ID 83338 | STREAMLINE PRECISION<br>120 S 100 W<br>BURLEY ID 83318 |
| STUKENHOLTZ LABORATORY<br>PO BOX 353<br>TWIN FALLS ID 83303-0353 | SUPER SORT<br>4908 9TH AVE SW<br>WATERTOWN SD 57201 | SYNCHRONY BANK/AMAZON<br>PO BOX 960013<br>ORLANDO FL 32896-0013 |
| T.L.K. DAIRY INC<br>650 N 2ND E<br>MOUNTAIN HOME ID 83647 | TACOMA SCREW PRODUCTS<br>ATTN: ACCOUNTS RECEIVABLE<br>2001 CENTER ST<br>TACOMA WA 98409-7895 | TAQUERIA TAMAZULA TRUCKING<br>1842 HANSEN AVE<br>BURLEY ID 83318 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HRP SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| THE DAIRY SOLUTIONS GROUP<br>396 RAILWAY ST<br>JEROME ID 83338 | THOMAS PETROLEUM LLC<br>445 E 5TH ST N<br>BURLEY ID 83318 | TILLAGE MANAGEMENT INC<br>21346 RD 140<br>TULARE CA 93274 |
| TMG SERVICES<br>3216 E PORTLAND AVE<br>TACOMA WA 98404 | TOREUP<br>PO BOX 1181<br>TWIN FALLS ID 83303 | TOSHIBA FINANCIAL SVCS<br>PO BOX 41602<br>PHILADELPHIA PA 19101-1602 |
| TOTAL WASTE MANAGEMENT<br>PO BOX 309<br>HEYBURN ID 83336 | TRIPLE B FARMS, LLC<br>131 BRONCHO RD<br>BLACKFOOT ID 83221 | TRIPLE C FARMS, L.L.C.<br>474 S. 500 W<br>JEROME ID 83338 |
| TRUE WEST BEEF<br>6026 US-93<br>JEROME ID 83338 | TSK ENTERPRISES<br>255 BLUE LAKES BLVD N<br>PMB 617<br>TWIN FALLS ID 83301 | TWIN FALLS CANAL CO.<br>PO BOX 326<br>TWIN FALLS ID 83303 |
| TYCHE AG, LLC<br>PO BOX 123<br>RUPERT ID 83350 | UDDER HEALTH SYSTEMS<br>4455 S MERIDIAN RD<br>MERIDIAN ID 83642 | UDDER TECH<br>2520 151ST CT W<br>ROSEMOUNT MN 55068 |
| ULINE<br>PO BOX 88741<br>CHICAGO IL 60680-1741 | UNITED ELECTRIC CO-OP<br>1330 21ST ST<br>HEYBURN ID 83336 | UNITED OIL<br>PO BOX 94591<br>SEATTLE WA 98124-6891 |
| UNITED WHOLESALE MORTGAGE<br>PO BOX 54040<br>LOS ANGELES CA 90054-0040 | V&M TRUCKING LLC<br>259 DIANA DR<br>BURLEY ID 83318 | VALLEY BEEF<br>3051 S. 2000 E.<br>WENDELL ID 83355 |
| VALLEY CO-OP TANKER<br>2114 N 20TH ST<br>NAMPA ID 83687 | VALLEY WIDE COOP<br>2114 N 20TH ST<br>NAMPA ID 83687 | VALLEY WIDE COOP. ENERGY<br>837 W MAIN ST.<br>JEROME ID 83338 |
| VANDEN BOSCH INC<br>PO BOX 543<br>JEROME ID 83338 | VANDYK DAIRY<br>270 N 500 W<br>JEROME ID 83338 | VANTAGE DAIRY SUPPLIES LLC<br>799 W 200 N<br>PAUL ID 83347 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| VISERION GRAIN LLC<br>C/O GIBBY GROUP<br>134 E HIGHWAY 81<br>BURLEY ID 83318 | VISERION GRAIN, LLC<br>44 COOK ST. STE. 320<br>DENVER CO 80206 | VITERRA GRAIN LLC<br>1111 BEDKE BLVD<br>BURLEY ID 83318 |
| WADA FARMS PARTNERSHIP<br>326 S 1400 W<br>PINGREE ID 83262 | WAG SERVICES INC<br>8121 W HARRISON ST<br>TOLLESON AZ 85353 | WAGEWORKS INC<br>PO BOX 8363<br>PASADENA CA 91109-8363 |
| WATTS HYDRAULIC & REPAIR<br>1982 FLORAL AVE<br>TWIN FALLS ID 83301 | WEBB NURSERY<br>136 EASTLAND DR<br>TWIN FALLS ID 83301 | WESTEC CONCRETE CUTTING LLC<br>53 N 200 W<br>JEROME ID 83338 |
| WESTEC STORAGE<br>53 N 200 W<br>JEROME ID 83338 | WESTERN STATES CAT<br>PO BOX 3805<br>SEATTLE WA 98124-3805 | WESTERN STATES EQUIPMENT CO.<br>3085 KIMBERLY RD SUITE A<br>TWIN FALLS ID 83301 |
| WESTERN TRAILERS<br>PO BOX 5598<br>BOISE ID 83705 | WESTERN TRUCK AND EQUIPMENT<br>11 W 300 S<br>PO BOX 563<br>JEROME ID 83338 | WESTERN WASTE SERVICES<br>PO BOX 714<br>JEROME ID 83338 |
| WESTWAY FEED PRODUCTS<br>365 CANAL ST<br>STE 2929<br>NEW ORLEANS LA 70130 | WISCONSIN VET DIAGNOSTIC LAB<br>445 EASTERDAY LANE<br>MADISON WI 53706 | XAVIER FARM SERVICES LLC<br>PO BOX 850<br>HILMAR CA 95324 |
| YOUNG AUTOMOTIVE GROUP<br>PO BOX 684<br>LAYTON UT 84041 | YOUREE LAND & LIVESTOCK<br>3953 NORTH 3300 EAST<br>TWIN FALLS ID 83301 | ZORO TOOLS INC<br>PO BOX 5233<br>JANESVILLE WI 53547-5233 |
| RABO AGRIFINANCE, INC.<br>12443 OLIVE BLVD., SUITE 5<br>SAINT LOUIS MO 63141 | JOHN O'BRIEN<br>SPENCER FANE LLP<br>1700 N. LINCOLN - STE. 2000<br>DENVER CO 80203-4554 | JOHN DEERE FINANCIAL<br>6400 NW 86TH ST<br>PO BOX 6630<br>JOHNSTON IA 50131 |
| COASTLINE EQUIPMENT CO.<br>26 E 300 S<br>JEROME ID 83338 | FARMERS BANK<br>1441 SOUTH LINCOLN<br>JEROME ID 83338 | BURKS TRACTOR COMPANY, INC.<br>3140 KIMBERLY RD.<br>TWIN FALLS ID 83301 |

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/HCP ARE Depend to be served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CNH INDUSTRIAL CAPITAL<br>PO BOX 71264<br>PHILADELPHIA PA 19176-6264 | CNH INDUSTRIAL RETAIL ACCTS.<br>PO BOX 71264<br>PHILADELPHIA PA 19176-6264 | SAWTOOTH LAW OFFICES PLLC<br>1101 W RIVER ST., STE. 110<br>BOISE ID 83702-7067 |
| WRIGHT BROTHERS LAW OFFICE<br>PO BOX 5678<br>TWIN FALLS ID 83303-5678 | STEVEN HUETTIG<br>1908 E 1300 S<br>HAZELTON ID 83335-5428 | ROBERT E. WILLIAMS<br>WILLIAMS, MESERVY & LARSEN<br>PO BOX 168<br>JEROME ID 83338-0168 |
| DAVID A. COLEMAN<br>PO BOX 525<br>TWIN FALLS ID 83303-0525 | ROBERT E. WILLIAMS<br>WILLIAMS, MESERVY & LARSEN<br>PO BOX 168<br>JEROME ID 83338-0168 | FLETCHER LAW OFFICE<br>PO BOX 248<br>BURLEY ID 83318-0248 |
| THEODORE LARSEN<br>153 E. MAIN ST.<br>JEROME ID 83338-2332 | JEFFREY E. ROLIG<br>PO BOX 5455<br>TWIN FALLS ID 83303-5455 | DAVID SHIRLEY<br>PO BOX 910<br>BURLEY ID 83318-0910 |
| ROOSTER CAPITAL IV LLC<br>5465 MILLS CIVIC PKWY,<br>SUITE 201<br>WEST DES MOINES IA 50266 | PTG OF IDAHO, LLC<br>541 ARLEN DR.<br>JEROME ID 83338 | COASTLINE EQUIPMENT<br>26 E 300 S<br>JEROME ID 83338 |
| MICHAEL CHOJNACKY<br>51 W 600 N.<br>JEROME ID 83338 | SUSAN J. MILLENKAMP<br>471 N 300 W<br>JEROME ID 83338 | WILLIAM J. MILLENKAMP<br>471 N 300 W<br>JEROME ID 83338 |